MICHAEL BAILEY
United States Attorney
District of Arizona

Kevin M. Rapp
Assistant U.S. Attorney
Arizona State Bar No. 014249
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kevin.rapp@usdoj.gov@usdoj.gov
Attorneys for Plaintiff

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>David Allan Harbour,<br><br>Defendant. | Case No. CR-19-00898-PHX-DLR (DMF)<br><br>**MOTION TO SEAL INDICTMENT**<br><br>**(Filed Under Seal)** |

The United States of America, by and through counsel undersigned and pursuant to Fed.R.Crim.P. 6(e)(4), moves this Court for an Order sealing the Indictment and this motion and order filed in this matter until the arrest of the defendant.

Excludable delay under 18 U.S.C. § 3161(h) will occur as a result of this motion and order based thereon.

Respectfully submitted this 30th day of July, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/ Kevin M. Rapp
KEVIN M. RAPP
Assistant United States Attorney