## MAGISTRATE JUDGE'S MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. Magistrate Judge:** Deborah M. Fine | **Date:** August 5, 2019 |
| **USA v. David Allen Harbour** | **Case Number:** CR-19-00898-001-PHX-DLR |

**Assistant U.S. Attorney:** Kevin M. Rapp
**Attorney for Defendant:** Mark Kokanovich, CJA
**Interpreter:** N/A
**Defendant:** ☒ Present  ☐ Not Present  ☐ Released  ☒ Custody  ☐ Summons  ☐ Writ Restraint Level

**INITIAL APPEARANCE AND ARRAIGNMENT:**
DOA: 8/5/2019

On the Government's oral motion, IT IS ORDERED unsealing the case.

FINANCIAL AFFIDAVIT TAKEN and DEFENDANT SWORN AS TO FINANCIAL STATUS. Conditionally appointing CJA Attorney Mark Kokanovich for defendant subject to possible reimbursement at a later time. Defendant enters a plea of NOT GUILTY to all pending counts. Trial set for 10/1/2019 at 9:00 AM before Judge Douglas L. Rayes in courtroom 606, 401 W. Washington St., Phoenix, AZ. Detention Hearing set for 8/8/2019 at 1:30 PM before Magistrate Judge Deborah M. Fine in courtroom 304, 401 W. Washington St., Phoenix, AZ. Defendant remains in the temporary custody of the United States Marshal.

| | |
|---|---|
| **Recorded By** Courtsmart | **IA**  8 min |
| **Deputy Clerk** Caryn Smith | **ARR**  8 min |
| | **Start: 4:26 PM** |
| | **Stop: 4:42 PM** |