# UNITED STATES DISTRICT COURT
for the

District of Arizona



| | |
|---|---|
| United States of America<br>v.<br>David Allen Harbour,<br><br>_Defendant_ | )<br>)<br>) Case No. CR-19-898-PHX-DLR<br>)<br>)<br>) |

**AMENDED**
## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ David Allen Harbour,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1343 - Wire Fraud
18:1957 - Transactional Money Laundering

Date: 08/01/2019

_Issuing officer's signature_

City and state: Phoenix, Arizona

M. Pruneau, Deputy Clerk
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 8-1-19, and the person was arrested on _(date)_ 8-5-19
at _(city and state)_ Paradise Valley, AZ.

Date: 8-5-19

_Arresting officer's signature_

for
FBI
_Printed name and title_