IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | NO. CR-19-0898-PHX-DLR |
|---|---|
| Plaintiff, | **ORDER** |
| vs. | |
| David Allen Harbour, | |
| Defendant. | |

The Court having received Defendant's Unopposed Motion to Designate Case as Complex, Continue the Trial Date and Set a Status Conference, and good cause appearing;

**IT IS ORDERED** granting the defendant's Motion to Designate Case as Complex, Continue the Trial Date and Set a Status Conference for the reasons stated in defendant's motion, including that defense counsel needs additional time to prepare for trial.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

The Court finds excludable delay under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) from _____ to _____.