# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>David Allen Harbour,<br><br>                Defendant. | No. CR-19-00898-PHX-DLR<br><br>**ORDER**<br><br>**(COMPLEX CASE)** |

Upon motion of the Defendant, with no objection from the government, and good cause appearing,

**IT IS ORDERED** that Defendant David Allen Harbour's Unopposed Motion to Designate Case as Complex, Continue the Trial Date and set a Status Conference (Doc. 27) is granted.

**IT IS FURTHER ORDERED** that the parties are to attend a Scheduling Conference in this case on **September 16, 2019 at 10:15 a.m.** to address the dates by when various pleadings and other submissions must be exchanged among the parties and/or filed with the Court.

**IT IS FURTHER ORDERED** that the parties are to submit a joint proposed scheduling report no later than **Noon, September 11, 2019** outlining deadlines for document and witness disclosure, for motions and for trial to which there is agreement. If there are deadlines for which there is not agreement, each party will state a proposed deadline and the justification.

This Court specifically finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. This finding is based upon the Court's conclusion that the failure to grant such a continuance would deny defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).

**IT IS FURTHER ORDERED** continuing the trial from October 1, 2019, to, November 5, 2019 at 9:00 a.m. and continuing the pretrial motion deadline until October 1, 2019.

The Court finds excludable delay under Title 18 U.S.C §3161(h)(7)(A) from 10/2/2019 to 11/5/2019.

Dated this 30th day of August, 2019.

Douglas L. Rayes
United States District Judge