MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249, kevin.rapp@usdoj.gov)
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br>   vs.<br><br>David Allen Harbour,<br><br>            Defendant. | CR-19-00898-PHX-DLR (DMF)<br><br>**MOTION TO CONTINUE PARTIES' JOINT PROPOSED SCHEDULING REPORT DEADLINE** |

      The United States of America hereby requests this Court to continue the parties' joint proposed scheduling report deadline from September 11, 2019 to September 13, 2019. Assistant United States Attorney undersigned will be out of the country starting September 5, 2019 and will not have access to a phone or a computer.

      Alan Baskin, on behalf of David Allen Harbour, does not object.

      Respectfully submitted this 3rd day of September 2019.

                                        MICHAEL BAILEY
                                        United States Attorney
                                        District of Arizona

                                        *s/ Kevin Rapp*
                                        KEVIN M. RAPP
                                        Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alan Baskin
Baskin Richards PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
415-494-8887
Email: alan@baskinrichards.com

*Attorneys for defendant David Allen Harbour*

*s/Angela Schuetta*
US Attorney's Office