**BASKIN RICHARDS PLC**
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone No. 602-812-7979
Facsímile 602-595-7800
E-mail: alan@baskinrichards.com
Name and State Bar No.:   Alan Baskin #013155

*Attorney for Defendant*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **Case No.  CR-19-00898-PHX-DLR(DMF)** |
| Plaintiff, | **STIPULATION TO MODIFY RELEASE CONDITIONS** |
| vs. | |
| David Allen Harbour, | |
| Defendant. | |

Plaintiff and Defendant David Allen Harbour stipulate to modify Mr. Harbour's release conditions to allow him to attend his nephew's high school football game in Surprise, Arizona at 7 p.m. on September 13, 2019, as previously ordered by the Court in connection with an August 30, 2019 game.  (Doc. 31).  Mr. Harbour's Pretrial Services Officer is aware of the pertinent details, and has no objection to his attending the game.  Mr. Harbour has submitted a proposed Order for the Court's signature.

RESPECTFULLY SUBMITTED this 12th day of September, 2019.

BASKIN RICHARDS PLC

/s/ Alan Baskin
Alan Baskin
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona  85012
*Attorney for Defendant*

MICHAEL BAILEY
United States Attorney
District of Arizona

/s/ Kevin M. Rapp (with permission)
Kevin M. Rapp
Assistant U.S. Attorney
40 N. Central Avenue, Suite 1800
Phoenix, Arizona  85004
*Attorney for Plaintiff*

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12th, 2019, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Kevin M. Rapp
U.S. Attorney's Office
40 N. Central Ave., Suite 1800
Phoenix, AZ  85004
*Attorneys for Plaintiff*


 /s/ Cristina McDonald

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800