MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249)
kevin.rapp@usdoj.gov)
Assistant U.S. Attorneys
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
*Attorneys for the Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-19-00898-PHX-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF FILING OF PARTIES' PROPOSED SCHEDULING ORDER** |
| David Allen Harbour, | |
| Defendant. | |

The Court has granted the Government's Motion to Designate the Case Complex. (Doc. 32). The Court has further ordered the parties to submit a case management schedule by September 13, 2019. (Doc. 34.). Accordingly, the parties, through counsel undersigned, submit the following proposed scheduling order for the Court's consideration.

**I. DISCOVERY AND DISCLOSURE DEADLINES**

    A.    Government's Deadlines

        1.    Initial Compliance with Rule 16 discovery[1]    12/17/2019

---

[1] The United States represents that it intends to provide the majority of the discovery within 60 days from the courts' issuance order. This deadline pertains to discovery within the government's possession and control as of the date set for compliance. If additional records are discovered by, or disclosed to, the government during pretrial preparation or otherwise, pursuant to Rule 16(c), Fed. R. Crim. P., the government shall promptly disclose any additional documentary evidence or materials to the defense as soon as practicable

|   |    |                                                                 |            |
|---|----|-----------------------------------------------------------------|------------|
|   |    | (except initial expert disclosures)                             |            |
|   | 2. | Initial expert disclosures                                      | 12/17/2019 |
|   | 3. | Rule 404(b) notification, if any                                | 01/10/2020 |
|   | 4. | Rebuttal expert disclosures, if any                             | 06/15/2020 |
|   | 5. | Production of Jencks material and witness impeachment material, if not produced sooner[2] | 02/03/2020 |
| B. |   | Defendant's Deadlines                                           |            |
|   | 1. | Close of reciprocal Rule 16 discovery                           | 05/15/2020 |
|   | 2. | Rebuttal and/or initial expert disclosures, if any              | 05/15/2020 |
|   | 3. | Production of Rule 26.2 material as to intended witnesses, if any | 05/15/2020 |

## II. FILING AND OTHER COURT DEADLINES

|    |                                                                    |            |
|----|--------------------------------------------------------------------|------------|
| A. | Government Disclosure of Preliminary Exhibit and Witness List      | 06/15/2020 |
| B. | Defense Disclosure of Preliminary Exhibit and Witness List         | 06/29/2020 |
| C. | Government's Rebuttal Exhibit and Witness List                     | 07/15/2020 |
| D. | Substantive Motions Deadline                                       | 07/17/2020 |
| E. | Response to Substantive Motions                                    | 08/14/2020 |
| F. | Replies, if any                                                    | 08/24/2020 |
| G. | Motions *in Limine* and Court Imposed Plea Offer Expiration Deadline | 09/25/2020 |
| H. | Jury Questionnaire and Screening for Length of Trial               | 10/02/2020 |
| I. | Responses to Motions *in Limine*                                   | 10/09/2020 |
| J. | Government's Disclosure of Final Exhibit and Witness List          | 10/02/2020 |

---

[2] This refers to any Jencks Act material in the United States' possession as of this date. Any statements that have not been adopted by a testifying witness will be disclosed thirty days prior to the firm trial date.

| | | | |
|---|---|---|---|
| K. | Defendant's Final Exhibit and Witness List | | 10/02/2020 |
| L. | Any remaining Jencks Act material[3] | | 10/09/2020 |
| M. | Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form | | 10/16/2020 |
| N. | Motions Hearing | | TBD |
| O. | Final Pretrial Conference | | 10/30/2020 |
| P. | Trial (3 weeks) | | 11/03/2020 |

### III. STATUS CONFERENCES

The parties will file a joint memorandum detailing the status of the case no less than three days prior to the scheduled status conference.

| | | |
|---|---|---|
| A. | First Status Conference | 01/27/2020 |
| B. | Second Status Conference | 04/27/2020 |

Respectfully submitted this 13th day of September, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

s/ *Kevin Rapp*_____
KEVIN M. RAPP
Assistant U.S. Attorney

---

[3] If the trial date is continued for any reason this date will be moved to 30 days prior to the actual trial date.

**Certificate of Service:**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alan Baskin, Esq.

*s/ Angela Schuetta*
U.S. Attorney's Office