IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>v.<br><br>David Allen Harbour,<br><br>        Defendant. | No. CR-19-00898-PHX-DLR<br><br>**SCHEDULING ORDER** |

Pursuant to the Scheduling Conference held on September 16, 2019,

IT IS ORDERED that the following schedule shall govern all proceedings in this case:

**Trial date: November 4, 2020, at 9:00 a.m.**

**Final Pretrial Conference: October 19, 2020, at 1:30 p.m.**

**Discovery and Disclosure Deadlines:**

1. Government's compliance with Rule 16 discovery: December 17, 2019

2. Government's initial expert witness disclosure: December 17, 2019

3. Government's Rule 404(b) notification: January 10, 2020

4. Government's disclosure of *Jencks* Act material and witness impeachment material: February 3, 2020

5. Defendants' close of reciprocal Rule 16 discovery: May 15, 2020

6. Defendants' expert witness disclosure: May 15, 2020

7. Defendants' disclosure of Rule 26.2 material: May 15, 2020

8. Government's rebuttal expert witness disclosure: June 15, 2020

**Motions Deadlines:**

1. Substantive Motions deadline: July 17, 2020

2. Responses to substantive motions: August 14, 2020

3. Replies, if any: August 24, 2020

4. Motions *in Limine* and Court imposed Plea offer expiration deadline: September 25, 2020

5. Responses to Motions *in Limine*: October 9, 2020

   **No replies are to be filed.**

**Other Court Deadlines:**

1. Government Disclosure of Preliminary Exhibit and Witness List: 6/15/2020

2. Defense Disclosure of Preliminary Exhibit and Witness List: 6/29/2020

3. Government's Rebuttal Exhibit and Witness List: 7/15/2020

4. Jury Questionnaire and Screening for Length of Trial: 10/2/2020

5. Government Disclosure of Final Exhibit and Witness List: 10/2/2020

6. Defense Disclosure of Final Exhibit and Witness List: 10/2/2020

7. Any remaining Jencks Act material: 10/9/2020

8. Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form: 10/16/2020

9. Motions Hearing to be set, if needed

**Status Conferences**

1. First Status Conference: 1/27/2020 at 11:00 a.m.

2. Second Status Conference: 4/27/2020 at 11:00 a.m.

The parties shall file a joint memorandum detailing the status of the case no less than three days prior to each scheduled status conference.

Excludable delay under 18 U.S.C. §3161 will commence on 11/6/2019, through 11/4/2020.

Dated this 16th day of September, 2019.

Douglas L. Rayes
United States District Judge