AO 98 (Rev. 12/11) Appearance Bond

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 3 0 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America )
v. )
David Allen Harbour )
PROPERTY BEING POSTED OWNED BY THE JULIANNE ) Case No. CR-19-0898-PHX-DLR
GOTTSCHALK TRUST NO. 1 )
_Defendant_ )

**APPEARANCE BOND**

**Defendant's Agreement**

I, _____David Allen Harbour_____ (defendant), agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X ) to appear for court proceedings;
( X ) if convicted, to surrender to serve a sentence that the court may impose; or
( X ) to comply with all conditions set forth in the Order Setting Conditions of Release.

**Type of Bond**

( ) (1) This is a personal recognizance bond.

( ) (2) This is an unsecured bond of $ _____ .

( X ) (3) This is a secured bond of $ _500,000.00_____ , secured by:

    ( ) (a) $ _____ , in cash deposited with the court.

    ( X ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property
    *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

    $500,000.00 secured by residence located at 15527 E. Palatial Drive, Fountain Hills, AZ 85268 which is described in the attached appendix along with all ownership and encumbrance documents.

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

**Forfeiture or Release of the Bond**

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 9-16-19

*Defendant's signature*

Julianne Gottschalk, Trustee of Julianne Gottschalk Trust No. 1
*Surety/property owner – printed name*

Julianne Gottschalk 9-12-19
*Surety/property owner – signature and date*

Timothy Gottschalk, Trustee of Julianne Gottschalk Trust No. 2
*Surety/property owner – printed name*

Timothy Gottschalk 9-12-19
*Surety/property owner – signature and date*

*Surety/property owner – printed name*

*Surety/property owner – signature and date*

CLERK OF COURT

Date: 9-30-19

*Signature of Clerk or Deputy Clerk*

Approved.

Date: 9-30-19

*Judge's signature*

# ATTACHMENT TO APPEARANCE BOND
## Case No. CR-19-0898-PHX-DLR

*Legal Description*

Lot 7, PALATIAL ESTATES, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, recorded in Book 774 of Maps, Page 8;

EXCEPT for oil, gases, and other hydrocarbon substances, coal, stone, metals, minerals, fossils and fertilizers of every name and description, together with all uranium, thorium, or any other material which is or may be determined to be peculiarly essential to the production of fissionable materials, whether or not of commercial value, in, on or under the property; and

EXCEPT all underground water in, under or flowing through property and water rights appurtenant thereto.

*Current Liens, Mortgage and Encumbrances*

There are no current liens, mortgage or encumbrances on the above listed property.

*Ownership*

The Julianne Gottschalk Trust No. 1 is owner of the property.

1. 09/28/2018 Trust Agreement for The Julianne Gottschalk Trust No. 1
2. 02/13/2019 Special Warranty Deed Exempt 11-1134B(8) (Certified Copy)
3. 09/16/2019 Recorded Deed of Trust
4. 08/23/2019 Title Search
5. 08/15/2019 Appraisal
6. 09/16/2019 Recorded Waiver of Homestead Exemption

There have been no amendments, revisions or other updates to the attached documents.

_____
Julianne Gottschalk, as Trustee of The
Julianne Gottschalk Trust No. 1

_____
Timothy Gottschalk, as Trustee of The
Julianne Gottschalk Trust No. 1