CR-19-898-PHX-DLR-1

```
_____ FILED      _____ LODGED
__✓__ RECEIVED   _____ COPY

       OCT 0 8 2019

   CLERK U S DISTRICT COURT
     DISTRICT OF ARIZONA
BY_____ DEPUTY
```

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _M._____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Maria Luque Villa |
| 1. Article Addressed to:<br><br>Alan Scott Baskin<br>Baskin Richards PLC<br>2901 N Central Ave., Ste. 1150<br>Phoenix, AZ 85012 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7008 3230 0002 9682 2967 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

AZ 852
07 OCT '19

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

U.S. District Court, District of Arizona
401 W Washington St
Suite 130, SPC 1
Phoenix, AZ 85003
CR-19-898-PHX-DLR-1
Unsecured bonds (Doc. 18 & 19)

RECEIVED
OCT 08 2019
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

212430