MICHAEL BAILEY
United States Attorney
District of Arizona
KEVIN M. RAPP
Assistant U.S. Attorney
Arizona State Bar No. 014249
Email: Kevin.Rapp@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, <br><br> Plaintiff, <br><br> vs. <br><br> David Allen Harbour, <br><br> Defendant. | CR- 19-00898-PHX-DLR(DMF) <br><br> **NOTICE OF EXPERT WITNESSES** |

Pursuant to the Federal Rules of Criminal Procedure, Rule 16(a)(1)(G) and the Scheduling Order (Doc. 39)[1], the United States, by and through undersigned counsel, gives notice of its intent to use expert witness testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial.

**I.     Jeanette Paige, CPA, CFE, Forensic Accountant, FBI Phoenix Division**

Ms. Paige is an accounting expert and may testify to various accounting summaries and other examinations of the accounting and bank records attributable to David Allen Harbour ("Harbour") and his various entities. She is in the process of summarizing how the accounting and bank records dealt with the flow of funds to and from investors,

---

[1] The scheduling order required the government file the expert notice on December 17, 2019. (*Id.*) Unfortunately the date of the notice was not calendared correctly. The government requests leave for a ten day extension of the filing date. The government emailed defense counsel, Alan Baskin, to ascertain his position on this motion but due to the holiday week he was understandably unavailable.

borrowers, related entities, financial institutions, and principal participants. These summaries will set forth the flow of funds from individuals (including victims) and entities how those funds were loaned or expended by Harbour for personal expenses, and the source of funds to which repayments, if any, were made to certain victims. These summary analyses shall be provided to defense counsel through discovery and separate communications. Ms. Paige's CV is attached as Exhibit A.

## II.     Kurt Hemphill: Computer CART Analyst, FBI

Mr. Hemphill was responsible for acquiring and analyzing certain computer evidence from multiple laptops, tablets (such as iPads), cellular telephones and storage devices (such as thumb drives) obtained from Harbour's residence. He will testify to the forensic protocols and tools he employed in analyzing the devices.

At trial, Mr. Hemphill will also explain the process of extracting data from cellular telephones and digital tablets, including SIM cards and other removable memory cards associated with cellular telephones. Mr. Hemphill's testimony will include examination details that include a digital forensic examination to recover data stored within the aforementioned digital devices. In sum, Mr. Hemphill's testimony will include the process by which he extracted relevant information from the subject phones and computers and provided that information to investigating agents. Mr. Hemphill's qualifications shall be provided to defense counsel through discovery and separate communications.

Respectfully submitted this 27th day of December, 2019.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Kevin M. Rapp*
KEVIN M. RAPP
Assistant U.S. Attorney

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 27, 2019, I electronically transmitted the attached Notice of Expert Witnesses to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:


*s/Angela Schuetta*
U.S. Attorney's Office