# Exhibit A

**Jeanette Paige, CPA**

**PROFESSIONAL EXPERIENCE**

**PricewaterhouseCoopers LLP**, McLean, VA

**Forensic Services, Senior Associate**

August 24, 2015 - Present

·	Conduct forensic analysis of financial data to determine its validity and reliability

·	Provide supervision and coaching to staff, to set objectives and ensure goals are achieved

·	Enhance professional judgment, analytical thinking and problem solving skills


**Financial Statement & Compliance Auditor, Senior Associate**

July 1, 2015 - August 23, 2015

·	Led fraud and error inquiries with client senior management to analyze company risks, control environment, and assess fraud

·	Investigated and assessed company's risks, and communicated observations, findings, and recommendations which were ultimately communicated to client management

·	Built relationships and worked directly with the firm's subject matter expert on a client's OMB Circular A-133 Major Program Determination. This involved reviewing and performing procedures over the client's Schedule of Expenditures of Federal Awards (SEFA), and discussing high-risk and low-risk programs

·	Acknowledged risks and made recommendations of modifications and improvements to the client's financial system processes

·	Provided guidance and supervised audit staff

**Financial Statement & Compliance Auditor, Experienced Associate**

April 1, 2013 - June 30, 2015

·       Performed testing of internal controls over financial reporting for clients across multiple industries

·       Identified opportunities in which the firm's Service Delivery Center could assist audit teams. This increased efficiency, and ultimately allowed the firm to save on costs

·       Drafted process narratives, flowcharts, and identified likely sources of potential misstatements in clients' various business processes

·       Analyzed clients' financial reporting data (including 10-Ks and 10-Qs) to ensure they were reasonably stated

·       Assisted teams in meeting A-133 audit deadlines for universities and consulting firms, while providing quality assurance

·       Reviewed journal entries and accounting transactions to gain a better understanding of each client's business and management system

**Financial Statement & Compliance Auditor, Associate**

September 10, 2012 - March 31, 2013

·       Evaluated clients' internal controls and operational weaknesses to determine risks in specific accounts and the extent of testing necessary (SOX)

·       Applied COSO and risk assessment practices

·       Worked with teams to complete financial statement audits for public companies, universities and not-for-profit organizations. Gained exposure to several industries such as, oil and gas, packaging and beverage

**EDUCATION**

**North Carolina State University**, Raleigh, NC                                            May 2012

         Master of Accounting

**North Carolina State University**, Raleigh, NC                    May 2011

    Bachelor of Science in Accounting, Concentration: Internal Audit

    Minor: Spanish

    Summa Cum Laude

    GPA: 3.75


**Universidad Pontificia Comillas**, Madrid, Spain          Spring Semester 2010

    ICADE Business School, Study Abroad Exchange Program


**SKILLS**

- Self-motivated individual that possesses project management and organizational skills
- Possesses professional demeanor and strong communication skills, both written and oral
- Ability to prioritize and complete tasks that add the most value to a project
- Flexible with travel requirements
- Ability to balance multiple client projects and other responsibilities
- Proficient with Microsoft Excel, Word, and PowerPoint


**LANGUAGES**

- English: Native Proficiency
- Spanish: Limited Working Proficiency


**ORGANIZATIONS AND CERTIFICATIONS**

- Certified Public Accountant - Commonwealth of Virginia

American Institute of Certified Public Accountants (AICPA) Member: 2014 – Present