

**United States District Court**
for
**District of Arizona**

U. S. A. vs. David Allen Harbour
Docket No. CR-19-00898-001-PHX-DLR
AUSA: Kevin M. Rapp
Defense Attorney: Alan Scott Baskin

T- **SEALED**

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **TAMMY L. MAHAN**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: David Allen Harbour, who was released by the Honorable Fine, Deborah M sitting in the Court at Phoenix, on the 8th day of August, 2019, who fixed bail at personal recognizance and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

**PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

1) **The defendant shall not make any financial transactions totaling over $1000 in any month to any person or entity without prior approval of Pretrial Services. Any transaction over $1000 to any person or entity in any month that benefits the defendant also requires Pretrial Services approval.**

   On January 28, 2020, Pretrial Services learned the defendant purchased a Skybox 16, located on the Tournament Players Club (TPC) golf course in Scottsdale, Arizona. The total yearly cost of the Skybox was $79,000.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A SUMMONS BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a summons.

cc: PTS

Page 2
RE: David Allen Harbour
February 4, 2020


_____    February 4, 2020
Tammy L. Mahan                     **Date**
U.S. Pretrial Services Officer


**Reviewed by**

_____    February 4, 2020
Rodney Roquemore                   **Date**
Supervisory U.S. Pretrial Services Officer


## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a summons. Considered and ordered this 4 day of February, 2020, and ordered filed and made a part of the records in the above case.

_____
**The Honorable FINE, DEBORAH M**
**U.S. Magistrate Judge**