MICHAEL BAILEY
United States Attorney
District of Arizona

KEVIN M. RAPP (Ariz. Bar No. 14249)
Assistant U.S. Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
kevin.rapp@usdoj.gov
Telephone (602) 514-7500

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-19-00898-PHX-DLR (DMF) |
| Plaintiff, | |
| v. | **MOTION TO CONTINUE STATUS HEARING RE PETITION FOR ACTION ON CONDITONS OF PRETRIAL RELEASE** |
| David Allen Harbour, | |
| Defendant. | |

The United States of America hereby requests this Court to continue the status hearing regarding Petition for Action on Conditions of Pretrial Release scheduled for February 26, 2020 at 9:30 a.m. due to a scheduling conflict. Alan Baskin, on behalf of David Allen Harbour, does not object. Both parties agree to reschedule the status hearing for March 2 or March 3, 2020.

Respectfully submitted this 10th day of February 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona

*s/ Kevin Rapp*
KEVIN M. RAPP
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Alan Baskin
Baskin Richards PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
415-494-8887
Email: alan@baskinrichards.com

*Attorneys for defendant David Allen Harbour*

s/Angela Schuetta
US Attorney's Office