# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-19-0898-PHX-DLR |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| David Allen Harbour, | |
| Defendant. | |

Upon unopposed motion and good cause appearing therefor,

**IT IS ORDERED** granting the Defendant's Motion to Continue Status Hearing (Doc. 67).

**IT IS FURTHER ORDERED** vacating the Initial Appearance and Status Hearing set for March 27, 2020, at 1:30 p.m. and resetting it to **April 22, 2020, at 10:30 a.m.** before Judge Fine, courtroom 304.

**IT IS FURTHER ORDERED** that counsel work together to try to reach agreement on proceeding telephonically at the reset Initial Appearance and Status hearing, and that counsel notify undersigned's chambers one week before the hearing on the progress of such.

The Court finds excludable delay under 18 U.S.C. § 3161(h)____ from ____ to ____.

Dated this 23rd day of March, 2020.

_____
Honorable Deborah M. Fine
United States Magistrate Judge