MICHAEL BAILEY
United States Attorney
District of Arizona
KEVIN M. RAPP
Assistant U.S. Attorney
Arizona State Bar No. 014249
Email: Kevin.Rapp@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-19-00898-PHX-DLR (DMR) |
|---|---|
| Plaintiff, | |
| v. | **JOINT STATUS MEMORANDUM** |
| David Allen Harbour, | |
| Defendant. | |

This Court ordered that the parties submit a joint status report one week prior to the second status conference scheduled for April 27, 2020.  (*See* CR 55). This Court further ordered that, unless the parties indicate a reason to hold the status conference, or the Court determines that it is necessary after reviewing the parties report, the status conference will be vacated. (*Id.*)  The parties agree that the status conference can be vacated.

I.      **Discovery Process**

Since the last status conference the United States has provided the Defendant additional discovery that was obtained from seized digital devices. The Defense has provided a hard drive and the government has provided a mirrored image of the devices. The parties have recently conferred regarding the status of discovery issues.

## II.     Jencks Act information

Consistent with the Scheduling Order, if the United States obtains additional Jencks Act material, it will disclose those materials to Defendants as soon as practicable or at least thirty days prior to trial. (*See* CR 36; footnote 1 ("Any statements that have not been adopted by a testifying witness will be disclosed thirty days prior to the firm trial date.") Witness interviews are ongoing and once those statements are adopted they will disclosed consistent with the United States' obligation.

## II.     Additional Charges

The United States has advised the defense that the Tax Division, U.S. Department of Justice, has approved tax evasion charges against the Defendant. The Government has provided the defense the Special Agent Report that details the underlying evidence in support of those charges.

## III.    Plea offer

The United States has advised the defense that a plea offer including additional charges will be forthcoming within 30-60 days.

## IV.    Defense Position

The Defense is aware of witness interviews that the United States has not disclosed yet because the witnesses have not adopted the statements yet.  The Defense recalls the United States mentioning these interviews during the first status conference held on February 3, 2020.  The Defense expects the government to disclose these witness interviews in a timely manner.  The Defense is also aware of ongoing investigation by the United States into issues that may or may not be related to the underlying facts of this case. To the extent this ongoing investigation produces any evidence related to the charges Mr. Harbour currently faces, the Defense expects the United States to promptly disclose any such evidence.

The Defense provided a hard drive to the United States so that the United States could produce mirror images of Harbour's devices to the Defense.  After obtaining the hard drive with the mirror images from the United States, the Defense realized that it could not

view the majority of the content on the hard drive because it did not have the requisite software on its computers.  The Defense promptly contacted a third-party vendor who had the necessary software and could run searches and compile data for the Defense.  The Defense is in the process of securing the third-party vendor's services.  Once the Defense obtains full access to the data on the hard drive, the review of such data will likely take several weeks, and possibly a couple of months, due to the extraordinary amount of data on the hard drive.

**V.    Meet And Confer Regarding Discovery**

When requested by defense counsel, the United States is willing to meet with defense counsel telephonically or in person to further review discovery and answer any questions about specific discovery relevant to their client.

Respectfully submitted this 17th day of April, 2020.

MICHAEL BAILEY
United States Attorney
District of Arizona


*s/ Kevin Rapp*
KEVIN M. RAPP
Assistant U.S. Attorney


**Certificate of Service:**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to CM/ECF registrants in this case.


*s/ Norma Hernandez*
U.S. Attorney's Office