IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>　　　　Plaintiff,<br>　　v.<br>David Allen Harbour,<br>　　　　Defendant. | CR-19-00898-PHX-DLR (DMR)<br><br>**ORDER** |

Based upon the United States of America's Joint Status Memorandum, and good cause appearing,

**IT IS ORDERED** that the Status Conference scheduled for April 27, 2020 is vacated.

**IT IS HEREBY ORDERED** that excludable delay under 18 U.S.C. § 316(h) is found to commence from _____ through _____.

DATED this _____ day of _____, 2020.