# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-0898-PHX-DLR |
| Plaintiff, | |
| v. | **ORDER** |
| David Allen Harbour, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Continue Status Hearing (Doc. 76). The reason for the request is because the Pretrial Services Officer has a conflict with the set hearing date. There is no objection by the government, and upon good cause appearing, the motion to continue will be granted.

The Pretrial Services Officer may appear telephonically at the reset hearing, consistent with Pretrial Services staff practice during the pandemic. Counsel for the Government, counsel for the Defendant, and the Defendant may appear telephonically if the Defendant consents to such after consultation with counsel and any circumstances pertaining to the pandemic make telephonic appearance appropriate. Based on informal communications between counsel and court staff, court staff is of the understanding that counsel for both parties and the Defendant personally intend to appear telephonically at the reset hearing due to the pandemic. Given such, the Court will place the responsibility for planning and initiating the conference call on counsel for the Defendant.

Accordingly,

**IT IS ORDERED** granting Defendant's Motion to Continue Status Hearing (Doc. 76). The initial appearance and status hearing regarding Petition for Action on Conditions of Pretrial Release set May 12, 2020, at 11:00 a.m. is continued to **May 19, 2020, at 10:00 a.m.**, courtroom 304, Sandra Day O'Connor U.S. Courthouse, 401 W. Washington St., Phoenix, Arizona.

**IT IS FURTHER ORDERED** that counsel for Defendant shall plan and initiate a conference call for all of the telephonic appearances for the scheduled hearing if counsel for Defendant and/or Defendant intends to appear telephonically.

The Court finds there is no excludable delay under 18 U.S.C. § 3161.

Dated this 29th day of April, 2020.

_____
Honorable Deborah M. Fine
United States Magistrate Judge