**BASKIN RICHARDS PLC**
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone No. 602-812-7979
Facsímile 602-595-7800
E-mail: alan@baskinrichards.com
       mmilovic@baskinrichards.com
Name and State Bar No.:   Alan Baskin #013155
                          Mladen Z. Milovic #035560

*Attorney for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. CR-19-00898-PHX-DLR(DMF) |
|---|---|
| Plaintiff, | **MOTION TO CONTINUE STATUS HEARING** |
| vs. | **(Unopposed)** |
| David Allen Harbour, | |
| Defendant. | |

Defendant David Allen Harbour respectfully requests this Court to continue the status hearing regarding Petition for Action on Conditions of Pretrial Release (Doc. 62) scheduled for May 19, 2020 at 10:00 a.m. Mr. Harbour's counsel has a scheduling conflict in the form of a four-day multi-party evidentiary hearing (by GoToMeeting) in Maricopa County Superior Court set from May 18-21, 2020. Kevin Rapp, on behalf of the United States of America, does not object. The parties agree to reschedule the status hearing for any time convenient to the Court on May 29, June 2, June 3, or June 5, 2020.

….

….

….

RESPECTFULLY SUBMITTED this 12th day of May, 2020.

           BASKIN RICHARDS PLC

           /s/ Alan S. Baskin
           Alan Baskin
           Mladen Z. Milovic
           2901 N. Central Avenue, Suite 1150
           Phoenix, Arizona 85012
           *Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Kevin M. Rapp
U.S. Attorney's Office
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004
*Attorneys for Plaintiff*

/s/ Cristina McDonald