**BASKIN RICHARDS PLC**
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone No. 602-812-7979
Facsímile 602-595-7800
E-mail: alan@baskinrichards.com
mmilovic@baskinrichards.com
Name and State Bar No.: Alan Baskin #013155
Mladen Z. Milovic #035560

*Attorney for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | **Case No. CR-19-00898-PHX-DLR(DMF)** |
| Plaintiff, | **UNOPPOSED MOTION TO EXTEND DEADLINE FOR RULE 16, RULE 26.2, AND EXPERT WITNESS DISCLOSURES** |
| vs. | |
| David Allen Harbour, | **(First Request)** |
| Defendant. | |

Defendant David Allen Harbour respectfully requests this Court to extend the deadline for Defendant's Rule 16, Rule 26.2, and expert witness disclosures (the "Disclosures") from May 15, 2020 to June 15, 2020. Due to numerous scheduling conflicts, the impact of COVID-19 on the access to certain sources of information, and personal circumstances, Mr. Harbour has not had the opportunity to finalize the Disclosures. Kevin Rapp, on behalf of the United States of America, does not object to extending the deadline for Mr. Harbour's Disclosures to June 15, 2020.

….

….

RESPECTFULLY SUBMITTED this 12th day of May, 2020.

        BASKIN RICHARDS PLC

        /s/ Alan S. Baskin
        Alan Baskin
        Mladen Z. Milovic
        2901 N. Central Avenue, Suite 1150
        Phoenix, Arizona 85012
        *Attorney for Defendant*

BASKIN RICHARDS PLC
2901 N. Central Avenue, Suite 1150
Phoenix, Arizona 85012
Telephone 602-812-7979
Facsimile 602-595-7800

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Kevin M. Rapp
U.S. Attorney's Office
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004
*Attorneys for Plaintiff*

 /s/ Cristina McDonald