**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| United States of America, | Case No. **CR-19-00898-PHX-DLR(DMF)** |
|---|---|
| Plaintiff, | **SCHEDULING ORDER** |
| vs. | |
| David Allen Harbour, | |
| Defendant. | |

Pursuant to the Order continuing trial filed on September 21, 2020, and by agreement of the parties,

**IT IS ORDERED** that the following schedule shall govern all proceedings in this case:

**Trial Date: May 18, 2021, at 9:00 a.m.**

**Final Pretrial Conference: May 3, 2021, at 1:30 p.m.**

**Indictment Deadline:**

1. Superseding indictment deadline: **November 30, 2020**

**Motions Deadlines:**

1. Substantive pretrial motions deadline: **February 1, 2021**. The parties may file substantive motions by this date but only based on the superseding indictment.

2. Motions in Limine and Court imposed plea offer expiration deadline: **April 5, 2021**

3. Responses to Motions in Limine: **April 19, 2021**

   **No replies are to be filed.**

**Other Court Deadlines:**

1. Jury Questionnaire and Screening for Length of Trial: **March 12, 2021**

2. Government Disclosure of Final Exhibit and Witness List: **April 12, 2021**

3. Defense Disclosure of Final Exhibit and Witness List: **April 12, 2021**

4. Government Expert Witness Report and Final Summary Charts: **April 5, 2021**

5. Defense Expert Witness Report and Final Summary Charts: **April 5, 2021**

6. Any remaining Jencks Act material: **April 19, 2021**

7. Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form: **April 26, 2021**

8. Motions Hearing to be set, if needed.

**Status Conference:**

1. Status Conference: **December 29, 2020 at 10:00 a.m.**

2. The necessity for a second status conference will be determined by the parties and/or the Court.

The parties shall file a joint memorandum detailing the status of the case no less than three days prior to the scheduled status conference(s).

Excludable delay under 18 U.S.C. § 3161 will commence on November 4, 2020, through May 18, 2021.

Dated this 22nd day of October, 2020.

Douglas L. Rayes
United States District Judge