X FILED ___ LODGED
___ RECEIVED ___ COPY

DEC 1 0 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ M DEPUTY

# United States District Court

### for
### District of Arizona

**U. S. A. vs. David Allen Harbour**
**Docket No. CR-19-00898-001-PHX-DLR**
**AUSA: Kevin M. Rapp**
**Defense Attorney: Alan Scott Baskin**



T- SEALED

### PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE

COMES NOW **TAMMY L. MAHAN**, PRETRIAL SERVICES OFFICER, of the Court presenting an official report upon the conduct and attitude of releasee: <u>David Allen Harbour</u>, who was released by the Honorable Deborah M. Fine sitting in the Court at Phoenix, on the 8th day of August, 2019, who fixed bail at $1,000,000 and imposed the general terms and conditions of bail release adopted by the Court and also imposed special conditions as follows:

### PLEASE REFER TO THE ORDER SETTING CONDITIONS OF RELEASE

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**ALLEGED VIOLATION:**

**1) The defendant shall not make any financial transactions totaling over $1000 in any month to any person or entity without prior approval from Pretrial Services.**

The defendant shares an account with his mother at Desert Schools Federal Credit Union Bank. From September 19, 2019 to September 14, 2020, the defendant's wife received seven checks from that account totaling $44,766.80. The defendant failed to report the transactions to Pretrial Services.

On July 17, 2020, August 7, 2020, and September 11, 2020, wire funds were deposited into the defendant's bank account at Desert Schools Federal Credit Union Bank. The total of the three deposits was $137,556.80, and all deposits were from Gozzer Ranch. On 08/21/2020, a wire fund in the amount of $33,386.63, was deposited into the defendant's bank account at Desert Schools Federal Credit Union Bank. The deposit was from PB Financial. The defendant failed to report these transactions to Pretrial Services.

**AFFIDAVIT AND PETITION PRAYING THAT THE COURT WILL ORDER A SUMMONS BE ISSUED.**

In conformance with the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge. Based on the information presented that the defendant has violated conditions of release, I am petitioning the Court to issue a summons.


_____                    December 9, 2020
Tammy L. Mahan                                       _____
U.S. Pretrial Services Officer                       **Date**


**Reviewed by**

_____                    December 9, 2020
Alma L. Lopez                                        _____
Supervisory U.S. Pretrial Services Officer           **Date**


## ORDER OF COURT

I find there is probable cause to believe the defendant has violated conditions of release, supported by the above affirmation given under penalty of perjury. The Court orders the issuance of a summons. Considered and ordered this 9 day of December, 2020, and ordered filed and made a part of the records in the above case. 10th


_____
**The Honorable FINE, DEBORAH M**
**U.S. Magistrate Judge**