MICHAEL BAILEY
United States Attorney
District of Arizona
KEVIN M. RAPP
Assistant U.S. Attorney
Arizona State Bar No. 014249
Email: Kevin.Rapp@usdoj.gov
COLEEN P. SCHOCH
Assistant U.S. Attorney
Georgia State Bar No. 366545
Email: Coleen.Schoch@usdoj.gov
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-19-00898-PHX-DLR (DMF) |
|---|---|
| Plaintiff, | **GOVERNMENT'S SUPPLEMENTAL NOTICE OF EXPERT WITNESS** |
| vs. | |
| David Allen Harbour, | |
| Defendant. | |

Pursuant to the Federal Rules of Criminal Procedure, Rule 16(a)(1)(G), the United States, by and through undersigned counsel, supplements its notice of expert witness testimony for its case-in-chief at trial under Rules 702, 703, or 705 of the Federal Rules of Evidence.

**J. Patrick Cullen, Special Agent Forensic Examiner**

In addition to ITS-Digital Forensic Examiner, Kurt Hemphill, who was previously noticed as an expert witness, the government also intends to call Special Agent Forensic Examiner J. Patrick Cullen. (*See* Doc. 52.)[1] Previously, Mr. Hemphill was noticed as an expert who was responsible for acquiring and analyzing certain computer evidence from

---

[1] Mr. Hemphill's and Mr. Cullen's resumes are attached as Exhibits A and B, respectively.

multiple laptops, tablets (such as iPads), cellular telephones and storage devices (such as thumb drives) obtained from Harbour's residence. He will testify to the forensic protocols and tools he employed in analyzing the devices. In addition, Mr. Cullen will testify specifically regarding the forensic protocols and tools he employed in loading and filtering the data extracted by Mr. Hemphill from the cellular telephones.

For seized cellular telephones, the initial processing was conducted with tools from Cellebrite (UFED4PC & Physical Analyzer). The devices were physically examined, the SIM card was removed from the subject phones, and the devices were placed into airplane mode. The subject devices were connected to an exam workstation running Cellebrite tools, and an advanced logical extraction of the phone was completed. Mr. Hemphill did this initial processing.

Once that was completed, Mr. Cullen loaded the extraction completed by Mr. Hemphill into Physical Analyzer and filtered chat/sms/mms messages for the parameters provided by the investigating agents. The files that were identified by those filters were extracted out to a report of examination containing just those items and provided to the agents. Lastly, the reports of examination has been disclosed to Harbour.[2]

Respectfully submitted this 17th day of December, 2020.

        MICHAEL BAILEY
        United States Attorney
        District of Arizona

        *s/ Kevin M. Rapp*
        KEVIN M. RAPP
        COLEEN P. SCHOCH
        Assistant U.S. Attorney

---

[2] HARBOUR-047511-047514, 047515-047517, 047518, 047519-047529.

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2020, I electronically transmitted the attached Notice of Expert Witnesses to the Clerk's Office using the CM/ECF System for filing and sent transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/Joy Faraj*
U.S. Attorney's Office