# Exhibit A

CURRICULUM VITAE

# *Kurt D. Hemphill*

Federal Bureau of Investigation
21711 N 7th Street
Phoenix, Arizona  85024
(623)466-1535

kdhemphill@fbi.gov

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| Jun 2016 – Present | **ITS-Digital Forensic Examiner** |

As a forensic computer examiner in a laboratory, examine physical evidence under a documented quality assurance program that includes annual proficiency testing, technical/peer and administrative reviews and adherence to standard operating procedures.  Conduct forensic examinations on computer evidence, carry out research and development activities, perform search and seizure operations, and provide instruction to new field examiners

Jul 2015 – Jun 2016     **Special Agent, Cyber Crime Investigator**

Conduct Cyber-crime investigations including intrusions, money laundering and wire fraud.

Aug 2014 – Jul 2015     **Special Agent, Evidence Response Team Senior Team Leader**

Coordinated and lead up to 42 Evidence Response Team members in forensic investigation of a multitude of crimes including white-collar, violent crime, gang violence, and homicide investigations.

Jun 2014 – Aug 2014     **Special Agent, Cyber Investigator**

Conducted numerous Cyber investigations for the Federal Bureau of Investigation. Coordinated Super Bowl 50 Cyber response.

Sep 2009 – Jun 2014     **Special Agent & Training Coordinator/ National Academy Coordinator**
Federal Bureau of Investigation
Phoenix, Arizona

Coordinated training of over 500 personnel assigned to the Phoenix Field Office. Coordinated and taught New Agent training during probationary period for New Agents. Selected, completed backgrounds and coordinated National Academy training and continuing training.

Jun 1997 – Sept 2009     **Special Agent, Computer Forensic Examiner**
Federal Bureau of Investigation
Phoenix, Arizona

As a forensic computer examiner in a laboratory, examine physical evidence under a documented quality assurance program that includes annual proficiency testing, technical/peer and administrative reviews and adherence to standard operating procedures.   Conduct forensic examinations on computer evidence, carry out research and development activities, perform search and seizure operations, and provide instruction to new field examiners.

| | |
|---|---|
| Jun 2002 – Dec 2004 | **Supervisory Special Agent** |
| | Supervised the operation of the Sierra Vista Resident Agency. Investigations included narcotics, violent crime, public corruption, and national security matters. |
| Dec 1995 – June 2002 | **Special Agent** |
| | Conducted investigations of organized crime, violent crime, public corruption, and computer crime. |
| Aug 1992 - Dec 1995 | **Police Officer** <br> City of Glendale Arizona <br> Police Department <br> Glendale, Arizona |
| | As a patrol officer, responded to calls for service and initiated on view investigations. |
| Jun 1990 – Apr 2004 | **Senior EDP Auditor/Audit Manager** <br> City of Phoenix Arizona <br> City Auditor Department <br> Phoenix, Arizona |
| | Conducted audits of operating system and security kernels on IBM and UNISYS mainframes, Hewlett-Packard midframes, Novell LANS, and municipal multiprotocol WAN. Conducted regulatory/compliance audits on mainframe based information systems utilizing sophisticated computer assisted audit techniques. Conducted physical security audits of data centers. |

## EDUCATION

| | |
|---|---|
| Jun 1989 – May 1990 | **Arizona State University** <br> Tempe, Arizona <br> Masters of Business Administration |
| Jan 1981 – May 1985 | **Grand Canyon College** <br> Phoenix, Arizona <br> Bachelor of Science |
| Dec 1995 – Mar 1996 | **Federal Bureau of Investigation Training Academy** <br> Quantico, Virginia <br> Certificate of Completion FBI Special Agent Academy |

## FORENSIC EXAMINATION / TESTIMONY EXPERIENCE

Analyzed over 27 Terabytes of computer media consisting of approximately 3750 pieces in support of over 179 cases since 1997. Participated in the execution of over 310 search warrants, search and seizure operations, and field examinations. Examinations have supported State and Federal Court cases and testimony.

