# Exhibit B

CURRICULUM VITAE
FBI Expert Witness



# *J. Patrick Cullen*

Federal Bureau of Investigation
Computer Analysis Response Team
21711 N. 7th St
Phoenix, AZ  85024
PHONE:  623-466-1634

## PROFESSIONAL EXPERIENCE

Mar 2015 - present   **Special Agent Forensic Examiner**
Phoenix Division
Federal Bureau of Investigation
Phoenix, AZ

As a forensic computer examiner in the FBI, I examine physical evidence under a documented quality assurance program that includes annual proficiency testing, technical/peer and administrative reviews and adherence to standard operating procedures.

Conduct forensic examinations on computer evidence, carry out research and development activities, perform search and seizure operations, and provide instruction to new field examiners.  Certified to perform forensic examinations on Windows and Mobile devices.

Apr 2014 – Mar 2015   **Special Agent Forensic Examiner Trainee**
Phoenix Division
Federal Bureau of Investigation
Phoenix, AZ

As a forensic computer examiner trainee in the FBI, I examined physical evidence under a documented quality assurance program that included annual proficiency test, technical/peer and administrative reviews and adherence to standard operating procedures.  I performed this under the guidance of a certified forensic examiner.

Jun 2011 – Apr 2014   **Special Agent Forensic Examiner On The Job Trainee**
Phoenix Division
Federal Bureau of Investigation
Phoenix, AZ

As a forensic computer examiner on the job trainee in the FBI, I examined physical evidence under a documented quality assurance program that included annual proficiency test, technical/peer and administrative reviews and adherence to standard operating procedures.  I performed this under the guidance of a certified forensic examiner.

May 2004 – Mar 2015   **Special Agent**
Phoenix Division
Federal Bureau of Investigation
Phoenix, AZ

Performed duties related to complex national security and criminal computer intrusions. Gathered evidence, analyzed large volumes of digital evidence and log files, prepared prosecution reports, conducted victim notifications and support to victim organizations.

Worked crimes against children cases in an online undercover role, gathered evidence, obtained federal search warrants, subject interviews, review of digital media, prepared prosecution reports and obtained indictment/arrest warrants for cases assigned to me.

Worked complex transnational organized crime and drug cases

Jan 2004 – May 2004   **Special Agent New Agent Trainee**
Federal Bureau of Investigation
Training Academy
Quantico, VA

Received 17 weeks of training in computer investigations, evidence gathering and review, interview/interrogation, firearms, defensive tactics, ethics, legal and other classes required by the Federal Bureau of Investigation.

EDUCATION

Sep 1988 – Jan 1993   **Southern Illinois University**
Edwardsville, IL
Bachelor of Science in Accounting

FORENSIC EXAMINATION / TESTIMONY EXPERIENCE

Analyzed more than 483 computers systems and mobile devices since 2013. Participated in the execution of 170 search warrants, search and seizure operations, and field examinations. Examinations have supported expert testimony in State and Federal Court.

PROFESSIONAL TRAINING

| | |
|---|---|
| Feb 2008 | Network Intrusion Analysis |
| Jan 2010 | Advanced Network Intrusion – Unix |
| Nov 2010 | CompTIA A+ |
| Jan 2011 | FBI Cart Tech Certification Course |
| Nov 2011 | Advanced Network Intrusion - Windows |
| May 2011 | CompTIA – Network+ |
| Oct 2011 | Access Data FTK Boot Camp |
| Jan 2012 | FBI Cart Intermediate Web Artifacts |
| Mar 2012 | FBI DExt vs CART FE Training |
| May 2012 | FBI Cyber Division Networking Training |
| Aug 2012 | FBI Intermediate OS Artifacts |

| | |
|---|---|
| Sep 2012 | Access Data ACES Training |
| Nov 2012 | GIAC Security Essentials |
| Jan 2013 | FBI CART Tech Practicals |
| Jan 2013 | FBI DExT Practicals |
| May 2013 | FBI Intro to CART Exams |
| Aug 2013 | FBI CART Practicals |
| Nov 2013 | GIAC GCFE Forensic Exam Training |
| Apr 2014 | FBI Moot Court |
| Dec 2014 | GIAC Certified Forensic Analyst |
| Aug 2016 | FBI Basic Mobile Devices |
| Oct 2016 | FBI Annual Proficiency Exam |
| Sep 2017 | FBI Annual Proficiency Exam |
| Feb 2018 | FBI Introduction to Mac Systems |
| Sep 2018 | FBI Annual Proficiency Exam |
| Nov 2018 | FBI Mobile Device Refresher and Recertification |

## CERTIFICATIONS & AWARDS

| | |
|---|---|
| Aug 2016 | FBI Cell Phone and Mobile Device Certified |
| Mar 2015 | FBI Basic Wintel Forensic Examiner Certified |
| Dec 2014 | Global Information Assurance Certification – Certified Forensic Analyst |
| Nov 2013 | Global Information Assurance Certification – Windows Forensic Analysis |
| Nov 2012 | Global Information Assurance Certification – Security Essentials |

## TRIAL TESTIMONY

| | |
|---|---|
| Apr 2019 | USA vs Lawrence James Halamek, District of Arizona, Kidnapping |
| Mar 2018 | USA vs Kristopher Paul Garza, District of Arizona, ITOM – SEOC, Expert Witness |
| Nov 2017 | USA vs Wayne Montierth, District of Arizona, ITOM – SEOC, Expert Witness |
| Oct 2016 | USA vs Bryan Rusnak, District of Arizona, ITOM – SEOC, Expert Witness |
| Aug 2015 | State of Arizona vs Michael Mckerlie, Pima County Superior Court, ITOM - SEOC |