**BASKIN PLC**
6263 N. Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
Telephone No. 602-812-7977
E-mail: alan@baskin.law
         mmilovic@baskin.law
Name and State Bar No.:   Alan Baskin #013155
                          Mladen Milovic #035560
*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| United States of America, | **Case No.  CR-19-00898-PHX-DLR(DMF)** |
|---|---|
| Plaintiff, | **DEFENDANT DAVID ALLEN HARBOUR'S WITHDRAWAL OF MOTION FOR A TWO-DAY EXTENSION TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS AND MOTION FOR BILL OF PARTICULARS (DOC. 213)** |
| vs. | |
| David Allen Harbour, | |
| Defendant. | |

On February 24, 2021, Mr. Harbour requested a two-day extension to Friday, February 26, 2021 to file replies that were due on the 24th in support of two pending motions. [Doc. 213.] Mr. Harbour has since filed both replies [Docs. 214 and 215] and withdraws the request for an extension.

….

….

….

….

RESPECTFULLY SUBMITTED this 25th day of February, 2021.

BASKIN PLC

/s/ Alan Baskin
Alan Baskin
Mladen Milovic
6263 N. Scottsdale Road, Suite 340
Scottsdale, Arizona  85250
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Kevin M. Rapp
Coleen Schoch
U.S. Attorney's Office
40 N. Central Ave., Suite 1800
Phoenix, AZ  85004
*Attorneys for Plaintiff*

 /s/ Cristina McDonald