IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>  vs.<br><br>David Allen Harbour,<br><br>              Defendant. | No. CR-19-00898-001-PHX-DLR<br><br>**ORDER** |

      Upon Non-Party Witnesses LJP Consulting, LLC, Philip N. Burgess, Alonzo Primus, and Princeton Alternative Income Fund's (Witnesses) Motion to Extend Production Deadline, there being no objection, and good cause appearing,

      **IT IS ORDERED** that the motion is GRANTED.

      **IT IS FURTHER ORDERED** extending the deadline for the Witnesses to produce responsive documents to and including April 1, 2021, and that the parties shall reach an agreement on any additional documents to be produced should all responsive documents in the Witnesses' possession not be produced by April 1, 2021.

      Dated this 1st day of March, 2021.

Douglas L. Rayes
United States District Judge