PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

KEVIN M. RAPP
Arizona Bar No. 014249
Email: Kevin.Rapp@usdoj.gov
COLEEN P. SCHOCH
Georgia Bar No. 366545
Email: Coleen.Schoch@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR- 19-00898-PHX-DLR  (DMF) |
| Plaintiff, | **GOVERNMENT'S AND DEFENDANT'S SUPPLEMENTAL QUESTIONS FOR JUROR QUESTIONNAIRE AND REVISIONS TO STATEMENT OF THE CASE** |
| v. | |
| David Allen Harbour, | |
| Defendant. | |

Pursuant to the Court's order (Doc. 133), the Government hereby submits three additional questions to be considered for inclusion in the proposed Juror Questionnaire and has no proposed changes to the statement of the case.

1. Apart from what you already have told us, how many of you, or members of your immediate family, ever have had any employment, training, or experience in these fields:

   a. Accounting

   b. Bank lending

   c. Financial investments

2. Including retirement plans and college savings plans, how many of you have invested money in stocks, bonds, futures, derivatives, hedge funds, offshore accounts,

offshore investment programs, or some other investment plan or program? Please tell us the nature of your portfolio, being sure to mention any investments that might be characterized as non-mainstream or untraditional.  [**Note: Defendant objects to this question on the basis that it is prejudicial and could suggest that certain types of investments that are not "mainstream" are also illegal.**]

3. Apart from what you already have told us, have any of you, or members of your immediate family, ever have had any employment, training, or experience in the payday lending industry or a similar high-interest, non-conventional lending industry? [**Note: Defendant objects to the use of the term "non-conventional."**]

Mr. Harbour submits the following additional questions[1] to be considered for inclusion in the proposed Juror Questionnaire [Doc. 133], and the following revisions to the statement of the case and Question 21 of the Court's proposed questionnaire:

**Statement of the Case:**

This is a criminal case being prosecuted by the United States.  The defendant is charged with twenty-six (26) counts involving a fraudulent scheme that are alleged to have occurred between about January 2010 through July 2019:

    Counts 1-10: Wire fraud

    Counts 11-12: Mail fraud

    Counts 13-23: Transactional money laundering

    Count 24: Tax Evasion

    Count 25: False Statement

    Count 26: Obstruction

The defendant has entered pleas of not guilty to all charges.

**Question 21:**

It is expected that trial will last up to four weeks and be conducted May 18, 2021, through June __, 2021.  Trial will be held _____ through _____ the 1st week; _____ the 2nd

---

[1] Mr. Harbour reserves the right to request additional questions depending on the evolution of the COVID-19 pandemic as the trial date approaches.

week, _____ the 3rd week, and _____ the 4th week.  Jury deliberations could go beyond those dates.  Would this schedule and/or length of trial create any undue hardship for you?  If yes, please explain in detail.  [**The government believes that this case will take 2-3 weeks to try including defense case and deliberations.**]

**Additional Questions:**

1. Have you, or anyone you know, ever worked in any of the following agencies or departments:

    a. U.S. Attorney's Office
    b. County attorney, district attorney, or another prosecutor's office
    c. U.S. Department of Justice
    d. State court system
    e. Federal court system
    f. City court system
    g. Federal Bureau of Investigation
    h. Sheriff's department
    i. Police department
    j. DPS or state police or troopers
    k. Arizona Corporation Commission
    l. Attorney General's office
    m. Internal Revenue Service
    n. Department of Revenue
    o. Any other law enforcement agency

2. Do you have any strong feelings regarding the criminal justice system in this country, including but not limited to, your feelings about judges, prosecutors, FBI agents, IRS agents, or defense attorneys, that would prevent you from giving either the government or the defendant a fair hearing in this matter?

3. The Court is implementing procedures to encourage social distancing and minimize exposure to COVID-19 in the Courtroom setting.  Even with these precautions, do you

have ANY concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case? If yes, please explain. **[The government believes that the Court adequately covers issues related to COVID-19.]**

Respectfully submitted this 12th day of March, 2021.

                        PAUL ANTHONY MARTIN
                        Acting United States Attorney
                        District of Arizona

                        *s/ Kevin M. Rapp*
                        KEVIN M. RAPP
                        COLEEN P. SCHOCH
                        Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Joy Faraj*
Joy Faraj
U.S. Attorney's Office