# Exhibit

# A




GOVERNMENT EXHIBIT 46 LA-4666
PENGAD 800-631-6989

---

**From:** D[redacted] D[redacted] <[redacted]>
**Sent:** Tuesday, March 08, 2016 2:23 PM
**To:** R[redacted] S[redacted]; D[redacted] S[redacted]; F[redacted] W[redacted]; [redacted] T[redacted] B[redacted] C[redacted]
**Subject:** David Harbour

Hello all,

I received a payment from David's company, Oak Tree Management LLC today for our first quarterly payment of interest on the money that we loaned Oak Tree Management last year. We will receive a total of four interest only quarterly payments this year and will then receive four quarterly principal and interest payments during 2017. The loan will be paid in full by December 2017.

As you might recall, Oak Tree loaned the money to Green Circle LLC, which is owned by an Indian tribe who makes payday type loans to individuals. Green Circle is starting to do fairly well.

David has an agreement with the tribe for a large portion of Green Circle's profits and he will use that money to start making payments on the old money that he has agreed to make good on. We might see payments on the old money starting sometime this summer.

David has a few other deals that he is working on that might be another source of paying us on the old money as well.

Lastly, J[redacted] T[redacted] is finally getting his new operation going. We are working on a document with him whereby he acknowledges his obligation on the old money as well. Not sure when this will be complete or when we may start seeing some money come our way.

I will send you your share of the interest payment after taking out my large consulting fee. ☺

D[redacted]