# Exhibit B

# Analysis of Turasky's Investment
# For the Period July 29, 2014 - September 5, 2014
# Appendix A



| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 1 | Oak Tree Management, LLC NT x1790 | 7/29/2014 | Balance Prior to R.T. Investment | | | | $ 1,000.00 | Bates: 033887 |
| 2 | Oak Tree Management, LLC NT x1790 | 7/30/2014 | Domestic Wire Recvd Wire In #516287 By Fwr#009994 Org=SNI Fund I LLC OTM Green Circle | SNI Fund I LLC OTM Green Circle | | $ 500,000.00 | $ 501,000.00 | Bates: 033886 * |
| 3 | Oak Tree Management, LLC NT x1790 | 7/30/2014 | Service Fee For: Domestic Wire Recv | Bank Fee | $ (15.00) | | $ 500,985.00 | Bates: 033886 |
| 4 | Oak Tree Management, LLC NT x1790 | 7/31/2014 | Domestic Wire Sent Wire Out#404209 By Fwr#006481 BNP=Capital Investment Advisor LLC | Capital Investment Advisor LLC (R.T.) | $ (150,000.00) | | $ 350,985.00 | Bates: 033886 |
| 5 | Oak Tree Management, LLC NT x1790 | 7/31/2014 | Service Fee For: Domestic Wire Sent | Bank Fee | $ (25.00) | | $ 350,960.00 | Bates: 033886 |
| 6 | Oak Tree Management, LLC NT x1790 | 8/4/2014 | Phone Transfer Debit Prvt Passport Trf To xxxxxx9412 | DNA Investments, LLC NT x9412 | $ (1,500.00) | | $ 349,460.00 | Bates: 033886 |
| 7 | Oak Tree Management, LLC NT x1790 | 8/4/2014 | Phone Transfer Debit Prvt Passport Trf To xxxxxx3388 | DNA Management, LLC NT x3388 | $ (10,000.00) | | $ 339,460.00 | Bates: 033886 |
| 8 | Oak Tree Management, LLC NT x1790 | 8/4/2014 | Phone Transfer Debit Prvt Passport Trf To xxxxxx9412 | DNA Investments, LLC NT x9412 | $ (35,000.00) | | $ 304,460.00 | Bates: 033886 |
| 9 | Oak Tree Management, LLC NT x1790 | 8/6/2014 | Domestic Wire Sent Wire Out #409603 By Fwr#003515 Bnp= Wakpamni Lake Community Corp | Wakpamni Lake Community Corp. (Green Circle) | $ (50,000.00) | | $ 254,460.00 | Bates: 033886 |
| 10 | Oak Tree Management, LLC NT x1790 | 8/6/2014 | Service Fee For: Domestic Wire Sent | Bank Fee | $ (25.00) | | $ 254,435.00 | Bates: 033886 |
| 11 | Oak Tree Management, LLC NT x1790 | 8/8/2014 | Phone Transfer Debit Prvt Passport Trf To xxxxxx3388 | DNA Management, LLC NT x3388 | $ (37,500.00) | | $ 216,935.00 | Bates: 033886 ** |
| 12 | Oak Tree Management, LLC NT x1790 | 8/12/2014 | Check Imprint Charge Ach Debit Check Imprinting Charge Check/ Acc 08/12 4019384 Ppd | Bank Fee | $ (24.75) | | $ 216,910.25 | Bates: 033887 |
| 13 | Oak Tree Management, LLC NT x1790 | 8/15/2014 | Phone Transfer Debit Prvt Passport Trf To xxxxxx3388 | DNA Management, LLC NT x3388 | $ (4,000.00) | | $ 212,910.25 | Bates: 033887 |
| 14 | Oak Tree Management, LLC NT x1790 | 8/20/2014 | Phone Transfer Debit Prvt Passport Trf To xxxxxx3388 | DNA Management, LLC NT x3388 | $ (2,000.00) | | $ 210,910.25 | Bates: 033887 |

