# Exhibit

# C

# Analysis of Burg's Investment
# For the Period December 1, 2014 - February 27, 2015
# Appendix B



# Review of Harbour Family LLP; Pujanza Management, LLC BMO Harris x5244
## For the Period December 1, 2014 - January 5, 2015
### Appendix B-1

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 1 | Harbour Family LLP, Pujanza Management, LLC BMO Harris x5244 | 12/1/2014 | Balance Prior to M.B. Investment | | | | $ - | Bates: 034716 |
| 2 | Harbour Family LLP, Pujanza Management, LLC BMO Harris x5244 | 12/2/2014 | FED WIRE TRANSFER CREDIT 010143 | Mark E. Burg Living Trust | | $ 1,000,000.00 | $ 1,000,000.00 | Bates: 034716, 034768 * |
| 3 | Harbour Family LLP, Pujanza Management, LLC BMO Harris x5244 | 12/3/2014 | FED WIRE TRANSFER DEBIT 005685 | Oak Tree Management, LLC NT x1790 | $ (500,000.00) | | $ 500,000.00 | Bates: 034716, 034769 |
| 4 | Harbour Family LLP, Pujanza Management, LLC BMO Harris x5244 | 12/22/2014 | FED WIRE TRANSFER DEBIT 141222013001 | Oak Tree Management, LLC NT x1790 | $ (300,000.00) | | $ 200,000.00 | Bates: 034716, 034771 |
| 5 | Harbour Family LLP, Pujanza Management, LLC BMO Harris x5244 | 12/22/2014 | ACCT ANALYSIS SERV CHG | Bank Fee | $ (227.07) | | $ 199,772.93 | Bates: 034716 |
| 6 | Harbour Family LLP, Pujanza Management, LLC BMO Harris x5244 | 1/5/2015 | FED WIRE TRANSFER DEBIT 150105010446 | Oak Tree Management, LLC NT x1790 | $ (199,000.00) | | $ 772.93 | Bates: 034718, 034772 |

| 7 | Total Inflows During Reviewed Period | | $ 1,000,000.00 |
|---|---|---|---|
| 8 | Total Outflows During Reviewed Period | | $ (999,227.07) |

9  *Note: The transaction represents Wire Fraud Count 2.

# Review of Oak Tree Management, LLC NT x1790
## For the Period December 2, 2014 - February 27, 2015
### Appendix B-2

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 1 | Oak Tree Management, LLC NT x1790 | 12/2/2014 | Balance Prior to Transfer from Harbour Family LLP, Pujanza Management, LLC BMO Harris x5244 | | | | $2,810.25 | Bates: 033893 |
| 2 | Oak Tree Management, LLC NT x1790 | 12/3/2014 | Domestic Wire Recvd WIRE IN #432251 BY FWR#001573 ORG=HARBOUR FAMILY LLP | Harbour Family LLP Pujanza Management, LLC BMO Harris x5244 | | $ 500,000.00 | $502,810.25 | Bates: 033892; Appendix B-1, Item #3 |
| 3 | Oak Tree Management, LLC NT x1790 | 12/3/2014 | Service Fee For: DOMESTIC WIRE RECV | Bank Fee | $ (15.00) | | $502,795.25 | Bates: 033893 |
| 4 | Oak Tree Management, LLC NT x1790 | 12/3/2014 | Phone Transfer Debit PRVT PASSPORT TRF TO xxxxxx3388 | DNA Management, LLC NT x3388 | $ (250,000.00) | | $252,795.25 | Bates: 033893 |
| 5 | Oak Tree Management, LLC NT x1790 | 12/3/2014 | Domestic Wire Sent WIRE OUT#527183 BY FWR#004449 BNP=GREEN CIRCLE | Green Circle | $ (100,000.00) | | $152,795.25 | Bates: 033893 |
| 6 | Oak Tree Management, LLC NT x1790 | 12/3/2014 | Service Fee For: DOMESTIC WIRE SENT | Bank Fee | $ (25.00) | | $152,770.25 | Bates: 033893 |
| 7 | Oak Tree Management, LLC NT x1790 | 12/15/2014 | Domestic Wire Sent WIRE OUT#481114 BY FWR#003835 BNP=GREEN CIRCLE | Green Circle | $ (125,000.00) | | $27,770.25 | Bates: 033893 |
| 8 | Oak Tree Management, LLC NT x1790 | 12/15/2014 | Service Fee For: DOMESTIC WIRE SENT | Bank Fee | $ (25.00) | | $27,745.25 | Bates: 033893 |
| 9 | Oak Tree Management, LLC NT x1790 | 12/16/2014 | CHECK #1211 | Capital Investment Fund 1, LLC (Richard Turasky) | $ (9,333.33) | | $18,411.92 | Bates: 033892, 033419 |
| 10 | Oak Tree Management, LLC NT x1790 | 12/22/2014 | Domestic Wire Recvd WIRE IN #605286 BY FWR#005187 ORG=HARBOUR FAMILY LLP | Harbour Family LLP Pujanza Management, LLC BMO Harris x5244 | | $ 300,000.00 | $318,411.92 | Bates: 033892; Appendix B-1, Item #4 |
| 11 | Oak Tree Management, LLC NT x1790 | 12/22/2014 | Service Fee For: DOMESTIC WIRE RECV | Bank Fee | $ (15.00) | | $318,396.92 | Bates: 033893 |
| 12 | Oak Tree Management, LLC NT x1790 | 12/23/2014 | Domestic Wire Sent WIRE OUT#386251 BY FWR#002867 BNP=GREEN CIRCLE | Green Circle | $ (150,000.00) | | $168,396.92 | Bates: 033893 |
| 13 | Oak Tree Management, LLC NT x1790 | 12/23/2014 | Service Fee For: DOMESTIC WIRE SENT | Bank Fee | $ (25.00) | | $168,371.92 | Bates: 033893 |
| 14 | Oak Tree Management, LLC NT x1790 | 12/31/2014 | Phone Transfer Debit PRVT PASSPORT TRF TO xxxxxx3388 | DNA Management, LLC NT x3388 | $ (75,000.00) | | $93,371.92 | Bates: 033894 |
| 15 | Oak Tree Management, LLC NT x1790 | 1/5/2015 | Domestic Wire Recvd WIRE IN #498239 BY FWR#004673 ORG=HARBOUR FAMILY LLP | Harbour Family LLP Pujanza Management, LLC BMO Harris x5244 | | $ 199,000.00 | $292,371.92 | Bates: 033894; Appendix B-1, Item #6 |

