# Exhibit

# D

# Analysis of Funds from Green Circle
# For the Period August 10, 2015 - September 29, 2015
# Appendix C



# Review of Oak Tree Management, LLC BMO x1964
# For the Period August 10, 2015 - September 29, 2015
# Appendix C-1

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Oak Tree Management, LLC BMO x1964 | 8/10/2015 | Balance Prior to G.C. Wire | | | | $ (69.59) | Bates: 034048 | |
| 2 | Oak Tree Management, LLC BMO x1964 | 8/11/2015 | WIRE TRANSFER CREDIT 150811009046 | Green Circle | | $ 1,100,000.00 | $ 1,099,930.41 | 034048, 034097 | * |
| 3 | Oak Tree Management, LLC BMO x1964 | 8/12/2015 | DEBIT MEMO | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | $ (915,000.00) | | $ 184,930.41 | Bates: 034048, 034080 | ** |
| 4 | Oak Tree Management, LLC BMO x1964 | 8/18/2015 | DEBIT MEMO | No Image Provided by Financial Institution | $ (100.00) | | $ 184,830.41 | Bates: 034048 | |
| 5 | Oak Tree Management, LLC BMO x1964 | 8/18/2015 | DEBIT MEMO | Harbour Family LLP Pujanza Management, LLC BMO x5244 | $ (8,125.00) | | $ 176,705.41 | Bates: 034048, 034082 | |
| 6 | Oak Tree Management, LLC BMO x1964 | 8/19/2015 | DEBIT MEMO | Green Circle | $ (99,900.00) | | $ 76,805.41 | 034048, 034083 | |
| 7 | Oak Tree Management, LLC BMO x1964 | 8/24/2015 | ACCT ANALYSIS SERV CHG | Bank Fee | $ (80.04) | | $ 76,725.37 | Bates: 034048 | |
| 8 | Oak Tree Management, LLC BMO x1964 | 9/3/2015 | WIRE TRANSFER CREDIT 150903001544 | Green Circle | | $ 8,125.00 | $ 84,850.37 | 034050, 034098 | |
| 9 | Oak Tree Management, LLC BMO x1964 | 9/22/2015 | ACCT ANALYSIS SERV CHG | Bank Fee | $ (371.14) | | $ 84,479.23 | Bates: 034050 | |
| 10 | Oak Tree Management, LLC BMO x1964 | 9/29/2015 | FED WIRE TRANSFER DEBIT 150929013714 | Morgan, Lewis, & Bockius LLP | $ (29,146.19) | | $ 55,333.04 | 034050, 034099 | |

| | | | | | |
|---|---|---|---|---|---|
| 11 | Total Inflows During Reviewed Period | | | | $ 1,108,125.00 |
| 12 | Total Outflows During Reviewed Period | | | $ (1,052,722.37) | |

13  *Note: The transaction represents Wire Fraud Count 3.
14  **Note: The transaction represents Money Laundering Count 21.

# Review of Harbour Family LLP; Milagro Consulting, LLC BMO x5236
## For the Period August 11, 2015 - August 13, 2015
## Appendix C-2

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 1 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | 8/11/2015 | Balance Prior to Transfer from Oak Tree Management, LLC BMO x1964 | | | | $ 2,962.25 | Bates: 034623 |
| 2 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | 8/12/2015 | Credit Memo | Oak Tree Management, LLC BMO x1964 | | $ 915,000.00 | $ 917,962.25 | Bates: 034623, 034662 Appendix C-1, Item #3 |
| 3 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | 8/13/2015 | Fed Wire Transfer Debit 150813009190 | David Harbour BoA x8017 | $ (750,000.00) | | $ 167,962.25 | Bates: 034623, 034687 * |

4  *Note: The transaction represents Money Laundering Count 22.

# Money Laundering Count
# Charges Traced Fom Green Circle Wire Transfer
# Appendix C-3

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Citation | |
|---|---|---|---|---|---|---|---|---|
| 1 | David Harbour BoA x8017 | 8/13/2015 | WIRE TYPE:WIRE IN DATE: 150813 TIME:1304 ET TRN:2015081300247260 SEQ:150813009190/003634 ORIG:HARBOUR FAMILY LLP ID:000002785236 SND BK:BMO HARRIS BANK NA ID:071000288 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | | $ 750,000.00 | Bates: 012559 Appendix C-2, Item #3 | * |
| 2 | David Harbour BoA x8017 | 9/2/2015 | Customer Withdrawal Image | Larry E. Cook FTC Receiver | $ (500,000.00) | | Bates: 012560, 008708, 008709 | |

3     *Note: The transaction represents Money Laundering Count 23.

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 1 | Harbour Family LLP Pujanza Management, LLC BMO x5244 | 8/17/2015 | Balance Prior to Deposit from Oak Tree Management, LLC BMO x1964 | | | | $ 166.59 | Bates: 034725 |
| 2 | Harbour Family LLP Pujanza Management, LLC BMO x5244 | 8/18/2015 | TELLER DEPOSIT | Oak Tree Management, LLC BMO x1964 | | $ 8,125.00 | $ 8,291.59 | Bates: 034725, 034753; Appendix C-1, Item #5 |
| 3 | Harbour Family LLP Pujanza Management, LLC BMO x5244 | 8/18/2015 | FED WIRE TRANSFER DEBIT 150818010850 | Mark Burg | $ (8,125.00) | | $ 166.59 | Bates: 034725, 034774 |

**Review of Harbour Family LLP; Pujanza Management, LLC BMO x5244**
**For the Period August 17, 2015 - August 18, 2015**
**Appendix C-4**