Exhibit

E

# Analysis of Wear's Investment
## For the Period October 6, 2015 - November 9, 2015
### Appendix D



# Review of Oak Tree Management, LLC BMO x1964
## For the Period October 6, 2015 - November 6, 2015
### Appendix D-1

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 1 | Oak Tree Management, LLC BMO x1964 | 10/6/2015 | Balance Prior to C.W. Investment | | | | $ 5,333.04 | Bates: 034051 |
| 2 | Oak Tree Management, LLC BMO x1964 | 10/7/2015 | FED WIRE TRANSFER CREDIT 151007011929 | Charles Wear | | $ 100,000.00 | $ 105,333.04 | Bates: 034051, 034100 |
| 3 | Oak Tree Management, LLC BMO x1964 | 10/7/2015 | DEBIT MEMO | Green Circle | $ (100,000.00) | | $ 5,333.04 | Bates: 034051, 034084 |
| 4 | Oak Tree Management, LLC BMO x1964 | 10/14/2015 | WIRE TRANSFER CREDIT 151014006696 | Green Circle | | $ 8,125.00 | $ 13,458.04 | Bates: 034051, 034101 |
| 5 | Oak Tree Management, LLC BMO x1964 | 10/14/2015 | DEBIT MEMO | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | $ (10,000.00) | | $ 3,458.04 | Bates: 034051, 034085 |
| 6 | Oak Tree Management, LLC BMO x1964 | 10/15/2015 | FED WIRE TRANSFER CREDIT 151015012257 | Charles Wear | | $ 400,000.00 | $ 403,458.04 | Bates: 034051, 034102 |
| 7 | Oak Tree Management, LLC BMO x1964 | 10/15/2015 | FED WIRE TRANSFER DEBIT 151015015381 | Green Circle | $ (25,000.00) | | $ 378,458.04 | Bates: 034051, 034103 |
| 8 | Oak Tree Management, LLC BMO x1964 | 10/15/2015 | DEBIT MEMO | Harbour Family LLP Pujanza Management, LLC BMO x5244 | $ (8,125.00) | | $ 370,333.04 | Bates: 034051, 034086 |
| 9 | Oak Tree Management, LLC BMO x1964 | 10/16/2015 | WIRE TRANSFER DEBIT 151016007755 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | $ (50,000.00) | | $ 320,333.04 | Bates: 034051, 034104 |
| 10 | Oak Tree Management, LLC BMO x1964 | 10/16/2015 | WIRE TRANSFER DEBIT 151016009464 | Green Circle | $ (97,203.81) | | $ 223,129.23 | Bates: 034051, 034105 |
| 11 | Oak Tree Management, LLC BMO x1964 | 10/19/2015 | FED WIRE TRANSFER DEBIT 151019011420 | David Harbour BoA x8017 | $ (75,000.00) | | $ 148,129.23 | Bates: 034051, 034106 |

**Review of Oak Tree Management, LLC BMO x1964**
**For the Period October 6, 2015 - November 6, 2015**
**Appendix D-1**

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 12 | Oak Tree Management, LLC BMO x1964 | 10/22/2015 | ACCT ANALYSIS SERV CHG | Bank Fee | $ (34.75) | | $ 148,094.48 | Bates: 034051 |
| 13 | Oak Tree Management, LLC BMO x1964 | 11/6/2015 | FED WIRE TRANSFER DEBIT 151106008254 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | $ (75,000.00) | | $ 73,094.48 | Bates: 034053, 034107 |
| 14 | Total Inflows During Reviewed Period | | | | | $ 508,125.00 | | |
| 15 | Total Outflows During Reviewed Period | | | | $ (440,363.56) | | | |

