**ADAMS & ASSOCIATES, PLC**
**Ashley D. Adams, 013732**
7502 E. Monterey Way
Scottsdale AZ 85251
Phone:      (480) 219-1366
Facsimile:  (480) 219-1451
aadams@azwhitecollarcrime.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>David Allen Harbour,<br><br>　　　　　Defendant. | No. CR-19-00898-PHX-DLR (DMF)<br><br>**NOTICE OF APPEARANCE AND ASSOCIATION** |

NOTICE IS HEREBY GIVEN that Adams & Associates, PLC hereby enters its appearance and association on behalf of the Defendant, David Allen Harbour, in this case, for all further proceedings, through the filing of a notice of appeal, if required.

RESPECTFULLY SUBMITTED this 31st day of March, 2021.

**ADAMS & ASSOCIATES, PLC**

By:     *s/Ashley Adams*
　　　　Ashley D. Adams
　　　　Attorney for Defendant

# CERTIFICATE OF SRVICE

I hereby certify that on March 31, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing to:

Kevin M. Rapp
Coleen Schoch
U.S. Attorney's Office
40 N. Central Avenue, Suite 1800
Phoenix, AZ  85004
Coleen.Schoch@usdoj.gov
Kevin.Rapp@usdoj.gov
*Attorneys for Plaintiff*

Alan Baskin
Mladen Milovic
Baskin PLC
636 N. Scottsdale Road, Suite 340
Scottsdale, AZ  85250
alan@baskin.law
mmilovic@baskin.law
*Attorneys for Defendant*

s/*Kathy Taylor*
Paralegal to Ashley D. Adams