PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

KEVIN M. RAPP (Arizona Bar No. 014249)
Email: Kevin.Rapp@usdoj.gov
COLEEN P. SCHOCH (Georgia Bar No. 366545)
Email: Coleen.Schoch@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>    vs.<br><br>David Allen Harbour,<br><br>            Defendant. | CR-19-00898-PHX-DLR<br><br>**NOTICE OF FILING OF GOVERNMENT'S AMENDED SCHEDULING ORDER** |

Pursuant to the Order continuing trial to January 25, 2022, the Government proposes the following amended scheduling order,[1]

**IT IS ORDERED** that the following schedule shall govern all remaining proceedings in this case:

**Trial Date: January 18, 2022, at 9:00 a.m.**

>   **Final Pretrial Conference: January 11, 2022, at 9:30 a.m.**
>
>   **Motions Deadlines:**
>
>   1. Pretrial Motions, Motions in Limine and Court imposed plea offer expiration deadline: **December 2, 2021**
>
>   2. Responses to Motions in Limine: **December 16, 2021**
>
>   **No replies are to be filed.**

---

[1] Defense counsel has not provided a position on the proposed order.

**Other Court Deadlines:**

1. Jury Questionnaire and Screening for Length of Trial: **December 13, 2021**
2. Government Disclosure of Final Exhibit and Witness List: **December 20, 2021**
3. Defense Disclosure of Final Exhibit and Witness List: **December 20, 2021**
4. Government Expert Witness Report: **December 20, 2021**
5. Defense Expert Witness Report: **December 20, 2021**
6. Any remaining Jencks Act material: **December 27, 2021**
7. Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form: **January 3, 2022**
8. Motions Hearing to be set, if needed.

**Status Conference:**

1. Status Conference: **September 15, 2021 at 11:00 a.m.**
2. The necessity for a second status conference will be determined by the parties and/or the Court.

The parties shall file a joint memorandum detailing the status of the case no less than three days prior to the scheduled status conference(s).

Respectfully submitted this 5th day of April, 2021.

PAUL ANTHONY MARTIN
Acting United States Attorney
District of Arizona

*s/ Kevin Rapp*
KEVIN M. RAPP
Assistant U.S. Attorney

# CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a copy transmitted to the following CM/ECF registrant:

Alan Baskin, Esq.
*Attorney for Defendant*

*s/ Joy Faraj*
U.S. Attorney's Office