**BASKIN PLC**
6263 N. Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
Telephone No. 602-812-7977
E-mail: alan@baskin.law
          mmilovic@baskin.law
Name and State Bar No.:    Alan Baskin #013155
                                          Mladen Z. Milovic #035560

**ADAMS & ASSOCIATES, PLC**
Ashley D. Adams (#013732)
7502 E. Monterey Way
Scottsdale, Arizona 85251
Telephone No. 480-219-1366
Facsimile: 480-219-1451
E-mail: aadams@azwhitecollarcrime.com

*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No.  CR-19-00898-PHX-DLR(DMF) |
|---|---|
| Plaintiff, | **NOTICE OF FILING DEFENDANT'S AMENDED SCHEDULING ORDER** |
| vs. | |
| David Allen Harbour, | |
| Defendant. | |

Pursuant to the Order continuing trial filed on March 23, 2021, the Defendant proposes the following amended scheduling order:[1]

---

[1] The government provided Defense counsel with a draft of its order on April 1, 2021.  Defense counsel informed the government on the same day that he was working on a draft order as well, that he would review the government's proposed order, and that he would then confer with the government regarding any proposed changes.  The government did not attempt to communicate with Defense counsel again prior to filing its proposed amended scheduling order.

**IT IS ORDERED** that the following schedule shall govern all proceedings in this case:

> **Trial Date: January 25, 2022, at 9:00 a.m.**
>
> **Final Pretrial Conference: January 11, 2022, at 9:30 a.m.**
>
> **Motions Deadlines:**
>
> 1. Pretrial motions deadline: **October 15, 2021**.
>
> 2. Motions in Limine deadline: **December 8, 2021**
>
> 3. Responses to Motions in Limine: **December 22, 2021**
>    **No replies are to be filed.**
>
> **Other Court Deadlines:**
>
> 1. Government Disclosure of Final Exhibit and Witness List: **November 5, 2021**
>
> 2. Defense Disclosure of Final Exhibit and Witness List: **November 5, 2021**
>
> 3. Government Expert Witness Report and Final Summary Charts: **October 1, 2021**
>
> 4. Defense Expert Witness Report and Final Summary Charts: **October 1, 2021**
>
> 5. Any remaining Jencks Act material: **December 15, 2021**
>
> 6. Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form: **January 4, 2022**
>
> 7. Motions Hearing to be set, if needed.
>
> **Status Conference:**
>
> 1. The necessity for status conferences will be determined by the parties and/or the Court.

The parties shall file a joint memorandum detailing the status of the case no less than three days prior to the scheduled status conference(s).

Excludable delay under 18 U.S.C. § 3161 will commence on May 18, 2021, through January 25, 2022.

BASKIN PLC
6263 N. Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
Telephone 602-812-7977

RESPECTFULLY SUBMITTED this 5th day of April, 2021.

BASKIN PLC


/s/ Alan S. Baskin
Alan Baskin
Mladen Z. Milovic
6263 N. Scottsdale Rd., Suite 340
Scottsdale, Arizona 85250


ADAMS & ASSOCIATES, PLC
Ashley D. Adams
7502 E. Monterey Way
Scottsdale, Arizona 85251

*Attorneys for Defendant*


## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

Kevin M. Rapp
Coleen Schoch
U.S. Attorney's Office
40 N. Central Ave., Suite 1800
Phoenix, AZ  85004
*Attorneys for Plaintiff*


 /s/ Cristina McDonald

3