Jason M. Silver, 016756
SILVER LAW PLC
7033 E. Greenway Parkway Suite 200
Scottsdale, Arizona 85254
Telephone:  (480) 429-3360
Facsimile:   (480) 429-3362
jsilver@silverlawplc.com
Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                              Petitioner,<br><br>v.<br><br>David Allen Harbour,<br><br>                              Respondent. | No. CR-19-00898-DLR (DMF)<br><br>**NOTICE OF APPEARANCE AND ASSOCIATION** |

NOTICE IS HEREBY GIVEN that Jason M. Silver, of the firm of Silver Law PLC, hereby enters his notice of appearance and association on behalf of the Defendant, David Allen Harbour, in this case, for all further proceedings, through the filing of a notice of appeal, if required.

RESPECTFULLY SUBMITTED this 8th day of April, 2021.

SILVER LAW PLC

By: _s:/ Jason M. Silver_____

Jason M. Silver
Attorney for Defendant

I hereby certify that on April 8, 2021, I electronically transmitted ther attached document to the Clerk's Office using the CM/ECF system for filing to:

Kevin M. Rapp
Coleen Schoch
U.S. Attorney's Office
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004
Kevin.Rapp@usdoj.gov
Coleen.Schoch@usdoj.gov
Attorneys for Plaintiff


Alan Baskin
Mladen Milovic
Baskin PLC
636 N Scottsdale Road, Suite 340
Scottsdale, AZ 85250
alan@baskin.law
mmilovic@baskin.law
Attorneys for Defendant


Adams & Associates, PLC
Ashley D. Adams
7502 E. Monterey Way
Scottsdale, AZ 85251
aadams@azwhitecollarcrime.com
Attorney for Defendant




/s/     Lindsay A. Chapman

Lindsay A. Chapman, legal Assistant