Alan S. Baskin #013155
Mladen Milovic #035560
**WEISS BROWN**
6263 N. Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
Telephone No. 480-327-6650
Email: alan@weissbrown.com
         mladen@weissbrown.com
*Attorneys for Defendant*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>David Allen Harbour,<br><br>Defendant. | Case No. CR-19-00898-PHX-DLR(DMF)<br><br>**NOTICE OF CHANGE OF LAW FIRM, TELEPHONE NUMBER AND EMAIL ADDRESS** |
|---|---|

Attorneys Alan Baskin and Mladen Milovic give notice of change of law firm. Mr. Baskin and Mr. Milovic will continue to represent Defendant David Allen Harbour through the law firm of Weiss Brown.

Their contact information is below:

Alan Baskin
Mladen Milovic
Weiss Brown
6263 N. Scottsdale Rd., Suite 340
Scottsdale, AZ 85250
Telephone: 480-327-6650
alan@weissbrown.com
mladen@weissbrown.com

{WB702064v1 }

RESPECTFULLY SUBMITTED this 30th day of August, 2021.

WEISS BROWN

By: */s/ Alan Baskin*
Alan Baskin
Mladen Milovic
6263 N. Scottsdale Road, Suite 340
Scottsdale, Arizona 85250

ADAMS & ASSOCIATES, PLC
Ashley D. Adams
7502 E. Monterey Way
Scottsdale, Arizona 85251

SILVER LAW PLC
Jason M. Silver
7033 E. Greenway Parkway, Suite 200
Scottsdale, Arizona 85254

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

Kevin M. Rapp
Coleen Schoch
U.S. Attorney's Office
40 N. Central Ave., Suite 1800
Phoenix, AZ  85004
*Attorneys for Plaintiff*


 /s/ Cristina McDonald