# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-0898-PHX-DLR |
| Plaintiff, | |
| v. | **ORDER** |
| David Allen Harbour, | |
| Defendant. | |

This matter is before the Court on its own review. Taking into consideration the reasons for sealing in the motion to seal (Doc. 266) the United States' Petition to Revoke Defendant Harbour's Release Pending Trial and to Issue an Arrest Warrant (Doc. 267) and that Defendant Harbour has been arrested on the Petition and resulting warrant therefrom, the Court will order the Petition to Revoke (Doc. 267) unsealed but will order the Clerk of Court to keep the exhibits thereto under seal. Thus, proceedings on the Petition will be publicly conducted absent further order of the Court.

Accordingly,

**IT IS HEREBY ORDERED** unsealing the United States' Petition to Revoke Defendant Harbour's Release Pending Trial and to Issue an Arrest Warrant (Doc. 267), but not unsealing its exhibits.

**IT IS FURTHER ORDERED** that the exhibits to the United States' Petition to Revoke Defendant Harbour's Release Pending Trial and to Issue an Arrest Warrant (Doc. 267) shall remain under seal.

**IT IS FURTHER ORDERED** affirming the Pretrial Release Revocation and Detention Hearing set for **December 21, 2021, at 2:30 p.m.** in courtroom 304, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge Deborah M. Fine.

Dated this 16th day of December, 2021.

_____
Honorable Deborah M. Fine
United States Magistrate Judge