# EXHIBIT 1 – FILED UNDER SEAL

**EXHIBIT 2 – FILED UNDER SEAL**

# EXHIBIT 3 – FILED UNDER SEAL

# EXHIBIT 4 – FILED UNDER SEAL

# EXHIBIT 5 – FILED UNDER SEAL

# EXHIBIT 6 – FILED UNDER SEAL

# EXHIBIT 7 – FILED UNDER SEAL

# EXHIBIT 8 – FILED UNDER SEAL

# EXHIBIT 9 – FILED UNDER SEAL

# EXHIBIT 10 – FILED UNDER SEAL

# EXHIBIT 11 – FILED UNDER SEAL

# EXHIBIT 12 – FILED UNDER SEAL

# EXHIBIT 13 – FILED UNDER SEAL

# EXHIBIT 14 – FILED UNDER SEAL

# EXHIBIT 15 – FILED UNDER SEAL

# EXHIBIT 16 – FILED UNDER SEAL

# EXHIBIT 17 – FILED UNDER SEAL

# EXHIBIT 18 – FILED UNDER SEAL

# EXHIBIT 19 – FILED UNDER SEAL

# EXHIBIT 20 – FILED UNDER SEAL

# EXHIBIT 21 – FILED UNDER SEAL

# EXHIBIT 22 – FILED UNDER SEAL

# EXHIBIT 23 – FILED UNDER SEAL

# EXHIBIT 24 – FILED UNDER SEAL

# EXHIBIT 25 – FILED UNDER SEAL

# EXHIBIT 26 – FILED UNDER SEAL

# EXHIBIT 27 – FILED UNDER SEAL

**EXHIBIT 28 – FILED UNDER SEAL**

# EXHIBIT 29 – FILED UNDER SEAL

# EXHIBIT 30 – FILED UNDER SEAL

# EXHIBIT 31 – FILED UNDER SEAL

# EXHIBIT 32 – FILED UNDER SEAL

# EXHIBIT 33 – FILED UNDER SEAL

# EXHIBIT 34 – FILED UNDER SEAL

# EXHIBIT 35 – FILED UNDER SEAL

**EXHIBIT 36 – FILED UNDER SEAL**

# EXHIBIT 37 –FILED UNDER SEAL

# EXHIBIT 38 –FILED UNDER SEAL

# EXHIBIT 39 –FILED UNDER SEAL

# EXHIBIT 40 –FILED UNDER SEAL