**ASHLEY D. ADAMS, PLC**
Ashley D. Adams, 013732
7502 E. Monterey Way
Scottsdale AZ 85251
Phone:        (480) 219-1366
Facsimile:    (480) 219-1451
aadams@azwhitecollarcrime.com
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. CR-19-00898-PHX-DLR (DMF) |
| Plaintiff, | **EXPEDITED MOTION TO CONTINUE REVOCATION HEARING SCHEDULED FOR TUESDAY, DECEMBER 21 AT 2:30 P.M.** |
| vs. | |
| David Allen Harbour, | |
| Defendant. | |

Defendant David Allen Harbour, by and through undersigned counsel, hereby files his expedited motion requesting that that the Court continue the Revocation hearing currently scheduled for Tuesday, December 21 at 2:30 p.m. (today) in front of Judge Fine.

The government provided counsel for Defendant with Discovery/Disclosure 12 at approximately 6:49 p.m. on Monday, December 20, 2021. Counsel was unable to access it until this morning, because the government sent it to her assistant's USAfx account, and not

counsel's. All of the discovery is related to the issues surrounding Mr. Harbour's potential revocation.

The discovery consists of 167,007 KB of information. Some of the discovery includes Pen Register Trap and Trace Records from Verizon from Mr. Harbour's phone, which will take some time to digest. Counsel for Defendant, who is relatively new to the case, and certainly has not mastered the facts, needs the additional time to review the discovery herself, and review the discovery with Mr. Harbour, who is in custody at CCA. The government has also advised that it intends to file a supplemental Petition. Mr. Harbour is currently in quarantine at CCA. As such, Defendant would request a 7-10 day extension of time. Undersigned has consulted with counsel for the government, who has advised they have no objection.

RESPECTFULLY SUBMITTED this 21st day of December, 2021.

**ADAMS & ASSOCIATES, PLC**

By: */s/ Ashley Adams*
    Ashley D. Adams
    *Attorneys for Defendant*

ADAMS & ASSOCIATES, PLC
7502 E. Monterey Way
Scottsdale, AZ 85251
(480) 219-1366

**CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

Kevin M. Rapp
Coleen Schoch
U.S. Attorney's Office
40 N. Central Ave., Suite 1800
Phoenix, AZ  85004
*Attorneys for Plaintiff*

 /s/*Kathy Tayor*
Paralegal to Ashley D. Adams

ADAMS & ASSOCIATES, PLC
7502 E. Monterey Way
Scottsdale, AZ 85251
(480) 219-1366