GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP
Arizona State Bar No. 014249
Email: Kevin.Rapp@usdoj.gov
COLEEN SCHOCH
Georgia State Bar No. 366545
Email: Coleen.Schoch@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>David Allen Harbour,<br><br>　　　　　　Defendant. | No. CR-19-00898-PHX-DLR (DMF)<br><br>**UNITED STATES' SUPPLEMENTAL PETITION TO REVOKE DEFENDANT HARBOUR'S RELEASE PENDING TRIAL**<br><br>**(Exhibit A Filed Under Seal)** |

　　Comes now the United States, by and through undersigned counsel, and hereby supplements the United States' Petition to Revoke (Doc. 267) release by alleging the following violations of his pretrial release as supported by the Declaration of FBI Special Agent Troy Cofer, attached as Exhibit A:

　　1.　Defendant shall not commit any federal, state or local crime. (Doc. 17)

　　There is probable cause that Harbour violated this term by engaging in witness tampering in violation Title 18 U.S.C. § 1512(b)(1). In sum, Harbour directed Kenneth Bobrow to contact victims in an effort to alter their testimony in exchange for payment of funds from a third party. (Ex. A; ¶s 10-25)

2. Avoid all direct or indirect contact with persons who are considered alleged victim(s), potential witness(es), family members of victim(s)/witness(es), P.B., M.B., R.T., J.C. and R.G. (Doc. 17)

There is clear and convincing evidence that Defendant Harbour directed Kenneth Bobrow to contact M.B. and R.T. between June 2020 and December 13, 2021. (Ex. A; ¶s 10-25)

3. Defendant shall not solicit investors for any investment while on pretrial release. (Doc. 17)

There is clear and convincing evidence that Harbour solicited Kenneth Bobrow to invest $141,000 into the purchase of XXXX Georgia for the benefit of Harbour. (Ex. A; ¶ 30)

4. The defendant shall not make any financial transactions totaling over $1000.00 in any month to any person or entity without prior approval of Pretrial Services. Prior approval of Pretrial Services is not required for defendant's pre-established rents for residential purposes, attorney's fee, recurring payments, and his children's school tuition and activities. (Doc. 89)

There is clear and convincing evidence that Harbour borrowed approximately $1,950,000 without seeking prior approval from Pretrial Services. (Ex. A; ¶s 26-39)

## CONCLUSION

Based on the forgoing, the United States moves the Court to conduct a hearing pursuant to 18 U.S.C. § 3148(b), and to revoke its current Order authorizing Harbour's release.

Dated this 21st day of December, 2021.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Kevin Rapp*
KEVIN M. RAPP
COLEEN SCHOCH
Assistant U.S. Attorneys

- 3 –

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of December, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and provided a courtesy electronic copy to all registered CM/ECF participants.

*s/ Marjorie Dieckman*
U.S. Attorney's Office