**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** Deborah M. Fine | **Date:** December 21, 2021 |
| **USA v. David Allen Harbour** | **Case Number:** CR-19-00898-001-PHX-DLR |

**Assistant U.S. Attorney:** Kevin M. Rapp and Coleen Schoch
**Attorney for Defendant:** Ashley Adams, Retained
**Interpreter:** N/A
**Defendant:** ☒ Present, appearing telephonically    ☒ Custody

**MOTION HEARING AND INITIAL APPEARANCE ON UNITED STATES' SUPPLEMENTAL PETITION TO REVOKE DEFENDANT'S RELEASE PENDING TRIAL (DOC. 290):**

2:41 p.m. Sealed *ex parte* discussion held between defense counsel, Defendant and the Court. 2:54 p.m. Sealed portion ends.

2:59 p.m. Court resumes. All parties present. The Court finds that the Defendant consents to proceed with this hearing by audio-teleconference after consultation with counsel. The Court further finds it is in the interests of justice to proceed in this manner for the safety of all participants during the pandemic. **IT IS ORDERED** granting Defendant's *Ex Parte* Motion to Withdraw as Counsel (Doc. 289). The Court advises victims and the public on proper procedures to follow in the future if they wish to listen in to court proceedings.

As to Defendant's Motion to Continue Revocation Hearing (Doc. 287), **IT IS ORDERED** granting Defendant's Motion to Continue. The Pretrial Release Revocation Hearing and Detention Hearing are reset to **December 29, 2021 at 1:00 p.m.** before this Court, courtroom 304. Counsel shall provide their exhibits, exhibit lists and witness lists to the Courtroom Deputy no later than close of business on December 27, 2021.

For the reasons stated on the record, **IT IS ORDERED** denying Defendant's Motion for Leave to File Exhibits to Response to United States' Petition to Revoke (Doc. 274). **IT IS FURTHER ORDERED** denying Government's Motion to Seal Exhibit A (Doc. 291). Discussion held as to Defendant's Motion to File Certain Exhibit *Ex Parte* (Doc. 283). **IT IS ORDERED** denying Motion to File Certain Exhibits *Ex Parte* (Doc. 283) without prejudice to defense counsel re-urging the motion at a later time.

**THE COURT FINDS** sufficient cause to proceed on United States' Supplemental Petition to Revoke Defendant's Release Pending Trial (Doc. 290). Initial Appearance held.

| | |
|---|---|
| **Recorded By** Courtsmart | **Mtn**   1hr17m |
| **Deputy Clerk** Molly Frasher | **Start:**   2:41 pm |
| | **Stop:**   3:58 pm |