GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP
Arizona State Bar No. 014249
Email: Kevin.Rapp@usdoj.gov
COLEEN SCHOCH
Georgia State Bar No. 366545
Email: Collen.Schoch@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, AZ 84004
Telephone: 602 514-7500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>       v.<br><br>David Allen Harbour,<br><br>              Defendant. | No. CR 19-00898-PHX-DLR<br><br>**Government's First<br>Bill of Particulars Regarding<br>Forfeiture in the<br>Indictment** |

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of America particularly alleges that the following property is subject to forfeiture on the basis of the forfeiture allegation set forth in the Superseding Indictment (doc. 154).

More specifically, the description of the asset listed as Item 9 in the forfeiture allegation, "Cartier Pasha Seatimer Chronograph Watch with a Serial Number 604011MX and Black Rubber Bracelet," should be corrected to the following:

9.    Cartier Pasha Seatimer Chronograph Watch with a Serial Number 2995604011MX and Black Rubber Bracelet.

The United States continues to allege that all other property listed in the forfeiture allegation of the Superseding Indictment is subject to forfeiture as well.

Respectfully submitted this 11th day of January, 2022.

                          GARY M. RESTAINO
                          United States Attorney
                          District of Arizona

                          *s/Kevin M. Rapp*
                          KEVIN M. RAPP
                          COLEEN SCHOCH
                          Assistant United States Attorneys

## CERTIFICATION

I certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: counsel of record.


By: *s/Marjorie Dieckman*