**ASHLEY D. ADAMS, PLC**
**Ashley D. Adams, 013732**
7502 E. Monterey Way
Scottsdale AZ 85251
Phone:       (480) 219-1366
Facsimile:    (480) 219-1451
aadams@azwhitecollarcrime.com
*Attorney for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No.  CR-19-00898-PHX-DLR (DMF) |
| Plaintiff, | **NOTICE OF RELEASE OF SUBPOENA FOR BART SHEA FOR THE JANUARY 18, 2022 DETENTION HEARING** |
| vs. | |
| David Allen Harbour, | |
| Defendant. | |

Defendant, David Allen Harbour, by and through undersigned counsel, hereby files his Notice of Release of Subpoena for Bart Shea's appearance at the January 18, 2022 Detention Hearing. Mr. Shea's counsel has indicated that he intends to exercise his Fifth Amendment rights.

At the December 29, 2022, Detention Hearing, the Honorable Judge Deborah Fine instructed that defense counsel should file a Notice of Release of Subpoena under these circumstances.  Defense counsel will deliver a copy of this Notice to counsel for Mr. Shea, Patricia Gitre, Esq. via electronic mail.

RESPECTFULLY SUBMITTED this 14th day of January, 2022.

**ADAMS & ASSOCIATES, PLC**

By: */s/ Ashley Adams*
    Ashley D. Adams
    *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing.

Kevin M. Rapp
Coleen Schoch
U.S. Attorney's Office
40 N. Central Ave., Suite 1800
Phoenix, AZ  85004
Kevin.rapp@usdoj.gov
Coleen.schoch@usdoj.gov
*Attorneys for Plaintiff*

/s/*Kathy Taylor*
Paralegal to Ashley D. Adams

2