🗹 001/002

Pratt Kieffer & Company

9381 W 75th Street

Overland Park, KS  66204

913-648-5005

Fax 913-648-5353

March 6, 2012


Mr. Kenneth Bobrow
21020 N Pima Rd
Scottsdale, AZ 85255

              Re:     Net Finance, LLC

To Mr. Kenneth Bobrow,

Your company, Netfinance, LLC an Arizona limited liability company has been and continues to
extend loans to Cerrillos Holding Group, LLC ("Cerrillos") and Canyon Road Holdings, LLC
and their related entities ("Canyon") collectively referred to as the "Companies".   The
Companies are engaged in the business of making short-term consumer loans over the Internet,
typically in amounts of less than $500 (referred to as payday loans or "Micro-loans") and have
represented that the proceeds from Netfinance loans are used to fund those Micro-loans.

You have retained us to conduct a Forensic Audit of the Companies to provide assurance they
are in good standing under the laws of the jurisdiction where they are domiciled and conducting
their operations in a reasonable and business-like manner and utilizing the loan proceeds in
accordance with their agreements with Netfinance.

We have completed our Audit and advise you of the following:

1.  Management of the Companies provided us with full cooperation and access to such materials
    and information we considered necessary in performing our examination, which included
    recorded conversations with their borrowers, for purposes of confirming the practices followed by
    the Companies in extending Micro-loans to their customers;
2.  The Companies are in good standing under the laws of the jurisdiction where they are
    located;
3.  In our opinion the Companies are maintaining financial books and records of account
    which we consider to be in keeping with acceptable business practices;

1

DEPOSITION
EXHIBIT
12
HARBOUR
PENGAD 800-631-6989

CONFIDENTIAL                                                                      DNA_0000120

03/06/2012 18:23 FAX                                                    ☑ 002/002

4. In our opinion the Companies are conducting their operations in a reasonable and business-like manner and are utilizing Netfinance loan proceeds for Micro-loans;

5. We detected no indications of false or misleading information or material modifications that need to be made to the materials provided to us to accurately display the transactions, business performed and representations by the Companies for 2011;

6. In our opinion the Netfinance loan proceeds have not been misappropriated or otherwise used in a manner inconsistent with the terms of the loan documents between Netfinance and the Companies.

Sincerely,

Kevin Kieffer
Pratt, Kieffer & Company

CONFIDENTIAL                                      DNA_0000121