

## Invoice

 **Date**: Saturday, Oct 30, 2021
**Confirmation Number**: 13549256

Arrive:
**Thursday, Dec 2, 2021**

Depart:
**Sunday, Dec 5, 2021**

**Guests**
David Harbour
Abby Harbour
Julia Harbour (10)
Sarah Harbour (7)

| | |
|---|---|
| Paid | Oct 12, 2021: $200.00 (Credit Card) |
| Paid | Oct 30, 2021: $4,762.24 (Credit Card) |

MMPLUS-15-41965
©Disney



**Guest Name:** David Harbour
**Date:** 12/3 & 12/4/2021

### Friday, December 3, 2021

**8:00 AM** — **Minnie & Friends Breakfast in the Park - Plaza Inn** — *Disneyland Park*

Please plan to arrive 10 minutes before your reservation time. A Host or Hostess will seat you once your table becomes available.

**Confirmation #** Confirmed w/ Location
**Party Size:** 4

**9:30 AM** — **Premium VIP Tour**

Your VIP Tour Guide will greet you by the hostess posium of the -- restaurant after your dining reservation.

**Party Size:** 4 (2A/2C)

**5:00 PM** — **Blue Bayou** — *Disneyland Park*

Please plan to arrive 10 minutes before your Priority Seating time. A Host or Hostess will seat you once your table becomes available. Resort casual dress preferred.

**Confirmation #** Confirmed w/ Location
**Party Size:** 4

### Saturday, December 4, 2021

**8:00 AM** — **Storytellers Café** — *Disney's Grand Californian Hotel & Spa*

Please plan to arrive 10 minutes before your reservation time. A Host or Hostess will seat you once your table becomes available.

**Confirmation #** Confirmed w/ Location
**Party Size:** 4

*Disneyland VIP Tour Services*
*All offerings subject to change without notice.*

| | | | |
|---|---|---|---|
| 9:30 AM | **Premium VIP Tour** | | |

Your VIP Tour Guide will greet you by the hostess posium of the -- restaurant after your dining reservation.

**Party Size:** 4 (2A/2C)

| | | | |
|---|---|---|---|
| 6:00 PM | **Cafe Orleans** | | *Disneyland Park* |

Please plan to arrive 10 minutes before your reservation time. A Host or Hostess will seat you once your table becomes available.

**Confirmation #** 513111249263
**Party Size:** 4

*During your Disneyland® Resort visit, collect photos from Disney PhotoPass® Photographers at participating locations. Once you're ready to download, link all your photos to your account and activate them using the Product Code below. (Photos expire 45 days after they are captured.) Activate your product code using these easy steps:*
*1. Visit Disneyland.com/PhotoPass & register or sign in*
*2. Go to Link Photos and link any Disney PhotoPass Cards or Photo IDs you collected during your visit*
*3. After you've linked all your photos from your visit, return to the Link Photos page and in the box, enter the 16-character Product Code*
*4. All active photos in your account will now be available for download. Please note that the code above is a one-time use Product Code. Make sure you have linked all your photos from your visit and you're ready to activate prior to entering the code. Photos added to your account after activation are not included but can be purchased separately.*

**PHOTOPASS**
**CODE**            PPPEVIPS93P9L9E6 | PPPEVIPS39C3U7F7

*We hope you enjoy your visit at the Disneyland Resort. If you have any additional needs, please contact VIP Tour Services at (714) 300-7710.*

*At the Disneyland® Resort we've taken a measured and deliberate approach to our planning that applies enhanced health and safety measures—and we've made some important updates based on guidance from health authorities, such as the Centers for Disease Control and Prevention (CDC) and appropriate government agencies. Please visit https://disneyworld.disney.go.com/experience-updates/ to learn about these measures and what to expect when visiting the Disneyland® Resort.*