## DECLARATION OF MELVIN DUNSWORTH

I, Melvin Dunsworth make this Declaration under penalty of perjury.

1.   I have known David Harbour since about 2006-07.

2.   On December 6, 2021, I flew to Phoenix Arizona to meet with Bart Shea and David Harbour at Shea-Connelly Development, LLC, ("SCD") for the purpose of discussing Bart Shea's Senior Housing Projects ("Projects") and my possible involvement in those Projects.

3.   The three of us met throughout the business day on December 6, 2021 concerning the Projects.

4.   I was driven by David Harbour to his home after the end of the business day and stayed with them overnight as a guest in the home in which they were residing.

5.   On Tuesday, December 7, 2021, the three of us, myself, David Harbour and Bart Shea spent another entire day together at SCD. Joining us in the meetings during the day were Mike Duffy and Jay "Corky" Northrup.

6.   At the end of the business day on December 7th, David Harbour and I drove in his truck to Oreganos to pick-up pizza, wings, and salad.

7.   While we were in the Oregano's parking lot, ready to drive to the Harbour residence, Kenny Boborow, who I know, called David Harbour. I heard Kenny say that he had talked to "Mark." I then heard David Harbour say, "Kenny stop, I don't want to hear it. Call Alan, I am not involved," or words to that effect. I heard Kenny Boborow say that he would called Alan.

8.   We then drove to the Harbour residence.

9.   Until Abby Harbour and the Harbour children returned home, David and I watched *Blacklist*.

10.   I stayed over at the Harbour residence on Wednesday night and left Thursday.

1

11.     I understand that Vickie Boborow has stated that David Harbour was at her home on either December 2 or December 7, 2021. I have no information concerning December 2, 2021 but I know that he was not there on December 7, 2021 because of the facts related above.

*[signature]*
Melvin Dunsworth

January 17, 2022