DRAW REQUEST

This Draw Request dated October 5, 2021, is requesting a $1,000,000 advance per section 1.4 Advances of the Loan Agreement dated August 13, 2021, between Deel Investments LP ("Lender") and Shea-Connelly Development, LLC ("SCD"), SCD Construction, LLC ("SCC"), Remediation Financial Inc., ("RFI"), Bart Shea and David Lunn (collectively the "Borrowers"), (the "Deel Loan Agreement"). Borrowers acknowledge and agree they have read the terms and conditions of the Deel Loan Agreement carefully and agree they are fully bound by the Deel Loan Agreement. It is the sole and absolute right and discretion of Lender to advance funds to Borrowers. If Lender decides at its sole and absolute discretion to advance funds to Borrowers per this Draw Request, it does not require or obligate Lender to advance the requested amount in this Draw Request or any additional funds to Borrowers even if requested or not requested. The proceeds from this Draw Request will be $500,000 to employee David Harbour and $500,000 for working capital as allowed in section 1.3 Purpose of the Deel Loan Agreement.

      The undersigned and all other parties to this Draw Request whether as officers, directors, managers, endorsers, guarantors or sureties, shall remain fully bound waive demand notice, presentment and protest and all notices thereto and further agree to remain bound, notwithstanding any extension, modification, waiver, or other indulgence or discharge or release of any obligor hereunder or exchange, substitution, or release of any collateral granted as security. No modification or indulgence by the Lender shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. The rights of the Lender shall be cumulative and not necessarily successive. The Deel Loan Agreement represent unconditional, absolute, valid, and enforceable obligations against Borrowers. Borrowers has no claims or defenses against Lender or any other person or entity which would or might affect (i) the enforceability of any provisions of any Deel Loan Agreement or (ii) the collectability of sums advanced by Lender in connection with Borrowers obligations under the Deel Loan Agreement. This Draw Request shall take effect as a sealed instrument and be governed and enforced in accordance with the laws of the State of Missouri.

Remediation Financial Inc.

*[signature]*

Bart Shea
President and COO

*[signature]*

Bart Shea
Manager SCC

*[signature]*

Bart Shea
Manager SCD