| | |
|---|---|
| **From:** | Alan Baskin |
| **To:** | Steve Dichter; Patricia Gitre |
| **Cc:** | Abby Harbour; Ashley Adams; Patricia Gitre; Yvonne Canez |
| **Subject:** | Re: Release of Funds |
| **Date:** | Wednesday, January 12, 2022 11:13:43 AM |
| **Attachments:** | image001.png |

Correct

Get Outlook for iOS

**From:** Steve Dichter <sdichter@cdslawfirm.com>
**Sent:** Wednesday, January 12, 2022 10:30:23 AM
**To:** Alan Baskin <alan@weissbrown.com>; Patricia Gitre <patgitre@patriciagitre.com>
**Cc:** Abby Harbour <abby.ku07@yahoo.com>; Ashley Adams <aadams@azwhitecollarcrime.com>; Patricia Gitre <patgitre@patriciagitre.com>; Yvonne Canez <ycanez@cdslawfirm.com>
**Subject:** RE: Release of Funds

So, once it was not used to fund the Burg settlement, was the $800,000 sent back to Bart Shea at Shea-Connelly and no longer is in your (old firm's or new firm's) trust account)?

**Stephen M. Dichter**



**2800 North Central Avenue
Suite 860
Phoenix, Arizona 85004**

**Office: (602) 792-1700
Direct: (602) 253-5808
Fax: (602) 792-1710
SDichter@cdslawfirm.com
www.cdslawfirm.com**

In Nevada:

**Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123**

**Office: 702 362-6666
Fax:    702 992-1000
www.ckllclaw.com**


**From:** Alan Baskin <alan@weissbrown.com>
**Sent:** Wednesday, January 12, 2022 10:19 AM

**To:** Steve Dichter <sdichter@cdslawfirm.com>; Patricia Gitre <patgitre@patriciagitre.com>
**Cc:** Abby Harbour <abby.ku07@yahoo.com>; Ashley Adams <aadams@azwhitecollarcrime.com>; Patricia Gitre <patgitre@patriciagitre.com>; Yvonne Canez <ycanez@cdslawfirm.com>
**Subject:** RE: Release of Funds

Steve

Over the past nearly five years we received money from multiple sources, at multiple times, with different people consenting to or directing the use of funds. As far as the $1 million trust deposit that yielded the 75K you are about to receive, it was initially earmarked for the Burg settlement. Although Bart consented to its subsequent use (800 to Shea Connelly, 100 to me, 25 to AA and 75 to be held) Daryl had ultimate authority for how that money was used, which he confirmed by email. This is why I needed his consent to the use of the 75, which is all that remains.

Going forward, you need to work with David, Abby and whomever the fund source is to determine the chain of command – the authorizations you need, as there was never a consistent pattern, and I cannot advise you as to how to handle.

I will have a check at the ready once Bart consents.

Alan

**From:** Steve Dichter <sdichter@cdslawfirm.com>
**Sent:** Wednesday, January 12, 2022 9:25 AM
**To:** Alan Baskin <alan@weissbrown.com>; Patricia Gitre <patgitre@patriciagitre.com>
**Cc:** Abby Harbour <abby.ku07@yahoo.com>; Ashley Adams <aadams@azwhitecollarcrime.com>; Patricia Gitre <patgitre@patriciagitre.com>; Yvonne Canez <ycanez@cdslawfirm.com>
**Subject:** RE: Release of Funds

Alan - Completely understood. So, on whose instructions did you rely for day-to-day disbursements of the money in your trust account? Did you need permission from Bart to disburse funds on a day-by-day basis? From David? From someone else? I ask because once the funds are in my IOLTA trust account, I will need to know from whom to receive similar directions. I would assume that David would control the funds which I understand to be different than a wholesale transfer of all the funds. Please advise. Once you do have Bart's permission, if at all, our runner can come and fetch the check. Yvonne will arrange it.

Since Mr. Deel has indicated that Bart's company got the money via a loan and controls the funds, I have omitted him from this email string.

Abby – please forward this email to Bart Shea.

Stephen M. Dichter



**2800 North Central Avenue**
**Suite 860**
**Phoenix, Arizona 85004**

Office: (602) 792-1700
Direct: (602) 253-5808
Fax: (602) 792-1710
SDichter@cdslawfirm.com
www.cdslawfirm.com

In Nevada:

**Christian, Kravitz, Dichter, Johnson & Sluga, LLC**
**8985 Eastern Avenue, Suite 200**
**Las Vegas, Nevada 89123**

Office: 702 362-6666
Fax:    702 992-1000
www.ckllclaw.com

**From:** Alan Baskin <alan@weissbrown.com>
**Sent:** Wednesday, January 12, 2022 9:17 AM
**To:** Steve Dichter <sdichter@cdslawfirm.com>; Daryl Deel <daryl.deel@gmail.com>; Patricia Gitre <patgitre@patriciagitre.com>
**Cc:** Abby Harbour <abby.ku07@yahoo.com>; Ashley Adams <aadams@azwhitecollarcrime.com>; Patricia Gitre <patgitre@patriciagitre.com>
**Subject:** RE: Release of Funds

Steve

I just responded separately to you and Ashley. I need an email – or other writing from Bart before disbursing. I don't have his permission.

Alan


**From:** Steve Dichter <sdichter@cdslawfirm.com>
**Sent:** Wednesday, January 12, 2022 9:14 AM
**To:** Daryl Deel <daryl.deel@gmail.com>; Patricia Gitre <patgitre@patriciagitre.com>
**Cc:** Alan Baskin <alan@weissbrown.com>; Abby Harbour <abby.ku07@yahoo.com>; Ashley Adams <aadams@azwhitecollarcrime.com>; Patricia Gitre <patgitre@patriciagitre.com>

**Subject:** RE: Release of Funds

Mr. Deel - Thank you.

Alan – do you already have consent from Bart Shea? I thought you did. Please advise.

Abby – Please forward this email to Bart Shea and ask him to confirm to Baskin via email that he does or does not consent to the transfer of the funds. Pat Gitre, Bart's lawyer with respect to the detention hearing, indicated that she is not representing Bart with respect to this issue and that contact with him does not need to be through her. Nonetheless, I am copying Pat.


**Stephen M. Dichter**



**2800 North Central Avenue
Suite 860
Phoenix, Arizona 85004**

Office: (602) 792-1700
Direct: (602) 253-5808
Fax: (602) 792-1710
SDichter@cdslawfirm.com
www.cdslawfirm.com

In Nevada:

Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Office: 702 362-6666
Fax:    702 992-1000
www.ckljclaw.com


**From:** Daryl Deel <daryl.deel@gmail.com>
**Sent:** Wednesday, January 12, 2022 9:07 AM
**To:** Steve Dichter <sdichter@cdslawfirm.com>
**Cc:** Alan Baskin <alan@weissbrown.com>; Abby Harbour <abby.ku07@yahoo.com>; Ashley Adams <aadams@azwhitecollarcrime.com>
**Subject:** Re: Release of Funds

Hello,

I loaned the money to Bart Shea's company, Shea-Connelly Development, LLC. Bart directed the funds to be placed in Alan Baskin's trust account. Assuming that Bart is okay with it, I am okay with the funds from Alan's trust account to be transferred to you.

Sincerely,
Daryl Deel