EX 15

**FURTHER COMPARISONS OF KEY INTERNAL DISCREPANCIES BETWEEN
ONE VOICE MAIL, ONE RECORDED CALL, TWO FBI INTERVIEWS OF
KENNY BARBROW and VICKIE BARBROW INTERVIEW**

1. **TOPIC: SOURCES OF KENNY BOBROW INFORMATION**
   a. 12/21/21 Cofer Summary – KB says source of his information is Baskin and Harbour
   b. 12/3/21 Recorded Call (Harbour was in California) Kenny Bobrow and Mark Burg:  p. 5, "KB says he is hearing "everything from the lawyer." [Baskin]
   c. 12/13/21 Cofer Interview: KB says that, per his conversations with Baskin, DH wanted to repay Burg.  No mention of any quid pro quo.
   d. 12/20/21 Lopez Interview: KB says Harbour told him he wanted to repay Burg for Burg to sign a document.

2. **TOPIC: VARYING CONTENTIONS AS TO DETAILS RE INSTRUCTIONS:**
   a. Voice Mail Message 12/8/21 – Kenny left message for Mark Burg. Kenny leaves message that, among other things, said that Baskin said he had the money and would pay it. No mention of David Harbour.  Conclusion:  Kenny had recently spoken to Baskin.
   b. This occurred the day after the supposed December 7th Harbour visit to Bobrow house (on December 2nd, Harbour was en route to California via car.
   c. Cofer 12/21/21 Summary - Bobrow first called Burg on November 9th but, according to Vicki Bobrow the first time and only time Harbour told Kenny to call was on December 2nd or 7th at their home.
   d. In the undercover recorded phone call on 12/3/21, Kenny says Baskin wants Burg to sign some paperwork.
      i. On 12/3/21 call transcript, Kenny told Burg that "he" which obviously means the lawyer wants Kenny to sign something.
      ii. Kenny never refers to Harbour as telling him that Burg needs to sign something except in the 12/20/21 interview with Lopez.
   e. In the Cofer 12/13/21 interview, Kenny says he was unaware of anything that needed to be signed (settlement agreement or Declaration).
   f. The Cofer summary on 12/21/21 indicates that Harbour came over to the Barbrow residence on November 9th and asked Kenny to call Burg and that Vickie concurred because she overheard the conversation. It is undisputed that Mark Burg called the agents on November 10th and the undercover

operation ensured.  But, Vickie Bobrows interview with agents stated that Harbour came over on December 2nd or 7th and not that he came over on November 9th.  Conclusion:  In November, it was Alan Baskin, as Kenny Bobrow told Agent Cofer on 12/13/21, who told him to call.