# EX 16

# VICKIE BOBROW DISCREPANCIES

Kenny says on 12/20/21 that he had one to three phones calls with Burg at which Harbour was present. But Vickie says, first, that she was always sure to be around when David came over. However, she never says that there were three phone calls with David present that she overheard with Burg. In facvt she says he left on December 2 oir 7 before her husband called.

¶3,12/28/21 interview: Baskin call. A Teaching moment? At the hearing Cofer testified (p. 52) that Baskin called Kenny and said, if the government calls and asks you if I told you to, call Burg, tell them I did not. And that is what he had Kenny repeat.

Kenny Bobrow told Lopez on 12/20/21 that at the inception of the house transaction, David and Abby came over to the house and asked for $140,000. This could not have occurred at the inception because no one knew the inception the amount would have been known until or near the final closing on August 24th how much was needed for the Georgia property. He also said that "gift letter" was brought at the same time. ¶26

In ¶ 6 of the Vickie Bobrow 12/28/21 interview, she claims that the "gift letter" was brought over *after* the loan of the $140,000 to Bart Shea had already been made. She was already completely aware of the purchase.

In ¶10 she affirms that they only invested "over $1 Million" in Santa Clarita whereas the claim filed under penalty of perjury in the bankruptcy claims it was $2 Million.

¶ 18 Vickie told Lopez that she knew Turasky, that they invested with Turasky, and that Turasky had been a guest in their home.

In the 12/28/21 Government Response (Doc. 294), at page 4, the government states that Vickie Borow contended that she did not even know Rick Turasky. This is obviously a false statement. If she did not know him, how would she have his phone number in "contacts."

¶16 – Vickie says that the text of 10/02/2020 must have been sent from her phone by David Harbour while he and Abby were staying at their Forest Highlands summer home on 10/2/20. However, on Friday October 2, 2020, a Friday, the Harbour children had a piano lesson at home as is evidenced in the attached, dated photo. There was no October visit.

¶ 17 With to her speculation as to the iPad being used to send phony emails, there was no password available to it that anyone remembered when she gave it to the Harbours. We are willing to deliver it to the Court so that the government can try to get into it.