# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CR-19-0898-PHX-DLR |
| Plaintiff, | |
| v. | **ORDER** |
| David Allen Harbour, | |
| Defendant. | |

This matter is before the Court on the "United States' Motion to Strike Defendant's Supplemental Memorandum (Doc. 306) or, Alternatively, to Continue Evidentiary Hearing to Allow for the Filing of a Reply Brief" (Doc. 308), which is now moot given the Court's Order of the same date (Doc. 307).

Accordingly

**IT IS HEREBY ORDERED** denying as moot the "United States' Motion to Strike Defendant's Supplemental Memorandum (Doc. 306) or, Alternatively, to Continue Evidentiary Hearing to Allow for the Filing of a Reply Brief" (Doc. 308) given the Court's Order of the same date (Doc. 307).

Dated this 18th day of January, 2022.

_____
Honorable Deborah M. Fine
United States Magistrate Judge