GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP
Arizona State Bar No. 014249
Email: Kevin.Rapp@usdoj.gov
COLEEN SCHOCH
Georgia State Bar No. 366545
Email: Coleen.Schoch@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>David Allen Harbour,<br><br>　　　　　　　Defendant. | No. CR-19-00898-PHX-DLR (DMF)<br><br>**UNITED STATES' SECOND SUPPLEMENTAL PETITION TO REVOKE DEFENDANT HARBOUR'S RELEASE PENDING TRIAL** |

　　　　Comes now the United States, by and through undersigned counsel, and hereby submits a Second Supplemental Petition to Revoke Release of Defendant David Allen Harbour release by supplementing the allegation that he violated federal law as detailed below:

　　1. Defendant shall not commit any federal, state or local crime. (Doc. 17)

　　There is probable cause that Harbour violated this term by conspiring to commit wire fraud, Bank Fraud and False Statement on Loan and Credit Applications in violation of Title 18 U.S.C. §§ 371, 1014, 1349, 1343 and 1344. In sum, Harbour conspired with B.S. and K.B. to provide a false gift letter by email to Equitable Home Mortgage, Inc. in support

of a loan to purchase XXXX E. Georgia Ave., Phoenix, AZ 85016.

## CONCLUSION

Based on the forgoing, the United States moves the Court to conduct a hearing pursuant to 18 U.S.C. § 3148(b) on the second supplemental petition, and to revoke its current Order authorizing Harbour's release.

Dated this 1st day of February, 2022.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/ Kevin Rapp*
> KEVIN M. RAPP
> COLEEN SCHOCH
> Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and provided a courtesy electronic copy to all registered CM/ECF participants.

*s/ Marjorie Dieckman*
U.S. Attorney's Office