| ✎AO 435<br>AZ Form (Rev. 10/2018) | Administrative Office of the United States Courts<br><br>**TRANSCRIPT ORDER** | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|---|

| 1. NAME   Gerald Krovatin | 2. PHONE NUMBER<br>973-424-9777 | 3. DATE   2/3/2022 |
|---|---|---|

| 4. FIRM NAME   Krovatin Nau LLC |
|---|

| 5. MAILING ADDRESS  60 Park Pl Suite 1100 | 6. CITY   Newark | 7. STATE   NJ | 8. ZIP CODE   07102 |
|---|---|---|---|

| 9. CASE NUMBER<br>2:19-CR-00898-DLR | 10. JUDGE   Deborah M. Fine | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 2/1/2022 | 12. |

| 13. CASE NAME<br>U.S. v. David Allen Harbour | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Phoenix | 15. STATE  AZ |

**16. ORDER FOR**

| ☐ APPEAL | ☑ CRIMINAL | ☐ CRIMINAL JUSTICE ACT | ☐ BANKRUPTCY |
|---|---|---|---|
| ☐ NON-APPEAL | ☐ CIVIL | ☐ IN FORMA PAUPERIS | ☐ OTHER (Specify) |

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☑ PRE-TRIAL PROCEEDING | 2/1/2022 |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1<br>(original to Court,<br>copy to ordering party) | FIRST<br>COPY | # OF<br>ADDITIONAL<br>COPIES | DELIVERY INSTRUCTIONS<br>(Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☑ | ☐ | | ☐ PAPER COPY | |
| 14 DAYS | ☐ | ☐ | | | |
| 7 DAYS(expedited) | ☐ | ☐ | | ☑ PDF (e-mail) | |
| 3 DAYS | ☐ | ☐ | | | |
| DAILY | ☐ | ☐ | | ☐ ASCII (e-mail) | |
| HOURLY | ☐ | ☐ | | | |
| REALTIME | ☐ | ☐ | | E-MAIL ADDRESS<br>gkrovatin@krovatin.com; cdavitt@krovatin.com | |

| CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges<br>(deposit plus additional). | **NOTE:  IF ORDERING MORE THAN ONE FORMAT,<br>THERE WILL BE AN ADDITIONAL CHARGE.** |
|---|---|
| 19. SIGNATURE  Gerald Krovatin | |
| 20. DATE  2/3/2022 | |

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY