☞ AO 435 — AZ Form (Rev. 10/2018)
Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY — DUE DATE:

| # | Field | Value |
|---|---|---|
| 1 | NAME | Teresa Pilatowicz, Esq. |
| 2 | PHONE NUMBER | 725-777-3000 |
| 3 | DATE | 1/28/22 |
| 4 | FIRM NAME | Garman Turner Gordon LLP |
| 5 | MAILING ADDRESS | 2415 E. Camelback Rd., Suite 700 |
| 6 | CITY | Phoenix |
| 7 | STATE | AZ |
| 8 | ZIP CODE | 85016 |
| 9 | CASE NUMBER | 2:19-cr-00898-DLR |
| 10 | JUDGE | Deborah M. Fine |
| 11 | DATE OF PROCEEDING | 12/29/2022 |
| 12 | DATE OF PROCEEDING | 1/18/2022 |
| 13 | CASE NAME | USA v. Harbour |
| 14 | LOCATION | Phoenix |
| 15 | STATE | AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☒ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | Pretrial release revocation hearing | 12/29/2021 / 1/18/2022 |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☐ OTHER (Specify) | |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☐ | ☐ | |
| 7 DAYS (expedited) | ☐ | ☐ | |
| 3 DAYS | ☐ | ☒ | |
| DAILY | ☐ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

**DELIVERY INSTRUCTIONS** (Check all that apply.)
- [ ] PAPER COPY
- [x] PDF (e-mail)
- [ ] ASCII (e-mail)

ESTIMATED COSTS:

E-MAIL ADDRESS: tpilatowicz@gtg.legal

CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE: /s/ Teresa M. Pilatowicz
20. DATE: 1/28/22

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

**DISTRIBUTION:** COURT COPY · TRANSCRIPTION COPY · ORDER RECEIPT · ORDER COPY