Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
Jill Ann Herman, 020180
jherman@cdslawfirm.com
Iulia A. Taranu, 034458
itaranu@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Attorney for Defendant David Harbour

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of American,<br><br>        Plaintiff,<br><br>vs.<br><br>David Allen Harbour,<br><br>        Defendant. | Case No. 2:19-cr-00898-DLR (DMF)<br><br>**NOTICE OF APPEARANCE** |

    Stephen M. Dichter, Jill Ann Herman, and Iulia A. Taranu of the law firm of Christian Dichter & Sluga, P.C., notice their appearance as co-counsel joining present counsel, Ashley D. Adams, for Defendant David Allen Harbour in the above-referenced proceedings.

    It is anticipated that Ms. Adams will act upon the authority granted by the Court to withdraw as co-counsel following Magistrate Judge Fine's ruling on the Government's petition to revoke Defendant's release.

Incoming counsel acknowledges been set for trial on August 15, 2022 and will be prepared to meet that trial date.

RESPECTFULLY SUBMITTED this 15<u>th</u> day of February 2022.

                                                  CHRISTIAN DICHTER & SLUGA, P.C.

                                                  By: /s/ Stephen M. Dichter
                                                      Stephen M. Dichter
                                                      Jill Ann Herman
                                                      Iulia A. Taranu
                                                      2800 North Central Avenue, Suite 860
                                                      Phoenix, Arizona 85004
                                                      Attorneys for Defendant David A. Harbour

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Kevin M. Rapp
Kevin.rapp@usdoj.gov
Coleen Schoch
Coleen.schoch@usdoj.gov
U.S. Attorney's Office
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004
Attorney for Plaintiff

Ashley D. Adams
aadams@azwhitecollarcrime.com
Adams & Associates, PLC
7502 E. Monterey Way
Scottsdale, Arizona 85251
Attorney for Defendant


/s/ Yvonne Canez