# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## WITNESS LIST --- CRIMINAL

```
FILED ___ LODGED
___ RECEIVED ___ COPY
MAR 01 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

☒ Pretrial Release Revocation Detention Hearing      ☒ Non-Jury Trial      ☐ Jury Trial

USA vs. Harbour, David A.
*Last, First, Middle Initial*

CR-19-00898-PHX-DLR
*Year-Case No-Deft No-Judge*

☒ GOVERNMENT      ☐ DEFENDANT

|    | NAME | G/D | DATE SWORN | DATE APPEARED |
|----|------|-----|------------|---------------|
| 1. | Troy Cofer, Special Agent – Federal Bureau of Investigation | | 12/29/21 | 12/29/21 |
| 2. | | | 1/18/22 | 1/18/22 |
| 3. | | | 2/1/22 | 2/1/22 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |