# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## WITNESS LIST --- CRIMINAL

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 01 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☒ Revocation Hearing      ☐ Non-Jury Trial      ☐ Jury Trial

USA vs. HARBOUR, DAVID A.                    CR-19-00898-PHX-DLR
   Last, First, Middle Initial                 Year-Case No-Deft No-Judge

☐ GOVERNMENT                                ☒ DEFENDANT

| # | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Bart Shea | | | |
| 2. | Kenneth Bobrow | | EXCUSED | |
| 3. | Matthew Szmytke who will be testifying in place of Gretchen White | | 2/1/22 | 2/1/22 |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |