# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### EXHIBIT LIST --- CRIMINAL

☒ Pretrial Release Revocation Detention Hearing    ☒ Non-Jury Trial    ☐ Jury Trial

USA vs. Harbour, David A.    CR-19-00898-PHX-DLR
Last, First, Middle Initial    Year-Case No-Deft No-Judge

☒ GOVERNMENT    ☐ DEFENDANT

| Exhibit No. | Marked For Evidence | Admitted In Evidence | Description |
|---|---|---|---|
| 1. | | 12/29/21 | Recorded call between Mark Burg and Kenneth Bobrow, December 3, 2021 |
| 2. | | 12/29/21 | Voicemail from Kenneth Bobrow, dated December 7, 2021 |
| 3. | | 12/29/21 | Records provided from Bobrow's attorney to include summary information regarding Bobrow's funding of $342,591.67 for David's House; a copy of a Secured Promissory Note in the amount of $141,591.67, dated August 24, 2021, between Borrowers Bart Shea and Shea Connelly Development LLC and Holder Kenny Bobrow; an account detail for Wells Fargo x8939, reflecting 2 wire transfers from Timothy Gottschalk on August 23, 2021 and August 24, 2021, a wire transfer in the amount of $242,591.67 to WFG National Title Insurance Co, and the payment of check #127 in the amount of $100,000, posted on July 29, 2021; copy of check #127 in the amount of $100,000, posted on July 29, 2021 from Bobrow to WFG National Title, Memo Line: Earnest Money.<br><br>(Bates: HARBOUR_053469 – HARBOUR_053474) |
| 4. | | 12/29/21 | Declaration of FBI Special Agent Troy Cofer – Exhibit A to Supplemental Motion to Revoke |
| 5. | | 1/18/22 | IRS Memorandum of Interview – Pam Case, dated February 21, 2020 – Exhibit 1 to Supplemental Motion to Revoke |
| 6. | | | IRS Memorandum of Interview – Laura Purifoy, dated August 26, 2019 – Exhibit 2 to Supplemental Motion to Revoke |
| 7. | | | FBI 302 Interview of Carol Hill, dated August 20, 2019 – Exhibit 3 to Supplemental Motion to Revoke |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 8. | | 12/29/21 | Transcript of Voicemail Kenneth Bobrow to Mark Burg, voicemail dated December 7, 2021 – Exhibit 4 to Supplemental Motion to Revoke |
| 9. | | | Transcription of Call: Burg and Bobrow, recording date December 3, 2021 – Exhibit 5 to Supplemental Motion to Revoke |
| 10. | | | Call Log of David Harbour phone number x2015 – Exhibit 6 to Supplemental Motion to Revoke |
| 11. | | | Call Log of Kenneth Bobrow phone number x8242 – Exhibit 7 to Supplemental Motion to Revoke. |
| 12. | | | FBI 302 Interview – Kenneth Bobrow, dated December 13, 2021 – Exhibit 8 to Supplemental Motion to Revoke. (Bates: HARBOUR_052501: HARBOUR_052502) |
| 13. | | | SEC Transcript, Deposition of Richard Turasky, dated August 9, 2016 – Drawbridge Financial – Exhibit 9 to Supplemental Motion to Revoke |
| 14. | | | Capital Investment I Fund LLC vs. Oak Tree Management LLC – Complaint for Breach of Contract and related documents. Exhibit 10 to Supplemental Motion to Revoke |
| 15. | | | Declaration of Richard Turasky – Exhibit 11 to Supplemental Motion to Revoke |
| 16. | | 12/29/21 | Gift Letter Kenneth Bobrow to Bart M. Shea for the purchase of 2123 E. Georgia Ave. Exhibit 12 to Supplemental Motion to Revoke. |
| 17. | | | Secured Promissory Note in the amount of $141,591.67, dated August 24, 2021, between Borrowers Bart Shea and Shea Connelly Development LLC and Holder Kenny Bobrow – Exhibit 13 to Supplemental Motion to Revoke |
