UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**EXHIBIT LIST
(CRIMINAL)**

☐ Motion to Suppress             ☐ Non-Jury Trial              ☒ Revocation Hearing

USA v. David Allen Harbour                                          CR-19-00898-PHX-DLR (DMF)

☐ GOVERNMENT                                          ☒ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 01 | | 12-29-21 | August 27, 2020 Default Judgment |
| 02 | | 1-18-22 | October 31, 2021 Weiss Brown Invoice |
| 03 | | 12-29-21 | October 27, 2021 Emails to and from Alan Baskin to Keith M. Davidson |
| 04 | | 12-29-21 | November 1, 2021 12:28 PM Email from Alan Baskin to Keith M. Davidson with 3 attachments |
| 05 | | 1-18-22 | November 1, 2021 1:12 PM Email from Alan Baskin to Keith M. Davidson with 5 attachments |

Defendant's Exhibit List
01-31-2022

1

| 06 | | 12-29-21 | November 30, 2021 Weiss Brown Invoice – time related to Mark Burg |
|---|---|---|---|
| 07 | | 12-29-21 | November 10, 2021 Email from Keith M. Davidson to Alan Baskin |
| 08 | | 12-29-21 | Text Messages between Alan Baskin and Keith M. Davidson |
| 09 | | 12-29-21 | Draft December 2021 Weiss Brown Invoice |
| 10 | | 12-29-21 | December 7, 2021 Email from Mladen Milovic to Keith M. Davidson |
| 11 | | 12-29-21 | December 8, 2021 Email from Keith M. Davidson to Alan Baskin |
| 12 | | 2/1/22 | December 9, 2021 Wire Transfer Instructions |
| 13 | | 12-29-21 | June 18, 2018 Clerk's Certification of a Judgment to be Registered in Another District re: March 29, 2018 Judgment |
| 14 | | 1/18/22 | October 27, 2020 Loan and Assignment Agreement |
| 15 | | 2/1/22 | September 5, 2020 Forward Email from Ken Bobrow to Alan Baskin |
| 16 | | 2/1/22 | October 19, 2020 Email re: Voice Message |

Defendant's Exhibit List  
01-31-2022

2

| 17 |  | 2/1/22 | November 10, 2020 Baskin PLC Invoice |
|---|---|---|---|
| 18 |  | 2/1/22 | October 19, 2020 Email from Rich Turasky to Alan Baskin and attachment |
| 19 |  | 2/1/22 | October 16, 2020 Forward Text Messages from Ken Bobrow to Alan Baskin |
| 20 |  | 2/1/22 | October 23, 2020 Email from Rich Turasky to Mladen Milovic Baskin and attachment |
| 21 |  | 2/1/22 | October 27, 2020 Email from Rich Turasky to Mladen Milovic |
| 22 |  | 2/1/22 | Emails from Rich Turasky re: status of funds |
| 23 |  | 2/1/22 | January 5, 2021 Email from Mladen Milovic to Rich Turasky Baskin and attachment |
| 24 |  | 2/1/22 | January 7, 2021 8:09 AM Email from Rich Turasky to Mladen Milovic Baskin and attachment |
| 25 |  | 2/1/22 | January 7, 2021 12:46 PM Email from Mladen Milovic to Rich Turasky Baskin and attachment |
| 26 |  | 2/1/22 | January 12, 2021 10:43 AM Email from Rich Turasky to Mladen Milovic |
| 27 |  | 2/1/22 | January 12, 2021 10:47 AM Email from Rich Turasky to Mladen Milovic Baskin and attachment |
| 28 |  | 2/1/22 | January 13, 2021 Email from Mladen Milovic to Rich Turasky Baskin and attachment |

