# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-00898-001-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| David Allen Harbour, | |
| Defendant. | |

The Court has reviewed Defendant's Motion for Extension of Page Limits on Objection to Detention Order (Doc. 353). Good cause appearing,

**IT IS ORDERED** granting Defendant's Motion for Extension of Page Limits on Objection to Detention Order (Doc. 353).

**IT IS FURTHER ORDERED** Defendant may file a 17-page Objection to Detention Order and Government may file a 17-page Response.

**IT IS FURTHER ORDERED** Defendant may file a Reply to the Government's Response, no more than 11 pages in length.

DATED this 9th day of March, 2022.

Douglas L. Rayes
United States District Judge