Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
Jill Ann Herman, 020180
jherman@cdslawfirm.com
Iulia A. Taranu, 034458
itaranu@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Attorneys for Defendant David Harbour

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of American,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>David Allen Harbour,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00898-DLR (DMF)<br><br>**MOTION TO WAIVE DEFENDANT'S PRESENCE AT THE APRIL 8, 2022 TELEPHONIC STATUS CONFERENCE** |

　　　Defendant David A. Harbour, by and through undersigned counsel, hereby waives his appearance at the telephonic status conference set for April 8, 2022 at 2:30 p.m. and request that the Court excuse him from appearing. Defendant remains in pretrial custody in Florence. The Court indicated that the status conference would be short.

　　　RESPECTFULLY SUBMITTED this 29th day of March 2022.

　　　　　　　　　　　　　　CHRISTIAN DICHTER & SLUGA, P.C.

　　　　　　　　　　　　　　By: /s/ Stephen M. Dichter
　　　　　　　　　　　　　　　　Stephen M. Dichter
　　　　　　　　　　　　　　　　Jill Ann Herman
　　　　　　　　　　　　　　　　Iulia A. Taranu

2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Attorneys for Defendant David A. Harbour

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Kevin M. Rapp
Kevin.rapp@usdoj.gov
Coleen Schoch
Coleen.schoch@usdoj.gov
U.S. Attorney's Office
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004
Attorney for Plaintiff

Alan Baskin
alan@baskin.law
Mladen Milovic
mmilovic@baskin.law
Baskin, PLC
636 N. Scottsdale Road, Suite 340
Scottsdale, Arizona 85250
Attorneys for Defendant

Ashley D. Adams
aadams@azwhitecollarcrime.com
Adams & Associates, PLC
7502 E. Monterey Way
Scottsdale, Arizona 85251
Attorney for Defendant


/s/ Yvonne Canez

2