# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of American, | Case No. 2:19-cr-00898-DLR (DMF) |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| David Allen Harbour, | |
| Defendant. | |

Having considered Defendant's Motion to Waive his Presence at the April 8, 2022 Telephonic Status Conference, and good cause appearing,

**IT IS HEREBY ORDERED** that Defendant David Allen Harbour is excused from personally appearing at the April 8, 2022 telephonic status conference at 2:30 pm.

DONE IN OPEN COURT this _____ day of March, 2022.

_____
The Honorable Douglas L. Rayes