GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP
Arizona State Bar No. 014249
COLEEN SOCHOCH
Georgia State Bar No. 366545
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Kevin.Rapp@usdoj.gov
Email: Coleen.Schoch@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

v.

David Allen Harbour,

Defendant.

No. CR-19-00898-PHX-DLR

**UNITED STATES MOTION TO CONTINUE EVIDENTIARY HEARING**

**(First Request)**

The United States moves this Court for an Order continuing the Evidentiary Hearing currently scheduled for April 22, 2022 to the week of April 25, 2022 or to a date convenient to the court and counsel. Both assigned AUSAs will be out of state, and one will be out of the country. Defense counsel has confirmed that they will be available April 26, 2022 through April 28, 2022 and will not be available the week of May 2nd due to a trial. Lastly, the parties agree that the Court should permit Harbour to appear *via* videoconference for the evidentiary hearing.

///

///

///

///

Respectfully submitted this 14th day of April, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Kevin Rapp*
KEVIN M. RAPP
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

*s/Daniel Parke*
U.S. Attorney's Office