IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>David Allen Harbour,<br>Defendant. | No. CR-19-00898-001-PHX-DLR<br><br>**ORDER** |

In his "Objections to Ruling in Doc. 346 (March 1, 2022) and Motion to Revoke the Order of Detention" (Doc. 358), Defendant seeks *de novo* review of Magistrate Judge Fine's detention order, but only as to the findings adverse to him.  The Court finds unpersuasive Defendant's argument that review should be limited only to the issues he wants reviewed, *i.e.,* those the Government "won" before Magistrate Judge Fine.  In reviewing a magistrate judge's detention order, the Court "should make its own independent determination whether the magistrate's findings are correct, with no deference."  *United States v. Koenig*, 912 F.2d 1190, 1192-93 (9th Cir. 1990).  The Court has broad discretion on review of a magistrate judge's detention determination and may even *sua sponte* review a detention or release order.  *United States v. Gebro*, 948 F.2d 118

(9th Cir. 1991). If the Court has authority to *sua sponte* consider the totality of a magistrate judge's detention order, then it surely has authority to consider the totality of that order when a party seeks review. The Court will not limit the issues to be litigated at the upcoming April 29, 2022, review hearing as requested by Defendant.

**IT IS ORDERED** that Defendant's request that the Court limit it's review of Magistrate Judge Fine's detention order to only those issues the Government "won" is **DENIED**.

Dated this 21st day of April, 2022.

Douglas L. Rayes
United States District Judge