# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-00898-001-PHX-DLR |
| Plaintiff, | |
| vs. | **ORDER** |
| David Allen Harbour, | |
| Defendant. | |

Pursuant to Defendant David A. Harbour's Motion for Order to Show Cause (Doc. 357) and following a status conference after the government's filing of its Position of Order to Show Cause (Doc. 378) and Defendant's Reply (Doc. 379) and for good cause shown:

**IT IS HEREBY ORDERED** that within Ten (10) Calendar Days of the receipt of this Order by counsel for the witnesses the witnesses shall produce, without any further delay or excuse:

1. Green Circle/Cash Source daily A/R Aging Reports from June 1, 2015 through August 31, 2015 including the daily LMS printouts that listed all the Green Circle borrowers by name with balances,

2. Green Circle's June, July, and August 2015 balance sheet, and cash flow statements,

3. The Emails originally requested for June through August plus September 2015,

4. Microbilt Scoring that supported the August 11, 2015 disbursement, including the loan portfolio of the borrowers whose accounts were scored.

All of the above documents have previously ordered produced by the Court. The Court has received evidence in the form of a cashed check for $5,000 from Defendant's counsel, Baskin PLC to counsel for the witnesses, as agreed to pay for the copies of documents.

A failure to produce these documents shall be considered a contempt of court.

Dated this 17th day of May, 2022.

_____
Douglas L. Rayes
United States District Judge