GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP (Arizona Bar No. 014249)
Email: Kevin.Rapp@usdoj.gov
COLEEN P. SCHOCH (Georgia Bar No. 366545)
Email: Coleen.Schoch@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>  vs.<br><br>David Allen Harbour,<br><br>  Defendant. | CR-19-00898-PHX-DLR (DMF)<br><br>**NOTICE OF FILING OF THE PARTIES' AMENDED SCHEDULING ORDER** |

Pursuant to the Order continuing trial to August 15, 2022, the Parties propose the following amended scheduling order,

**IT IS ORDERED** that the following schedule shall govern all remaining proceedings in this case:

**Trial Date: August 15, 2022, at 9:00 a.m.**

  **Final Pretrial Conference: August 2, 2022, at 9:30 a.m.**

  **Motions Deadlines:**

  1.  Motions in Limine: **July 15, 2022**

  2.  Responses to Motions in Limine: **July 29, 2022**

    **No replies are to be filed.**

  **Other Court Deadlines:**

  1.  Jury Questionnaire and Screening for Length of Trial:

1. **July 13, 2022**
2. The Parties' Disclosure of Final Exhibit and Witness List: **August 8, 2022**
3. The Parties' Expert Witness Reports, if any: **July 18, 2022**
4. Any remaining Jencks Act or Rule 26.2 statements: **August 12, 2022**
5. Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instructions, Joint Proposed Verdict Form: **July 25, 2022**
6. Motions Hearing to be set, if needed.

Respectfully submitted this 9th day of June, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Kevin Rapp*
KEVIN M. RAPP
COLEEN P. SCHOCH
Assistant U.S. Attorneys

### CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of June, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a copy transmitted to the following CM/ECF registrant:

Stephen M. Dichter, Esq.
*Attorney for Defendant*

*s/ Daniel Parke*
U.S. Attorney's Office

- 2 -