**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**JUDGE RAYES'**
**CONFIDENTIAL JUROR QUESTIONNAIRE**

**STATEMENT OF THE CASE:**

This is a criminal case being prosecuted by the United States. The defendant is charged with thirty-four (34) counts involving a fraudulent scheme that are alleged to have occurred between about January 2007 through July 2019:

Counts 1-10, 29-30: Wire Fraud

Counts 11-12: Mail Fraud

Counts 13-23, 31-32: Transactional Money Laundering

Count 24: Tax Evasion

Count 25: False Statement

Count 26: Obstruction

Count 27: Conspiracy

Count 28: Bank Fraud

Counts 33-34: Aggravated Identity Theft

The defendant has entered pleas of not guilty to all charges.

\*\*Please do not write on the back of this questionnaire.

1. Have you read or heard anything about the facts of this case?

2. Have you or member of your family or close friend ever been involved in a case like this case? \_\_\_\_ If yes, please explain.

3. Given this brief recitation of facts, is there anything about these circumstances that would cause you to believe you could not consider the evidence fairly, impartially, and according to the law? _____   If yes, please explain in detail.

4. It is expected that trial will last ten (10) trial days, Monday, August 15, 2022 through Friday, August 19, 2022, and Monday, August 22, 2022 through Friday, August 26, 2022.  Jury deliberations could go beyond those dates. Would this schedule and/or length of trial create any undue hardship for you? _____ If yes, please explain in detail.

5. Age:
6. City/State where you currently reside:

7. Where do you work? (If retired, where did you work just before you retired?)

8. What kind of work do you do? (If retired, what was the nature of your last job?)

9. What is or was your most recent job title?

10. Please state any other jobs you have had in the last five years:

11. What level of school did you reach? \_\_\_\_ Describe any degrees you have received.

12. Are you married? _____ (If yes, what type of work does your spouse do? If he/she is retired, what was the nature of the work he/she did prior to retirement?)

13. If you have children, please state their ages and, if they work, what is the occupation of each?

14. Have you ever served in the military? _____ If yes, which branch and for how long, and when were you discharged?

15. Have you ever served on a jury? _____ If yes, please state the type of case, whether it was in state or federal court, whether a verdict was reached and, without stating what your verdict was, what was the verdict of the jury?

16. If applicable, is there anything in your previous jury service that would influence you in deciding the issues in this case?

17. Have you ever served on a Grand Jury? _____ If yes, when and where?

18. What print or digital publications and websites do you read or follow regularly?

19. If you watch television, what shows do you watch regularly?

20. If you have bumper stickers on your vehicle, state the content of them.

21. If you belong to civic, social, fraternal, union, or professional organizations, please state which ones.

22. Have you or any immediate family members ever been a victim of a crime, regardless of whether charges were ever brought? _____ If so,
    a. what was that person's relationship to you
    b. nature of the crime,
    c. were charges ever brought,
    d. what was the outcome of the case, and
    e. was there anything about that experience that might make it difficult for you to sit as a fair and impartial juror in this case?

23. Have you or any immediate family members ever been charged with a crime? _____ If so,
    a. what was that person's relationship to you
    b. nature of the crime,
    c. what was the outcome of the case, and
    d. was there anything about that experience that might make it difficult for you to sit as a fair and impartial juror in this case?

24. The jury, in most cases, after hearing from and observing witnesses, is asked to determine the facts based on witness credibility. Some witnesses in this case may be law enforcement officers. The Court will instruct you that the testimony of a law enforcement officer should be judged like the testimony of any other witnesses. A witness is not afforded any more or any less weight than the testimony of other witnesses simply because he or she is a law enforcement officer. Will you have difficulty following that instruction? _____ If so, please explain.

25. Is there anything that has not been asked in these questions that you feel the judge and attorneys should know about you before they decide who will be on this jury?

**QUESTIONS RE: COVID-19 PANDEMIC:**

1. Have you developed flu-like symptoms (cough, fever or shortness of breath) within the last 14 days? ____Yes ____No

2. Have you been in contact with anyone who has been diagnosed with a COVD-19 infection or who has exhibited symptoms of a COVID–19 infection within the last 14 days? ____Yes ____No

3. Are you or is anyone in your household a healthcare worker directly involved in the treatment of COVID-19 patients? ____Yes ____No

   If you answered "yes" to any of the above questions, do you believe it may affect your duty as a juror such that it would make it difficult for you to be a fair, impartial and attentive juror?  ____Yes ____No

   If yes, explain:

4.  Are you or is anyone in your household at high risk for complications from contracting COVID–19 due to a pre-existing condition, age, or other characteristics? (See https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/ for more detail.) ____Yes ____No

    If yes, do you believe it may affect your ability to be a fair, impartial and attentive juror? ____Yes ____No

    If yes, explain:

5.  Have you been fully vaccinated against the COVID-19 virus? ____Yes ____No

    If you answered no to the above questions relating to COVID-19, do you have concerns about COVID-19 such that you believe it might affect your duties as a juror or that it would make it difficult to be a fair, impartial, and attentive juror? Please explain:

I declare, under penalty of perjury, that all answers are true and correct to the best of my knowledge.

_____
Signature

_____
Date

**Notice**

For your safety and the safety of all others, if you develop COVID-19 flu-like symptoms such as fever or chills, cough, sore throat, nasal congestion or runny nose (unless attributable to allergies), unusual muscle aches, shortness of breath or difficulty breathing, nausea or vomiting, or diarrhea or if you have had contact in the 5 days prior to your scheduled report date with anyone who has been diagnosed with a COVID-19 infection or who has exhibited symptoms of a COVID-19 infection, do not report for jury service. Contact the jury administrator at: 602-322-7278.