# UNITED STATE DISTRICT COURT
## DISTRICT OF ARIZONA

## CRIMINAL WITNESS LIST

☒ Evidentiary Hearing          ☐ Non-Jury Trial

```
┌─────────────────────────────┐
│ ✓  FILED        ___ LODGED   │
│ ___ RECEIVED    ___ COPY     │
│                              │
│      JUN 23 2022             │
│                              │
│ CLERK U S DISTRICT COURT     │
│ DISTRICT OF ARIZONA          │
│ BY ____      ☐ Jury Trial  DEPUTY │
└─────────────────────────────┘
```

USA vs.  David Allen Harbour                    CR-19-00898-001-PHX-DLR

☒ GOVERNMENT                    ☐ DEFENDANT

|   | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|-----------|---------------|
| 1. | Troy Cofer, Special Agent – Federal Bureau of Investigation | | 6/16/22 | 6/16/22 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |