# UNITED STATE DISTRICT COURT
# DISTRICT OF ARIZONA

## CRIMINAL WITNESS LIST

☒ Evidentiary Hearing     ☐ Non-Jury Trial     ☐ Jury Trial

FILED ✓  LODGED ___
RECEIVED ___  COPY ___
JUN 23 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

USA vs. David Allen Harbour     CR-19-00898-001-PHX-DLR

☐ GOVERNMENT     ☒ DEFENDANT

| # | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|------|-----|------------|---------------|
| 1. | Kathleen Nicolaides | | 6/23/22 | 6/23/22 |
| 2. | Ashley Adams | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |