UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

EXHIBIT LIST --- CRIMINAL

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

JUN 23 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

☒ Appeal Pretrial Release Evidentiary Hearing      ☒ Non-Jury Trial      ☐ Jury Trial

USA vs. Harbour, David A.                            CR-19-00898-PHX-DLR
Last, First, Middle Initial                          Year-Case No-Deft No-Judge

☒ GOVERNMENT      ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | | | Recorded call between Mark Burg and Kenneth Bobrow, December 3, 2021 |
| 2. | | | Voicemail from Kenneth Bobrow, dated December 7, 2021 |
| 3. | | | Records provided from Bobrow's attorney to include summary information regarding Bobrow's funding of $342,591.67 for David's House; a copy of a Secured Promissory Note in the amount of $141,591.67, dated August 24, 2021, between Borrowers Bart Shea and Shea Connelly Development LLC and Holder Kenny Bobrow; an account detail for Wells Fargo x8939, reflecting 2 wire transfers from Timothy Gottschalk on August 23, 2021 and August 24, 2021, a wire transfer in the amount of $242,591.67 to WFG National Title Insurance Co, and the payment of check #127 in the amount of $100,000, posted on July 29, 2021; copy of check #127 in the amount of $100,000, posted on July 29, 2021 from Bobrow to WFG National Title, Memo Line: Earnest Money.<br><br>(Bates: HARBOUR_053469 – HARBOUR_053474) |
| 4. | | | Declaration of FBI Special Agent Troy Cofer – Exhibit A to Supplemental Motion to Revoke |
| 5. | | | IRS Memorandum of Interview – Pam Case, dated February 21, 2020 – Exhibit 1 to Supplemental Motion to Revoke |
| 6. | | | IRS Memorandum of Interview – Laura Purifoy, dated August 26, 2019 – Exhibit 2 to Supplemental Motion to Revoke |
| 7. | | | FBI 302 Interview of Carol Hill, dated August 20, 2019 – Exhibit 3 to Supplemental Motion to Revoke |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 24. | | | WFG National Title Insurance Records (Bates: HARBOUR_052717 - HARBOUR_052718) |
| 25. | | | FBI 302 Interview – Richard Turasky dated June 5, 2019 (Bates: HARBOUR_042323 - HARBOUR_042326) |
| 26. | | | Pages-fr-Pacheco-KB-X8242-112021-122021 (Bates: HARBOUR_053486 – HARBOUR_053492) |
| 27. | | | KB-X8242-MB-DH-AB-112021-122021 (Bates: HARBOUR_053566 – HARBOUR_053567) |
| 28. | | | Ken Bobrow Turasky Emails (Bates: HARBOUR_053568 – HARBOUR_053595) |
| 29. | | | Victoria Bobrow Turasky Texts (Bates: HARBOUR_053596 – HARBOUR_053599) |
| 30. | | 6/16/22 | Memo-SE-CI-WA-PHX-04-VBobr-DHARB-Lopez-12282021 (Bates: HARBOUR_053480- HARBOUR_053484) |
| 31. | | | Email re: Grand Jury Subpoena to Equitable Home Mortgage, Inc. (Bates: HARBOUR_053600) |
| 32. | | | Gift Letter Kenneth Bobrow to Bart M. Shea for the purchase of 2123 E. Georgia Ave. in the amount of $242,591.67 (Bates: HARBOUR_053601) |
| 33. | | | Gift Letter Kenneth Bobrow to Bart M. Shea for the purchase of 2123 E. Georgia Ave. in the amount of $100,000 (Bates: HARBOUR_053602) |
| 34. | | | Memorandum of Interview – Michael Carmel, Esq. dated 1/28/2022 (Bates: HARBOUR_053603 – HARBOUR_053604) |
| 35. | | | Memorandum of Interview – Teresa Pilatowicz dated 1/25/2022 (Bates: HARBOUR_053660 – HARBOUR_053662) |
| 36. | | | Motion to Appoint Chapter 11 Trustee (Bates: HARBOUR_053608 – HARBOUR_053630) |
| 37. | | | Declaration of M. Stern in Support of Motion to Appoint Trustee (Bates: HARBOUR_053631 – HARBOUR_053635) |
| 38. | | | December Term Sheet (Exhibit 16 to Declaration of M. Stern in Support of Motion to Appoint Trustee) (Bates: HARBOUR_053636 – HARBOUR_053638) |
