# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CRIMINAL EXHIBIT LIST

☒ FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 23 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

☒ Appeal Pretrial Release Evidentiary Hearing    ☒ Non-Jury Trial    ☐ Jury Trial

USA vs. David Allen Harbour                              CR-19-00898-PHX-DLR

☐ GOVERNMENT                    ☒ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 69 | | | 01 FINAL_SETTLEMENT_STMT___CD-Bates |
| 70 | | | Investor Package from Equitable |
| 71 | | | 2021-08-18 Shea indicates relationship with Bobrow |
| 72 | | | 2021-12-06 Docket #267 Petition to Revoke Harbour Release w Exhs |
| 73 | | | 2021-05-19 Santa Clarita 975 acre purchase agreement |
| 74 | | | Prologis $14 million Earnest Money Deposit |
| 75 | | | Prologis Termination |
| 76 | | | Prologis Termination |
| 77 | | | Prologis Termination |
| 78 | | | 2022-04-05 Doc 365-1 Exh 7 ONLY |
| 79 | | | 2-1-22 Agent Coffer Cross Gift Letter |
| 80 | | | Harbour Equitable Emails |
| 81 | | | Equitable Emails to Shea |
| 82 | 6/23/22 | | 2021-11-02 Marc Burg Declaration - Clean - Draft DAH_0000012-16 |

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 83 | | 6/23/22 | 2021-12-07 Mark Burg Declaration for KD call DAH_0000007-11 |
| 84 | | 6/23/22 | 2022-05-18 Kathleen Nicolaides Expert Report |
| 85 | | | Ashley Adams Declaration for Records |
| 86 | | | Stephen Dichter Declaration for Records |
| 87 | | | Pretrial Release Revocation and Detention Hearing Day 3, pg 305 |
| 88 | | 6/16/22 | 1. Call #239560820 on January 15, 2022. Time stamp 3.52 – 4.14 |
| 89 | | | 2. Call #238667006 on December 30, 2021. Time stamp 2.48-3.16 |
| 90 | | | 3. Call #238391956 on December 25, 2021. Time stamp 3.05-3.40 |
| 91 | | | 4. Call #239864826 on January 20, 2022. Time stamp 11.45-12.16 |
| 92 | | | 5. Call #238164688 on December 21, 2021. Time stamp 6.18-7.30 |
| 93 | | | 6. Call #238149018 on December 21, 2021. Time stamp 2.04-4.26 |
| 94 | | | 7. Call #239130952 on January 7, 2022. Time stamp 7.00-7.49 |
| 95 | | | 8. Call #238164688 on December 21, 2021. Time stamp 3.15-4.05. |
| 96 | | 6/23/22 | Documents for Review |
| 97 | | 6/23/22 | U Second Interview Document_Review_of_Bart_Shea |