Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
Justin R. Vanderveer, 037657
jvanderveer@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710
Attorneys for Defendant David Harbour

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-00898-DLR (DMF) |
| Plaintiff, | |
| vs. | **NOTICE OF SUBSTITUTION OF COUNSEL WITHIN FIRM** |
| David Allen Harbour, | |
| Defendant. | |

Defendant, by and through undersigned counsel, hereby gives notice of a change in one of the attorneys handling this matter. Justin R. Vanderveer of Christian Dichter & Sluga, P.C., is substituting in place of Jill Ann Herman and Iulia A. Taranu, who withdraws from the above-captioned matter. Stephen M. Dichter remains the attorney of record for Defendant. All parties and the Court are requested to note this change on their respective mailing lists and mailing certificates.

RESPECTFULLY SUBMITTED this 12th day of August 2022.

CHRISTIAN DICHTER & SLUGA, P.C.

By: /s/ Justin R. Vanderveer
Stephen M. Dichter
Justin R. Vanderveer
2800 North Central Avenue, Suite 860

Phoenix, Arizona 85004
Attorneys for Defendant David A. Harbour

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2022 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Kevin M. Rapp
Kevin.rapp@usdoj.gov
Coleen Schoch
Coleen.schoch@usdoj.gov
U.S. Attorney's Office
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004
Attorney for Plaintiff


/s/ Yvonne Canez