## HARBOUR REPLY EXHIBITS

1. Dunsworth Declaration

2. Harbour Johnson County Answer

3. Tucker Second Superseding Indictment, p. 5.

4. Daniel Wilson Declaration

5. Alison Wilson Declaration

6. Rich Turasky Declaration

7. Abby IRA Withdrawal

8. Baskin recording of fees received

9. Tax Return Showing 10% Excise Tax Paid

10. December 2018 SLAT Chase Bank statement

11. September 2019 SLAT Chase Bank statement

12. Joint Motion in FTC Case

13. Payment from Abby's parents

14. Payment from David's Mother

15. Other Litigation