GARY M. RESTAINO
United States Attorney
District of Arizona
KEVIN M. RAPP
Arizona State Bar No. 014249
Email: kevin.rapp@usdoj.gov
COLEEN SCHOCH
Georgia State Bar No. 366545
Email: Coleen.Schoch@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-19-00898-PHX-DLR (DMF) |
| Plaintiffs, | |
| vs. | **MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S THREE MOTIONS TO DISMISS IN FULL, IN PART, AND TO SEVER** |
| David Allen Harbour, | |
| Defendants. | |

The United States respectfully requests an extension of time to respond to Defendant's three motions filed on September 9, 2022: Motion #1 to Dismiss or Alternatively to Strike Surplusage from the Indictment (Document 444), Motion #2 to Dismiss Counts 11-12 and Allegations in the Indictment Not Amounting to the Charges Pursuant to 18 U.S.C. § 3282 (Document 445), and Motion #3 to Sever and for Relief from Prejudicial Joinder (Document 446).

The United States' response to each of these three motions is due on September 23, 2022. Counsel for the United States are in separate trials over the next four weeks. For this reason, in addition to the need to respond to three separate motions, the United States respectfully requests that the Court extend the time to respond to all three motions by two weeks, to October 7, 2022. Defendant does not object.

Respectfully submitted this 9th day of September, 2022.

>GARY M. RESTAINO
>United States Attorney
>District of Arizona
>
>*s/Kevin M. Rapp*
>KEVIN M. RAPP
>COLEEN SCHOCH
>Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Stephen M Dichter, *Attorney for Defendant*

_s/Daniel Parke_
U.S. Attorney's Office