# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>David Allen Harbour,<br><br>　　　　　　Defendant. | No. CR-22-01147-001-PHX-DLR<br><br>**ORDER** |

　　　Pursuant to the motion by Defendant David Allen Harbour for an order facilitating his inspection of the discovery in his case, and with the Government taking no position of the motion, with the supervisory personnel at CoreCivic, Florence, Arizona having approved the form of the Order, and for good cause appearing,

　　　**IT IS ORDERED** that the Motion for Facilitation of Discovery (Doc. 449) is GRANTED.

　　　**IT IS FURTHER ORDERED** that:

　　　Mr. Harbour shall be allowed access to a laptop computer (and associated power cord), one or more external hard drives (and associated USB cord) all for the sole purpose of reviewing the discovery in his case, in order to assist in his defense. Said external hard drive(s) shall be provided by defense counsel.

　　　The discovery files shall not be stored on the laptop itself, but shall instead be stored on the aforementioned external drive(s). No additional data files shall be on said external drive(s). Defense counsel shall also provide CAFCC with a list of the discovery files which are on the external hard drives.

Appropriate CAFCC personnel are authorized to review the contents of the laptop and drives to ensure compliance. CAFCC shall maintain custody of the laptop, cords, and external drives.

CAFCC shall allow Mr. Harbour to access them in a suitable location, which shall allow Mr. Harbour to plug in the laptop and external drive(s) during use.

Mr. Harbour shall have access to the laptop and external drive(s) for 6 hours daily, upon his request and at his option for reduced access. CAFCC may subject Mr. Harbour to its customary level of observation during his use of the laptop, except that nothing herein shall be construed to allow review of attorney-client communication by CAFCC personnel.

Nothing herein shall be construed to require overtime by CAFCC personnel or interference with normal facility operations.

Dated this 6th day of October, 2022.

_____
Douglas L. Rayes
United States District Judge