GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP
Arizona State Bar No. 014249
Email: Kevin.Rapp@usdoj.gov
COLEEN SCHOCH
Georgia State Bar No. 366545
Email: Coleen.Schoch@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-00898-PHX-DLR (DMF) |
| Plaintiff, | **INDEX** |
| v. | |
| David Allen Harbour, | |
| Defendant. | |

RELEVANT FACTS ................................................................. 02

   A. Defendant's Misrepresentations to Investors ......................... 02

   B. Defendant's Omissions of Material Facts from Investors ........... 04

   C. The Pat Spaulding Fraud: Victims Kenneth Bobrow and Pam Case ... 05

   D. Rhonda Gray Life Insurance Fraud ................................... 06

   E. Carol and Pat Hill, Allison and Dan Wilson, Joe Cathay: KSQ Fraud ... 09

   F. Defendant's Tax Evasion, False Statements and Obstruction ......... 12

   G. Green Circle Fraud: Richard Tuasky and Mark Burg .................. 15

   H. The Georgia Fraud: Kenneth and Victoria Bobrow .................... 17

| | | |
|---|---|---|
| LAW AND ARGUMENT | | 18 |
| A. Harbour's Motion to dismiss or alternatively strike surplusage from Indictment and Motion should be denied (Doc. 444 and 445) | | 19 |
| B. Harbour's Motion for Severance Payday lending scheme, tax charges And mortgage fraud (Doc. 446) should also be denied. | | 24 |
| a. The Legal Standard for Severance | | 24 |

Respectfully submitted this 7th day of October, 2022.

                        GARY M. RESTAINO
                        United States Attorney
                        District of Arizona

                        *s/ Kevin M. Rapp*
                        KEVIN M. RAPP
                        COLEEN SCHOCH
                        Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

*Attorneys for defendant David Allen Harbour*

*s/ Daniel Parke*
US Attorney's Office