# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>David Allen Harbour,<br><br>　　　　　Defendant. | No. CR-19-00898-001-PHX-DLR<br><br><br>**ORDER** |

Upon motion of the United States, motion of the Defendant, and good cause appearing therefore,

**IT IS ORDERED** that the Government's Motion for Leave to File Excess Pages (Doc. 452) is **GRANTED**.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file the Government's Consolidated Response (lodged at Doc. 455).

**IT IS ORDERED** that the Defendant's Motion for Leave to File Excess Pages (Doc. 456) is **GRANTED**.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to file the Defendant's Consolidated Reply (lodged at Doc. 457) and corresponding exhibits (lodged at Doc. 458).

Dated this 21st day of October, 2022.

Douglas L. Rayes
United States District Judge