1    GARY M. RESTAINO
    United States Attorney
2    District of Arizona
    KEVIN M. RAPP
3    Arizona State Bar No. 014249
    Email: Kevin.Rapp@usdoj.gov
4    COLEEN SCHOCH
    Georgia State Bar No. 366545
5    Email: Collen.Schoch@usdoj.gov
    Assistant United States Attorneys
6    Two Renaissance Square
    40 N. Central Ave., Ste. 1800
7    Phoenix, AZ 84004
    Telephone: 602 514-7500
8    Attorneys for Plaintiff

9             IN THE UNITED STATES DISTRICT COURT

10             FOR THE DISTRICT OF ARIZONA

11

12   United States of America,

13                   Plaintiffs,

14       vs.

15   David Allen Harbour,

16

17                   Defendants.

CR 19-00898-PHX-DLR

**Government's First Bill of Particulars Regarding Forfeiture in the Indictment**

18         Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of

19 America particularly alleges that the following property is subject to forfeiture on the basis

20 of the forfeiture allegation set forth in the Second Superseding Indictment (doc. 387).

21         More specifically, the description of the asset listed as Item 9 in the forfeiture

22 allegation, "Cartier Pasha Seatimer Chronograph Watch with a Serial Number 604011MX

23 and Black Rubber Bracelet," should be corrected to the following:

24         9.    Cartier Pasha Seatimer Chronograph Watch with a Serial Number

25              2995604011MX and Black Rubber Bracelet.

26         The United States continues to allege that all other property listed in the forfeiture

27 allegation of the Second Superseding Indictment is subject to forfeiture as well.

28

1

Respectfully submitted this 8th day of December, 2022

2

GARY M. RESTAINO
United States Attorney
District of Arizona

3

4

*s/Kevin M. Rapp*
KEVIN M. RAPP
COLEEN SCHOCHS
Assistant U.S. Attorneys

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on 8th day of December 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrants who have entered their appearance as counsel of record.

 *s/Daniel Parke*
U.S. Attorney's Office

- 3 -