## PROFESSIONAL TRAINING (Digital Forensics)

| | |
|---|---|
| Aug 2017 | Basic Mobile CART Workforce Modernization, Huntsville, Alabama (40 hours) |
| Jul 2017 | Introduction to OS X/ MacOS: Forensics Essentials, Phoenix, Arizona (6 hours) |
| July 2017 | Basic Mobile Device Training for FETs, Phoenix, Arizona (16 hours) |
| Jan 2017 | SANS FOR408 Windows Forensic Analysis, Kansas City, Missouri (40 hours) |

| | |
|---|---|
| Dec 2016 | File Systems Forensics, Stafford, Virginia (40 hours) |
| Dec 2016 | WEB Artifacts Course, Stafford, Virginia (24 hours) |
| Dec 2016 | OS Artifacts Course, Stafford, Virginia (24 hours) |
| Nov 2016 | Linux Command Line Training, Stafford, Virginia (40 hours) |
| Oct 2016 | Digital Extraction Technician, Stafford, Virginia (54 hours)<br>Basic Tools Class, Stafford, Virginia (24 hours) |
| Jul 2014 | Obtaining and Analyzing Digital Records, FBI online (2 hours) |
| Jul 2014 | Social Media and Tools and Capabilities, FBI online (2 hours) |
| Jul 2014 | Basic Networking for Investigators, FBI online (2 hours) |
| Jul 2014 | Tracing Email Addresses, FBI on-line (2 hours) |
| Jul 2014 | The Cloud: It's all about Communication, FBI on-line (2 hours) |
| Jul 2014 | Exploiting Mobile Communications: Criminal Tactics and Investigative Techniques, FBI on-line (2 hours) |
| April 2008 | *CART Innocent Images Conference*, Crystal City, Virginia (32 hours) |
| Mar 2008 | *Macintosh Forensics Survival*, Menlo Park, California (40 hours) |
| Dec 2007 | *CART Tactical Workshop*, Safford, Virginia (24 hours) |
| Aug 2007 | *Instructor Cyber Crime and Computer Forensics*, International Law Enforcement Training Academy, Budapest, Hungary (8 hours) |
| Aug 2007 | *Instructor Linux Media Forensics*, Menlo Park, California (40 hours) |
| Aug 2007 | *Moot Court Proctor*, Phoenix, Arizona (4 days) |
| July 2007 | *Macintosh Forensics*, Buffalo, New York (32 hours) |
| July 2007 | *Cell Phone Forensics*, Portland, Oregon (20 hours) |
| April 2007 | *Cart Tactical Training*, Safford, Virginia (40 hours) |
| April 2007 | *Windows Registry: Basic Concepts*, Phoenix (4 hours) |
| Sep 2006 | *Moot Court Proctor*, Phoenix, Arizona (4 days) |
| Sep 2006 | *Linux Boot CD v5.0 Training*, Phoenix (2 hours) |
| Aug 2006 | *CART/RCFL Internet Crime Workshop*, Baltimore, MD (3 days) |
| Aug 2006 | *Malware Analysis*, Special Technologies & Application Section, Phoenix, Arizona (2 days) |
| Aug 2006 | *Microsoft Internet Information Server and Internet Security & Acceleration Server Forensics*, Microsoft Corporation, New Haven, Conn (3 days) |
| Apr 2006 | *Moot Court Proctor*, Williamsburg, Virginia (4 days) |
| Feb 2006 | *CART Quality Assurance Training*, Virtual CART (4 hours) |