# Review of Oak Tree Management, LLC NT x1790
## For the Period July 29, 2014 - September 2, 2014
### Appendix A-1

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 15 | Oak Tree Management, LLC NT x1790 | 8/21/2014 | Phone Transfer Debit Prvt Passport Trf To xxxxxx5180 | 21020, LLC NT x5180 | $ (12,000.00) | | $ 198,910.25 | Bates: 033887 |
| 16 | Oak Tree Management, LLC NT x1790 | 8/22/2014 | Phone Transfer Debit Prvt Passport Trf To xxxxxx9412 | DNA Investments, LLC NT x9412 | $ (10,000.00) | | $ 188,910.25 | Bates: 033887 |
| 17 | Oak Tree Management, LLC NT x1790 | 8/26/2014 | Phone Transfer Debit Prvt Passport Trf To xxxxxx9412 | DNA Investments, LLC NT x9412 | $ (144,000.00) | | $ 44,910.25 | Bates: 033888 |
| 18 | Oak Tree Management, LLC NT x1790 | 8/28/2014 | Phone Transfer Debit Prvt Passport Trf To xxxxxx3388 | DNA Management, LLC NT x3388 | $ (17,000.00) | | $ 27,910.25 | Bates: 033888 |
| 19 | Oak Tree Management, LLC NT x1790 | 8/28/2014 | Domestic Wire Sent Wire Out #419324 By Fwr#003490 BNP=Wakpamni Lake Community Corp | Wakpamni Lake Community Corp. (Green Circle) | $ (5,000.00) | | $ 22,910.25 | Bates: 033888 |
| 20 | Oak Tree Management, LLC NT x1790 | 8/28/2014 | Service Fee For: Domestic Wire Sent | Bank Fee | $ (25.00) | | $ 22,885.25 | Bates: 033888 |
| 21 | Oak Tree Management, LLC NT x1790 | 8/29/2014 | Phone Transfer Debit Prvt Passport Trf To xxxxxx3388 | DNA Management, LLC NT x3388 | $ (17,000.00) | | $ 5,885.25 | Bates: 033888 |
| 22 | Oak Tree Management, LLC NT x1790 | 9/2/2014 | Phone Transfer Debit Prvt Passport Trf To xxxxxx3388 | DNA Management, LLC NT x3388 | $ (3,000.00) | | $ 2,885.25 | Bates: 033888 |

23 Total Inflows During Reviewed Period $ 500,000.00

24 Total Outflows During Reviewed Period $ (498,114.75)

25 *Note: The transaction represents Wire Fraud Count 1.

26 **Note: The transaction represents Money Laundering Count 14.

# Review of 21020, LLC NT x5180
## For the Period August 18, 2014 - August 21, 2014
## Appendix A-2

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 1 | 21020, LLC NT x5180 | 8/18/2014 | Balance Prior to Transfer from Oak Tree Management, LLC NT x1790 | | | | $ 1,612.31 | Bates: 033494 |
| 2 | 21020, LLC NT x5180 | 8/21/2014 | Phone Trnsfer Credit PRVT Passport TRF From x1790 | Oak Tree Management, LLC NT x1790 | | $ 12,000.00 | $ 13,612.31 | Bates: 033493; Appendix A-1, Item #15 |
| 3 | 21020, LLC NT x5180 | 8/21/2014 | Check #1542 Paid | Grissinger Holdings (John R. Grissinger) | $ (12,083.90) | | $ 1,528.41 | Bates: 033493; 031535 * |

| | | | |
|---|---|---|---|
| 4 | Total Inflows During Reviewed Period | | $ 12,000.00 |
| 5 | Total Outflows During Reviewed Period | $ (12,083.90) | |

6   *Note: The transaction represents Money Laundering Count 17.