# Review of Oak Tree Management, LLC NT x1790
## For the Period December 2, 2014 - February 27, 2015
### Appendix B-2

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 16 | Oak Tree Management, LLC NT x1790 | 1/5/2015 | Service Fee For: DOMESTIC WIRE RECV | Bank Fee | $ (15.00) | | $292,356.92 | Bates: 033894 |
| 17 | Oak Tree Management, LLC NT x1790 | 1/5/2015 | Phone Transfer Debit PRVT PASSPORT TRF TO xxxxxx5180 | 21020, LLC NT x5180 | $ (15,000.00) | | $277,356.92 | Bates: 033894 |
| 18 | Oak Tree Management, LLC NT x1790 | 1/5/2015 | Phone Transfer Debit PRVT PASSPORT TRF TO xxxxxx3388 | DNA Management, LLC NT x3388 | $ (35,000.00) | | $242,356.92 | Bates: 033894 |
| 19 | Oak Tree Management, LLC NT x1790 | 1/5/2015 | Domestic Wire Sent WIRE OUT#508298 BY FWR#005758 BNP=GREEN CIRCLE | Green Circle | $ (125,000.00) | | $117,356.92 | Bates: 033894 |
| 20 | Oak Tree Management, LLC NT x1790 | 1/5/2015 | Service Fee For: DOMESTIC WIRE SENT | Bank Fee | $ (25.00) | | $117,331.92 | Bates: 033894 |
| 21 | Oak Tree Management, LLC NT x1790 | 1/9/2015 | Domestic Wire Sent WIRE OUT#386357 BY FWR#001975 BNP=1 WAKEPAMNI LAKE HOUSING | Wakpamni Lake Community Corp (Green Circle) | $ (100,000.00) | | $17,331.92 | Bates: 033894 |
| 22 | Oak Tree Management, LLC NT x1790 | 1/9/2015 | Service Fee For: DOMESTIC WIRE SENT | Bank Fee | $ (25.00) | | $17,306.92 | Bates: 033894 |
| 23 | Oak Tree Management, LLC NT x1790 | 2/23/2015 | Phone Transfer Debit PRVT PASSPORT TRF TO xxxxxx3388 | DNA Management, LLC NT x3388 | $ (10,000.00) | | $7,306.92 | Bates: 033896 |
| 24 | Oak Tree Management, LLC NT x1790 | 2/27/2015 | Domestic Wire Sent WIRE OUT #00578769 BY FWR#007976 BNP= HIGHPOINTE CAPTIAL GROUP LLC | HighPointe Capital Group, LLC BoA 3354 | $ (6,000.00) | | $1,306.92 | Bates: 033897 |
| 25 | Oak Tree Management, LLC NT x1790 | 2/27/2015 | Service Fee For: DOMESTIC WIRE SENT | Bank Fee | $ (25.00) | | $1,281.92 | Bates: 033897 |
| 26 | Total Inflows During Reviewed Period | | | | | $ 999,000.00 | | |
| 27 | Total Outflows During Reviewed Period | | | | $ (1,000,528.33) | | | |

## Review of DNA Management, LLC NT x3388
## For the Period December 3, 2014 - December 4, 2014
## Appendix B-3

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Citation |
|---|---|---|---|---|---|---|---|
| 1 | DNA Management, LLC NT x3388 | 12/3/2014 | Phone Trnsfer Credit PRVT PASSPORT TRF FROM xxxxxx1790 | Oak Tree Management, LLC NT x1790 | | $ 250,000.00 | Bates: 033760; Appendix B-2, Item #4 |
| 2 | DNA Management, LLC NT x3388 | 12/4/2014 | ACH DEBIT AMEX EPayment ACH PMT W846 8 12/04 9255776 WEB | American Express | $ (223,121.88) | | Bates: 033761 * |

3     *Note: The transaction represents Money Laundering Count 20.