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 1 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | 10/13/2015 | Balance Prior To Transfer from Oak Tree Management, LLC BMO x1964 | | | | $2,799.18 | Bates: 034626 |
| 2 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | 10/14/2015 | Wire Transfer Credit 151014012449 | Green Circle | | $ 8,329.42 | $11,128.60 | Bates: 034626, 034699 |
| 3 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | 10/14/2015 | Credit Memo | Oak Tree Management, LLC BMO x1964 | | $ 10,000.00 | $21,128.60 | Bates: 034626, 034663; Appendix D-1, Item #5 |
| 4 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | 10/14/2015 | Fed Wire Transfer Debit | David Harbour BoA x8017 | $ (10,000.00) | | $11,128.60 | Bates: 034626, 034700 |
| 5 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | 10/15/2015 | Fed Wire Transfer Debit 151015010893 | David Harbour BoA x8017 | $ (7,500.00) | | $3,628.60 | Bates: 034626, 034701 |
| 6 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | 10/16/2015 | Wire Transfer Credit 151016007755 | Oak Tree Management, LLC BMO x1964 | | $ 50,000.00 | $53,628.60 | Bates: 034626, 034702; Appendix D-1, Item #9 |
| 7 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | 10/16/2015 | Fed Wire Transfer Debit 151016009319 | David Harbour BoA x8017 | $ (50,000.00) | | $3,628.60 | Bates: 034626, 034703 |
| 8 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | 10/22/2015 | Acct Analysis Serv Chg | Bank Fee | $ (61.25) | | $3,567.35 | Bates: 034626 |
| 9 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | 11/6/2015 | Fed Wire Transfer Credit 151106008366 | Oak Tree Management, LLC BMO x1964 | | $ 75,000.00 | $78,567.35 | Bates: 034626, 034704; Appendix D-1, Item #13 |
| 10 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | 11/6/2015 | Fed Wire Transfer Debit 151106010387 | David Harbour BoA x8017 | $ (75,000.00) | | $3,567.35 | Bates: 034628, 034705 |
| 11 | Total Inflows During Reviewed Period | | | | | $ 143,329.42 | | |
| 12 | Total Outflows During Reviewed Period | | | | $ (142,561.25) | | | |

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 1 | David Harbour BoA x8017 | 10/13/2015 | Balance Prior To Transfer from Harbour Family LLP Milagro Consulting, LLC BMO x5236 | | | | $ 2,599.98 | Bates: 012575; 012577; 012578 |
| 2 | David Harbour BoA x8017 | 10/14/2015 | WIRE TYPE:WIRE IN DATE: 151014 TIME:1632 ET TRN:2015101400344914 SEQ:151014013086/005691 ORIG:HARBOUR FAMILY LLP ID:000002785236 SND BK:BMO HARRIS BANK NA ID:071000288 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | | $ 10,000.00 | $ 12,599.98 | Bates: 012577 Appendix D-2, Item #4 |
| 3 | David Harbour BoA x8017 | 10/14/2015 | Online Banking transfer to CHK 3354 Confirmation 3085562518 | HighPointe Capital Group, LLC BoA x3354 | $ (10,000.00) | | $ 2,599.98 | Bates: 012578 |
| 4 | David Harbour BoA x8017 | 10/14/2015 | CHECK #141 | State of Wyoming | $ (100.00) | | $ 2,499.98 | Bates: 012578, 012581 |
| 5 | David Harbour BoA x8017 | 10/14/2015 | CHECK #142 | Frontier Registered Agency Services | $ (85.00) | | $ 2,414.98 | Bates: 012578, 012581 |
| 6 | David Harbour BoA x8017 | 10/15/2015 | WIRE TYPE:WIRE IN DATE: 151015 TIME:1320 ET TRN:2015101500284246 SEQ:151015010893/004257 ORIG:HARBOUR FAMILY LLP ID:000002785236 SND BK:BMO HARRIS BANK NA ID:071000288 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | | $ 7,500.00 | $ 9,914.98 | Bates: 012577; Appendix D-2, Item #5 |
| 7 | David Harbour BoA x8017 | 10/15/2015 | Online Banking transfer to CHK 3354 Confirmation 0394327121 | HighPointe Capital Group, LLC BoA x3354 | $ (7,500.00) | | $ 2,414.98 | Bates: 012578 |
| 8 | David Harbour BoA x8017 | 10/15/2015 | MASS MUTUAL DES:PREM PAYMT ID:6101011454006 0 INDN:DAVID A HARBOUR CO ID:1041590850 PPD | MassMutual | $ (1,281.51) | | $ 1,133.47 | Bates: 012578 |
| 9 | David Harbour BoA x8017 | 10/15/2015 | MASSMUTUAL LIFE DES:INS PREM ID:000000008480006 INDN:HARBOUR DAVID A CO ID:1041590850 PPD | MassMutual | $ (310.71) | | $ 822.76 | Bates: 012578 |
| 10 | David Harbour BoA x8017 | 10/16/2015 | WIRE TYPE:WIRE IN DATE: 151016 TIME:1433 ET TRN:2015101600287698 SEQ:151016009319/004398 ORIG:HARBOUR FAMILY LLP ID:000002785236 SND BK:BMO HARRIS BANK NA ID:071000288 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | | $ 50,000.00 | $ 50,822.76 | Bates: 012577; Appendix D-2, Item #7 |
| 11 | David Harbour BoA x8017 | 10/16/2015 | Legal Order, LTS U101615000685 | Legal Order | $ (4,594.36) | | $ 46,228.40 | Bates: 012578 |
| 12 | David Harbour BoA x8017 | 10/16/2015 | Legal Order, LTS U101615000685 | Legal Order | $ (1,112.59) | | $ 45,115.81 | Bates: 012578 |
| 13 | David Harbour BoA x8017 | 10/16/2015 | Legal Order, LTS U101615000685 | Legal Order | $ (75.00) | | $ 45,040.81 | Bates: 012578 |
| 14 | David Harbour BoA x8017 | 10/16/2015 | CHECK #146 | Abby Harbour | $ (3,000.00) | | $ 42,040.81 | Bates: 012578, 012581 |
| 15 | David Harbour BoA x8017 | 10/16/2015 | Legal Order Fee, LTS U101615000685 | Legal Order Fee | $ (150.00) | | $ 41,890.81 | Bates: 012579 |