| 18. | | | IRS Memorandum of Interview – Kenneth Bobrow, dated December 20, 2021 – Exhibit 14 to Supplemental Motion to Revoke |
| 19. | | | IRS Memorandum of Interview – Mark Burg, dated November 10, 2021. (Bates: HARBOUR_052493 - HARBOUR_052494) |
| 20. | | | IRS Memorandum of Interview – Keith Davidson, dated November 9, 2021. (Bates: HARBOUR_052477 - HARBOUR_052479) |
| 21. | | | IRS Memorandum of Interview – Richard Turasky, dated November 11, 2021. (Bates: HARBOUR_052488 - HARBOUR_052490) |
| 22. | | 12/29/21 | Target Letter, dated December 12, 2021 – Kenneth Bobrow (Bates: HARBOUR_053475 - HARBOUR_053476) |
| 23. | | | Proffer Agreement, dated December 19, 2021 – Kenneth Bobrow (HARBOUR_053477 - HARBOUR_053479) |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 24. | | 12/29/21 | WFG National Title Insurance Records (Bates: HARBOUR_052717 - HARBOUR_052718) |
| 25. | | 12/29/21 | FBI 302 Interview – Richard Turasky dated June 5, 2019 (Bates: HARBOUR_042323 - HARBOUR_042326) |
| 26. | | 1/18/22 | Pages-fr-Pacheco-KB-X8242-112021-122021 (Bates: HARBOUR_053486 – HARBOUR_053492) |
| 27. | | 1/18/22 | KB-X8242-MB-DH-AB-112021-122021 (Bates: HARBOUR_053566 – HARBOUR_053567) |
| 28. | | | Ken Bobrow Turasky Emails (Bates: HARBOUR_053568 – HARBOUR_053595) |
| 29. | | | Victoria Bobrow Turasky Texts (Bates: HARBOUR_053596 – HARBOUR_053599) |
| 30. | | | Memo-SE-CI-WA-PHX-04-VBobr-DHARB-Lopez-12282021 (Bates: HARBOUR_053480- HARBOUR_053484) |
| 31. | | | Email re: Grand Jury Subpoena to Equitable Home Mortgage, Inc. (Bates: HARBOUR_053600) |
| 32. | | 2/1/22 | Gift Letter Kenneth Bobrow to Bart M. Shea for the purchase of 2123 E. Georgia Ave. in the amount of $242,591.67 (Bates: HARBOUR_053601) |
| 33. | | 2/1/22 | Gift Letter Kenneth Bobrow to Bart M. Shea for the purchase of 2123 E. Georgia Ave. in the amount of $100,000 (Bates: HARBOUR_053602) |
| 34. | | | Memorandum of Interview – Michael Carmel, Esq. dated 1/28/2022 (Bates: HARBOUR_053603 – HARBOUR_053604) |
| 35. | | | Memorandum of Interview – Teresa Pilatowicz dated 1/25/2022 (Bates: HARBOUR_053660 – HARBOUR_053662) |
| 36. | | | Motion to Appoint Chapter 11 Trustee (Bates: HARBOUR_053608 – HARBOUR_053630) |
| 37. | | | Declaration of M. Stern in Support of Motion to Appoint Trustee (Bates: HARBOUR_053631 – HARBOUR_053635) |
| 38. | | | December Term Sheet (Exhibit 16 to Declaration of M. Stern in Support of Motion to Appoint Trustee) (Bates: HARBOUR_053636 – HARBOUR_053638) |
| 39. | | | Western Alliance Bank documents (Bates: HARBOUR_053639 – HARBOUR_053646) |
| 40. | | | MOI-SE-CI-WA-PHX-04-PHant-DHARB-Lopez-11152021 – Exhibit K to Petition to Revoke (Bates: HARBOUR_052466 – HARBOUR_052469) |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 41. | | 2/1/22 | Photos of XXXX E. Georgia Ave. from Zillow and Maricopa County Assessor (Bates: HARBOUR_053647 – HARBOUR_053651) |
| 42. | | | Bankruptcy documents related to Northrock, LLC (Bates: HARBOUR_053652 – HARBOUR_053657) |
| 43. | | 2/1/22 | Email from Harbour with Gift Letter (Bates: HARBOUR_053658 – HAROUR_053659) |
| 44. | | | Memorandum of Interview – Melvin Dunsworth, dated 6/24/2020 (Bates: HARBOUR_040389 – HAROUR_040391) |
| 45. | | | |
| 46. | | | |
| 47. | | | |
| 48. | | | |
| 49. | | | |
| 50. | | | |
| 51. | | | |
| 52. | | | |
| 53. | | | |
| 54. | | | |
| 55. | | | |
| 56. | | | |
| 57. | | | |
| 58. | | | |