| 29 | | 2/1/22 | January 15, 2021 Email from Rich Turasky to Mladen Milovic |
|---|---|---|---|
| 30 | | 2/1/22 | January 15, 2021 Declaration of Richard Turasky |
| 31 | | | Text Messages between Alan Baskin and Carol Hill |
| 32 | | | Phone log of calls between Alan Baskin and Philip Hantel |
| 33 | | | October 19, 2021 Email from Alan Baskin to Philip Hantel |
| 34 | | | October 28, 2021 Email from Mladen Milovic to Philip Hantel Baskin and attachment |
| 35 | | | November 30, 2021 Weiss Brown Invoice – time related to Carol Hill |
| 36 | | | November 10, 2021 Email from Philip Hantel to Alan Baskin |
| 37 | | | November 8, 2021 Settlement and Release Agreement between David Allen Harbour and Dan Willson |
| 38 | | | November 8, 2021 Declaration of Dan Willson |
| 39 | | | November 16, 2021 Settlement and Release Agreement between David Allen Harbour and Alison Willson |
| 40 | | | November 16, 2021 Declaration of Alison Willson |
| 41 | | Withdrawn and returned to DF counsel 1-18-22 | November 11, 2021 AB Text messages |
| 42 | | Withdrawn and returned to DF counsel 1-18-22 | November 10, 2021 AB Text messages |

| | | | |
|---|---|---|---|
| 43 | | Withdrawn and returned to DF counsel 1-18-22 | October 28-29, 2021 AB Text messages |
| 44 | | Withdrawn and returned to DF counsel 1-18-22 | October 28 - November 01, 2021 AB Text messages |
| 45 | | | Bobrow 12 15 21 302 |
| 46 | | | Bobrow 12 19 21 Free Talk Letter |
| 47 | | | Bobrow 12 20 21 MOI |
| 48 | | | Bobrow Gift Letter |
| 49 | | | ClosingStatementCombined_8-25-2021_11-50 |
| 50 | | | Cofer Declaration |
| 51 | | | Shea Bobrow Promissory Note 08 24 21 |
| 52 | | 12-29-21 | 2021-12-27 Declaration C McDonald |
| 53 | | 1-18-22 | Bart Shea Declaration |
| 54 | | 1-18-22 | Gottschalk Promissory Note |
| 55 | | 2/1/22 | Harbour letter to Gretchen White |
| 56 | | | 12 03 21 photo California |
| 57 | | | Mortgage Company E mail re Gift Letter |
| 58 | | 2/1/22 | Declaration of Ashley D. Adams 01 14 22 |
| 59 | | 1-18-22 | 024149489065  Kenny Boborow Claim in Santa Clarita BK |
| 60 | | | Pratt Kieffer & Co. Letter to Bobrow |
| 61 | | | Finders' Fees Agreements signed by Bobrow |
| 62 | | | Disney Trip 2021_Redacted |
| 63 | | | Melvin Dunsworth 01-17-22 Declaration |

Defendant's Exhibit List                5
01-31-2022

| # | | | Description |
|---|---|---|---|
| 64 | | | Bobrow Promissory Note to Volente 10 06 17 |
| 65 | | 1-18-22 | August 13, 2021 Shea Deal Loan Agreement |
| 66 | | 1-18-22 | 08-13-2021 Shea Deel Promissory Note |
| 67 | | 1-18-22 | 10-05-2021 Draw Request Deel Investments |
| 68 | | 1-18-22 | 10-20-2021 Draw Request |
| 69 | | 1-18-22 | Series of E Mails between Dichter Baskin and Deel |
| 70 | | 1-18-22 | Bobrow 07-29-21 check $100k |
| 71 | | | Summary of Discrepancies of K. Bobrow Statements |
| 72 | | | Summary of Discrepancies of V. Bobrow Statements |
| 73 | | | 10-02-20 Piano Picture |
| 74 | | | 12-28-21 MOI Victoria Bobrow |
| 75 | | 1/18/22 | 01 17 22 Declaration of Jill Sheridan Leatherbury |
| 76 | | 2/1/22 | 10-20-2020 Secured Multiple Advance Promissory Note between Bart Shea, Shea Connelly Development, LLC, SN Development LLC and Deel Investments LP |
| 77 | | | Advances and Lines of Credit between Deel Investments LP and Shea Connelly Development |
| 78 | | | Security Agreement between Bart Shea and Deel Investments LP dated 8-13-21 |
| 79 | | | Security Agreement between Shea Connelly Development, LLC and Deel Investments LP |
| 80 | | | Email from Weiss Brown sending Finder's Fees Agreements |
| 81 | | | |
| 82 | | | |
| 83 | | | |
| 84 | | | |

Defendant's Exhibit List  
01-31-2022

6

| 85 | | | |
|----|--|--|--|