| 39. | | | Western Alliance Bank documents (Bates: HARBOUR_053639 – HARBOUR_053646) |
| 40. | | | MOI-SE-CI-WA-PHX-04-PHant-DHARB-Lopez-11152021 – Exhibit K to Petition to Revoke (Bates: HARBOUR_052466 – HARBOUR_052469) |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 59. | | | Carol Hill Emails<br>(Bates: HARBOUR_055323 - HARBOUR_055324) |
| 60. | | | Patrick Spaulding Obituary<br>(Bates: HARBOUR_055325 - HARBOUR_055331) |
| 61. | | | Promissory Note 1<br>(Bates: HARBOUR_055332- HARBOUR_055335) |
| 62. | | | Promissory Note 2<br>(Bates: HARBOUR_055336 - HARBOUR_055339) |
| 63. | | | State Court Record: Patrick Spaulding<br>(Bates: HARBOUR_055340 - HARBOUR_055342) |
| 64. | | | Memo-SE-CI-WA-PHX-04-Attys-BShea-DHARB-Lopez-04262022<br>(Bates: HARBOUR_055343 - HARBOUR_055344) |
| 65. | | 6/16/22 | Memo-SE-CI-WA-PHX-04-BShea-DHARB-Lopez-04252022<br>(Bates: HARBOUR_055345 - HARBOUR_055351) |
| 66. | | 6/16/22 | MOI-Lunn-04182022-Redacted<br>(Bates: HARBOUR_055352 - HARBOUR_055354) |
| 67. | | | Shea promissory notes<br>(Bates: HARBOUR_055355) |
| 68. | | | Shea promissory notes Exh51-Shea Bobrow Promissory Note08 24 21<br>(Bates: HARBOUR_055356 - HARBOUR_055357) |
| 69. | | | Shea promissory notes Exh 54 - Gottschalk Promissory Note<br>(Bates: HARBOUR_055358 - HARBOUR_055359) |
| 70. | | 6/23/22 | Shea promissory notes FW_ Bart Shea2<br>(Bates: HARBOUR_055360 - HARBOUR_055364) |
| 71. | | | Shea, EQ file bate 00534-00536<br>(Bates: HARBOUR_055365) |
| 72. | | | Shea, EQ file bate 00534-00536 534-536 from FW_ Bart Shea1<br>(Bates: HARBOUR_055366 - HARBOUR_055367) |
| 73. | | | Signed Shea_Proffer letter 4.27.22<br>(Bates: HARBOUR_055368 - HARBOUR_055370) |
| 74. | | | GK_DOCS-#8812877-v1-Blue Ox Productions Bates Nos_ KB0001-KB0117<br>(Bates: HARBOUR_055371 - HARBOUR_055487) |
| 75. | | | GK_DOCS-#8813105-v1-Response and Objection to Subpoena to Kenneth Bobrow (FINAL)<br>(Bates: HARBOUR_055488 - HARBOUR_055490) |
| 76. | | 6/16/22 | U_Interview_of_Steve_Baker(003)<br>(Bates: HARBOUR_055491 – HARBOUR_055492) |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 96. | | | SS-4: Application for EIN 2123 Georgia, LLC (Bates: HARBOUR_056029– HARBOUR_056031) |
| 97. | | | Account Servicing Agreement 2123 Georgia, LLC (Bates: HARBOUR_056032– HARBOUR_056039) |
| 98. | | | Bart Shea – 2123 Georgia LLC Emails (Bates: HARBOUR_056040– HARBOUR_056046) |
| 99. | | | Estimated ALTA Settlement Statement – 2123 Georgia LLC (Bates: HARBOUR_056047– HARBOUR_056095) |
| 100. | | | BS – 2123 Georgia LLC Emails (Bates: HARBOUR_056096– HARBOUR_056103) |
| 101. | 6/16/22 | | Abby Harbour – Check Deposit (Bates: HARBOUR_056112 – HARBOUR_056113) |
| 102. | 6/16/22 | | Shea-Connelly Development LLC (Bates: HARBOUR_056114 – HARBOUR_056124) |
| 103. | | | Payments for XXXX E. Georgia Ave Property (Bates: HARBOUR_056129) |
| 104. | | | Shea, Bart Adam's declaration (Bates: HARBOUR_056153 – HARBOUR_056155) |
| 105. | | | Shea No interview Response (Bates: HARBOUR_056156) |
| 106. | | | Shea, Bart Adam's Declaration (Bates: HARBOUR_056157 – HARBOUR_056158) |
| 107. | | | Email Re: Harbour adv United States Thursday Hearing (Email From Defense Counsel) |
| 108. | | | Transcript of Proceedings: Harbour - Pretrial Release Revocation Hearing and Detention Hearing 01/18/2022 & 2/01/2022. |
| 109. | | | 2.14.2022 Jail Calls Summary (Bates: HARBOUR_055605) |
| 110. | | | Interview of Timothy Gottschalk (Bates: HARBOUR_055609 – HARBOUR_055610) |
| 111. | | | |
| 112. | | | |