| | |
|---|---|
| Jan 2006 | *CART PDA Certification*, San Diego, California (3 days) |
| Jan 2006 | *Advanced Linux Workshop*, Menlo Park, California (5 days) |
| Jan 2006 | *Redundant Array of Independent Disks*, Trenton, New Jersey (5 days) |
| Oct 2005 | *FBI Instructor Development Course*, FBI Law Enforcement & Training Program, Phoenix, Arizona (5 days) |
| Oct 2005 | *High Tech Crime Investigator's Association Annual Conference*, Monterey, California (3 days) |
| Sept 2005 | *CART/RCFL Counterterrorism Workshop*, Baltimore, MD (3 days) |
| Jun 2005 | *Internet Processing*, CART, Phoenix, AZ (1 day) |
| May 2005 | *Counterterrorism/Counterintelligence Investigations for Cyber Investigators*, FBI, San Antonio, TX (4 days) |
| Feb 2005 | *Linux Media Forensics*, CART, Baltimore, MD (5 days) |
| Feb 2005 | *Linux Refresher*, CART, Phoenix, AZ (1 day) |
| Jan 2005 | *Basic Wintel Certification Training Quality Assurance*, CART, Phoenix, AZ (2 days) |
| Jan 2005 | *Linux Boot CD*, CART, Phoenix, AZ (1 day) |
| Dec 2004 | *Basic Wintel Certification Training Practicals*, CART, Fredericksburg, VA (5 days) |
| Aug 2004 | *Microsoft Advanced Forensics*, Microsoft Corporation, Kansas City, KS (5 days) |
| Jul 2004 | *FTK Combined Boot Camp*, Access Data, New Haven, CT (5 days) |
| Feb 2004 | *Counterterrorism: A Strategic & Tactical Approach*, FBI, Phoenix, AZ (5 days) |
| Nov 2002 | *Supervisors Management Seminar*, FBI, Phoenix, AZ (4 days) |
| May 2002 | *Ilook Basic Forensic Course*, CART, Quantico, VA (4 days) |
| July 2001 | *Advanced Data Recovery and Analysis.* National White Collar Crime Center, Fairmont, WV (4 days) |
| Mar 2001 | *Online Child Pornography/Sexual Exploitation*, NCAVC/FBI Crimes Against Children, Scottsdale, AZ (2 days) |
| July 2000 | *Cisco Routers*, Learning Tree, El Segundo, CA (3 days) |
| Apr 2000 | *FBI CART UNIX Forensics Training.* Quantico, VA (5 days) |
| Mar 2000 | *Advanced Intrusion Investigator's Course*, Sytex, Quantico, VA (5 days) |
| Mar 2000 | *Introduction to Solaris & Security*, Sun Microsystems, El Segundo, CA (5 days) |
| Aug 1999 | *Advanced Forensic Examiner Training Course*, FBI CART, Quantico, VA (5 days) |
| May 1999 | *Networks & Networking for Agents, System Security & Exploitation*, Sytex, Quantico, VA (10 days) |

| | |
|---|---|
| July 1998 | *Field Examiner Advanced In-Service*, FBI CART, Orlando, FL (5 days) |
| Jun 1997 | *Field Examiner In-Service*, FBI CART, Federal Law Enforcement Training Center, Savannah, GA (5 days) |
| May 1997 | *Novell Netware Administration*. Tulane University, New Orleans, LA (5 days) |
| Apr 1997 | *Computer Forensic Examiner Training*. International Association of Computer Investigative Specialists training seminar, Orlando, FL. (10 days) |

## CERTIFICATIONS

| | |
|---|---|
| Jun 1997 Dec 2005 Dec 2019 | Certified Digital Forensic Examiner – FBI Laboratory/Operational Technology |
| June 2017 | GIAC Certified Forensic Examiner – GCFE |
| Apr 2000 | Certified Unix Forensic Examiner – FBI Laboratory |
| Jan 2006 | PDA Forensic Examination Certification – Operational Technology Division |
| July 2007 | Certified Macintosh Forensic Examiner – Information Technology Division |
| July 2007 | Certified Cell Phone Examiner – Information Technology Division |

**Kurt D. Hemphill**
**Page 5 of 5**