# Review of DNA Management, LLC NT x3388
## For the Period July 31, 2014 - September 5, 2014
### Appendix A-3

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 1 | DNA Management, LLC NT x3388 | 7/31/2014 | Balance Prior to Transfers from NT x1790 | | | | $ 961.57 | Bates: 033751 |
| 2 | DNA Management, LLC NT x3388 | 8/4/2014 | Phone Trnsfer Credit PRVT Passport TRF From x1790 | Oak Tree Management, LLC NT x1790 | | $ 10,000.00 | $ 10,961.57 | Bates: 033752; Appendix A-1, Item #7 |
| 3 | DNA Management, LLC NT x3388 | 8/8/2014 | Phone Trnsfer Credit PRVT Passport TRF From x1790 | Oak Tree Management, LLC NT x1790 | | $ 37,500.00 | $ 48,461.57 | Bates: 033752; Appendix A-1, Item #11 |
| 4 | DNA Management, LLC NT x3388 | 8/8/2014 | Check #5228 | Gozzer Ranch | $ (1,891.74) | | $ 46,569.83 | Bates: 033752; 033243 |
| 5 | DNA Management, LLC NT x3388 | 8/11/2014 | Check #5229 | HighPointe Capital Group, LLC BoA x3354 | $ (37,500.00) | | $ 9,069.83 | Bates: 033752, 033244 * |
| 6 | DNA Management, LLC NT x3388 | 8/11/2014 | Check #5227 | Santa Catalina LLC | $ (7,500.00) | | $ 1,569.83 | Bates: 033752; 033242 |
| 7 | DNA Management, LLC NT x3388 | 8/15/2014 | Phone Trnsfer Credit PRVT Passport TRF From x1790 | Oak Tree Management, LLC NT x1790 | | $ 4,000.00 | $ 5,569.83 | Bates: 033752; Appendix A-1, Item #13 |
| 8 | DNA Management, LLC NT x3388 | 8/15/2014 | Check #5231 | Land Rover Financial Group | $ (2,514.77) | | $ 3,055.06 | Bates: 033752; 033246 |
| 9 | DNA Management, LLC NT x3388 | 8/18/2014 | Check #5232 | Abby Harbour dba AJS Management, LLC U.S. Bank x0603 | $ (2,300.00) | | $ 755.06 | Bates: 033752; 033247 |
| 10 | DNA Management, LLC NT x3388 | 8/18/2014 | Check #5230 | Marilyn Kieffer-Andrews, RNP | $ (350.00) | | $ 405.06 | Bates: 033752; 033245 |
| 11 | DNA Management, LLC NT x3388 | 8/19/2014 | Check #5233 | David & Abby Harbour BoA x0863 | $ (2,000.00) | | $ (1,594.94) | Bates: 033752; 033248 |
| 12 | DNA Management, LLC NT x3388 | 8/20/2014 | Phone Trnsfer Credit PRVT Passport TRF From x1790 | Oak Tree Management, LLC NT x1790 | | $ 2,000.00 | $ 405.06 | Bates: 033752; Appendix A-1, Item #14 |
| 13 | DNA Management, LLC NT x3388 | 8/20/2014 | Overdraft Fee For Overdraft Check # 5233 | Bank Fee | $ (30.00) | | $ 375.06 | Bates: 033753 |
| 14 | DNA Management, LLC NT x3388 | 8/27/2014 | Check #5234 | Jim Brown | $ (500.00) | | $ (124.94) | Bates: 033752; 033249 |
| 15 | DNA Management, LLC NT x3388 | 8/28/2014 | Phone Trnsfer Credit PRVT Passport TRF From x1790 | Oak Tree Management, LLC NT x1790 | | $ 17,000.00 | $ 16,875.06 | Bates: 033752; Appendix A-1, Item #18 |
| 16 | DNA Management, LLC NT x3388 | 8/28/2014 | Check #5236 | HighPointe Capital Group, LLC BoA x3354 | $ (17,000.00) | | $ (124.94) | Bates: 033752, 033250 |