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 16 | David Harbour BoA x8017 | 10/16/2015 | Legal Order Fee, LTS U101615000685 | Legal Order Fee | $ (100.00) | | $ 41,790.81 | Bates: 012579 |
| 17 | David Harbour BoA x8017 | 10/19/2015 | WIRE TYPE:WIRE IN DATE: 151019 TIME:1624 ET TRN:2015101900348241 SEQ:151019011420/004875 ORIG:OAK TREE MANAGEMENT LLC ID:000003661964 SND BK:BMO HARRIS BANK NA ID:071000288 | Oak Tree Management, LLC BMO x1964 | | $ 75,000.00 | $ 116,790.81 | Bates: 012577; Appendix D-1, Item #11 |
| 18 | David Harbour BoA x8017 | 10/19/2015 | Online Banking transfer to CHK 6443 Confirmation 2527266938 | HPCG Hospital Investment, LLC BoA x6443 | $ (800.00) | | $ 115,990.81 | Bates: 012578 |
| 19 | David Harbour BoA x8017 | 10/20/2015 | Online Banking transfer to CHK 3354 Confirmation 2536091320 | HighPointe Capital Group, LLC BoA x3354 | $ (2,000.00) | | $ 113,990.81 | Bates: 012578 |
| 20 | David Harbour BoA x8017 | 10/20/2015 | WIRE TYPE:WIRE OUT DATE:151020 TIME:1326 ET TRN:2015102000249612 SERVICE REF:007610 BNF:ABBY HARBOUR DBA AJS MANAG ID:151705910603 BNF BK:US BANK, NA ID:122105155 PMT DET:6WE2EWFVR Goods | Abby Harbour dba AJS Management, LLC U.S. Bank x0603 | $ (80,000.00) | | $ 33,990.81 | Bates: 012578 |
| 21 | David Harbour BoA x8017 | 10/20/2015 | CHECK #149 | Downtown Associates, LLC | $ (9,368.75) | | $ 24,622.06 | Bates: 012578, 012581 |
| 22 | David Harbour BoA x8017 | 10/20/2015 | Wire Transfer Fee | Bank Fee | $ (25.00) | | $ 24,597.06 | Bates: 012579 |
| 23 | David Harbour BoA x8017 | 10/21/2015 | Online Banking transfer to CHK 3354 Confirmation 0344805010 | HighPointe Capital Group, LLC BoA x3354 | $ (500.00) | | $ 24,097.06 | Bates: 012578 |
| 24 | David Harbour BoA x8017 | 10/26/2015 | Online Banking transfer to CHK 3354 Confirmation 1487579317 | HighPointe Capital Group, LLC BoA x3354 | $ (5,000.00) | | $ 19,097.06 | Bates: 012578 |
| 25 | David Harbour BoA x8017 | 10/26/2015 | CHECK #174 | Abby Harbour | $ (6,000.00) | | $ 13,097.06 | Bates: 012578, 012581 |
| 26 | David Harbour BoA x8017 | 10/27/2015 | Legal Order Reversal, LTS U101615000685 | Returned Item (Legal Order) | | $ 5,781.95 | $ 18,879.01 | Bates: 012577 |
| 27 | David Harbour BoA x8017 | 10/27/2015 | CHECK #151 | AZ Department of Revenue | $ (610.00) | | $ 18,269.01 | Bates: 012578, 012581 |
| 28 | David Harbour BoA x8017 | 10/28/2015 | MASS MUTUAL DES:PREM PAYMT ID:6101032099923 0 INDN:DAVID HARBOUR CO ID:1041590850 PPD | MassMutual | $ (395.85) | | $ 17,873.16 | Bates: 012578 |
| 29 | David Harbour BoA x8017 | 10/30/2015 | Online Banking transfer to CHK 3354 Confirmation 2623190424 | HighPointe Capital Group, LLC BoA x3354 | $ (5,000.00) | | $ 12,873.16 | Bates: 012578 |
| 30 | David Harbour BoA x8017 | 10/30/2015 | CHECK #150 | Doris Titus | $ (500.00) | | $ 12,373.16 | Bates: 012578, 012581 |
| 31 | David Harbour BoA x8017 | 11/2/2015 | Online Banking transfer to CHK 3354 Confirmation 4048728105 | HighPointe Capital Group, LLC BoA x3354 | $ (3,000.00) | | $ 9,373.16 | Bates: 012578 |
| 32 | David Harbour BoA x8017 | 11/3/2015 | Interest Earned | Bank of America | | $ 0.35 | $ 9,373.51 | Bates: 012577 |