# Review of DNA Management, LLC NT x3388
## For the Period July 31, 2014 - September 5, 2014
### Appendix A-3

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 17 | DNA Management, LLC NT x3388 | 8/28/2014 | Overdraft Fee For Overdraft CHECK # 5234 | Bank Fee | $ (30.00) | | $ (154.94) | Bates: 033753 |
| 18 | DNA Management, LLC NT x3388 | 8/29/2014 | Phone Trnsfer Credit PRVT Passport TRF From x1790 | Oak Tree Management, LLC NT x1790 | | $ 17,000.00 | $ 16,845.06 | Bates: 033752; Appendix A-1, Item #21 |
| 19 | DNA Management, LLC NT x3388 | 8/29/2014 | Overdraft Fee For Overdraft Check # 5236 | Bank Fee | $ (30.00) | | $ 16,815.06 | Bates: 033753 |
| 20 | DNA Management, LLC NT x3388 | 9/2/2014 | Phone Trnsfer Credit PRVT Passport TRF From x9412 | DNA Investments, LLC NT x9412 | | $ 500.00 | $ 17,315.06 | Bates: 033754; Appendix A-4, Item #11 |
| 21 | DNA Management, LLC NT x3388 | 9/2/2014 | Phone Trnsfer Credit PRVT Passport TRF From x1790 | Oak Tree Management, LLC NT x1790 | | $ 3,000.00 | $ 20,315.06 | Bates: 033754; Appendix A-1, Item #22 |
| 22 | DNA Management, LLC NT x3388 | 9/2/2014 | Check #5238 | David Harbour BoA x8017 | $ (5,000.00) | | $ 15,315.06 | Bates: 033754; 033253 |
| 23 | DNA Management, LLC NT x3388 | 9/2/2014 | Phone Transfer Debit PRVT Passport TRF TO x5279 | Nautical Holdings, LLC NT x5279 | $ (100.00) | | $ 15,215.06 | Bates: 033755 |
| 24 | DNA Management, LLC NT x3388 | 9/3/2014 | Check #5239 | David & Abby Harbour BoA x0863 | $ (3,000.00) | | $ 12,215.06 | Bates: 033754; 033254 |
| 25 | DNA Management, LLC NT x3388 | 9/4/2014 | Check #5235 | Doris Titus | $ (500.00) | | $ 11,715.06 | Bates: 033754; 033251 |
| 26 | DNA Management, LLC NT x3388 | 9/5/2014 | Check #5237 | Rancho Solano Preparatory School | $ (11,518.75) | | $ 196.31 | Bates: 033754, 033252 |
| 27 | Total Inflows During Reviewed Period | | | | | | $ 91,000.00 | |
| 28 | Total Outflows During Reviewed Period | | | | | | $ (91,765.26) | |

29  *Note: The transaction represents Money Laundering Count 15.