# Review of David Harbour BoA x8017
## For the Period October 13, 2015 - November 9, 2015
### Appendix D-3

| Item Number | Account | Posted Date | Description | Paid To/From | Outflows Detail | Inflows Detail | Balance | Citation |
|---|---|---|---|---|---|---|---|---|
| 33 | David Harbour BoA x8017 | 11/3/2015 | Federal Withholding | Federal Withholding | $ (0.10) | | $ 9,373.41 | Bates: 012578 |
| 34 | David Harbour BoA x8017 | 11/4/2015 | Counter Credit | CBIZ, LLC | | $ 7,300.00 | $ 16,673.41 | Bates: 012585, 012285, 012286 |
| 35 | David Harbour BoA x8017 | 11/4/2015 | CHECK #148 | Parking and Transit Services | $ (25.00) | | $ 16,648.41 | Bates: 012586, 012589 |
| 36 | David Harbour BoA x8017 | 11/4/2015 | CHECK #152 | Abby Harbour | $ (4,000.00) | | $ 12,648.41 | Bates: 012586, 012589 |
| 37 | David Harbour BoA x8017 | 11/5/2015 | Renters Warehou DES:SIGONFILE ID:93L3T2 INDN:David A Harbour CO ID:9000331337 PPD | Renter's Warehouse | $ (7,750.00) | | $ 4,898.41 | Bates: 012585 |
| 38 | David Harbour BoA x8017 | 11/5/2015 | CHECK #147 | Land Rover Financial Group | $ (2,514.77) | | $ 2,383.64 | Bates: 012586, 012589 |
| 39 | David Harbour BoA x8017 | 11/6/2015 | WIRE TYPE:WIRE IN DATE: 151106 TIME:1442 ET TRN:2015110600282152 SEQ:151106010387/004448 ORIG:HARBOUR FAMILY LLP ID:000002785236 SND BK:BMO HARRIS BANK NA ID:071000288 | Harbour Family LLP Milagro Consulting, LLC BMO x5236 | | $ 75,000.00 | $ 77,383.64 | Bates: 012585; Appendix D-2, Item #10 |
| 40 | David Harbour BoA x8017 | 11/6/2015 | Bank of America DES:MORTGAGE ID:XXXXXXXX INDN:HARBOUR DA CO ID:8055205100 WEB | Bank of America Mortgage | $ (1,966.13) | | $ 75,417.51 | Bates: 012585 |
| 41 | David Harbour BoA x8017 | 11/9/2015 | AMERICAN EXPRESS DES:ACH Pmt ID:M0072 INDN:WENDI YAEGER CO ID:1133133497 WEB | American Express | $ (70,099.49) | | $ 5,318.02 | Bates: 012585 |
| 42 | | | Total Inflows During Reviewed Period | | | $ 230,582.30 | | |
| 43 | | | Total Outflows During Reviewed Period | | $ (227,864.26) | | | |