# Review of DNA Investments, LLC NT x9412
## For the Period August 1, 2014 - September 2, 2014
### Appendix A-4

| Item Number | Account Number | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | DNA Investments, LLC NT x9412 | 8/1/2014 | Balance Prior to Transfers from NT x1790 | | | | $ (907.89) | Bates: 033680 | |
| 2 | DNA Investments, LLC NT x9412 | 8/4/2014 | Phone Trnsfer Credit PRVT Passport TRF From x1790 | Oak Tree Management, LLC NT x1790 | | $ 1,500.00 | $ 592.11 | Bates: 033679; Appendix A-1, Item #6 | |
| 3 | DNA Investments, LLC NT x9412 | 8/4/2014 | Phone Trnsfer Credit PRVT Passport TRF From x1790 | Oak Tree Management, LLC NT x1790 | | $ 35,000.00 | $ 35,592.11 | Bates: 033679; Appendix A-1, Item #8 | |
| 4 | DNA Investments, LLC NT x9412 | 8/4/2014 | ACH Debit 008989000084590 | Bank Fee | $ (30.00) | | $ 35,562.11 | Bates: 033680 | |
| 5 | DNA Investments, LLC NT x9412 | 8/5/2014 | Check #1238 | Denny Sanford | $ (34,665.33) | | $ 896.78 | Bates: 033679 | * |
| 6 | DNA Investments, LLC NT x9412 | 8/21/2014 | Check #2393 | Downtown Associates, LLC | $ (9,368.75) | | $ (8,471.97) | Bates: 033679; 032951 | |
| 7 | DNA Investments, LLC NT x9412 | 8/22/2014 | Phone Trnsfer Credit PRVT Passport TRF From x1790 | Oak Tree Management, LLC NT x1790 | | $ 10,000.00 | $ 1,528.03 | Bates: 033679; Appendix A-1, Item #16 | |
| 8 | DNA Investments, LLC NT x9412 | 8/22/2014 | Overdraft Fee For Overdraft Check 2393 | Bank Fee | $ (30.00) | | $ 1,498.03 | Bates: 033680 | |
| 9 | DNA Investments, LLC NT x9412 | 8/26/2014 | Phone Trnsfer Credit PRVT Passport TRF From x1790 | Oak Tree Management, LLC NT x1790 | | $ 144,000.00 | $ 145,498.03 | Bates: 033679; Appendix A-1, Item #17 | |
| 10 | DNA Investments, LLC NT x9412 | 8/27/2014 | ACH Debit ACH DEBIT AMEX EPayment ACH PMT M791 8 08/27 5810521 WEB | American Express | $ (142,785.88) | | $ 2,712.15 | Bates: 033680 | * |
| 11 | DNA Investments, LLC NT x9412 | 9/2/2014 | Phone Transfer Debit PRVT Passport TRF To x3388 | DNA Management, LLC NT x3388 | $ (500.00) | | $ 2,212.15 | Bates: 033681; Appendix A-3, Item #20 | |

| | | |
|---|---|---|
| 12 | Total Inflows During Reviewed Period | $ 190,500.00 |
| 13 | Total Outflows During Reviewed Period | $ (187,379.96) |

14    *Note: These transactions represent Money Laundering Counts 13 and 18.

# Remaining Money Laundering Counts
## Charges Traced From Turasky's Investment
### Appendix A-5

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Citation | |
|---|---|---|---|---|---|---|---|---|
| 1 | HighPointe Capital Group, LLC BoA x3354 | 8/8/2014 | Counter Credit (Check #5229 Deposited) | DNA Management NT x3388 | | $ 37,500.00 | Bates: 027801, 033244; Appendix A-3, Item #5 | |
| 2 | HighPointe Capital Group, LLC BoA x3354 | 8/8/2014 | WIRE TYPE:WIRE UT DATE:140808 TIME:1515 ET 903708080272749 TRN:2014080800272749 SERVICE REF:009636 BNF:Herrington Park 1, LLC ID:246522 BNF BK:Bank F Blue Valley ID:101005027 PMT DET:1488F13255HG0E7 4 | Herrington Park 1, LLC | $ (37,500.00) | | Bates: 027801 | * |
| 3 | HighPointe Capital Group, LLC BoA x3354 | 8/27/2014 | Counter Credit (Check #5236 Deposited) | DNA Management NT x3388 | | $ 17,000.00 | Bates: 027801, 033250; Appendix A-3, Item #16 | |
| 4 | HighPointe Capital Group, LLC BoA x3354 | 8/28/2014 | Employment Edge DES:INV ICE ID:H024611 902539013192246 INDN:MAIN C ID:2271549152 CCD | Employment Edge | $ (13,682.69) | | Bates: 027801 | * |

5   *Note: These transactions represent Money Laundering Counts 16 and 19.