# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>vs.<br><br>David Allen Harbour,<br><br>               Defendant. | No. CR-19-00898-001-PHX-DLR<br><br>**ORDER** |

Pursuant to the Parties' Notice and Proposed Amended Schedule (Doc. 474),

**IT IS ORDERED** that the following schedule shall govern all remaining proceedings in this case:

**Trial Date: February 1st, 2023, at 9:00 a.m.**

**Motions Deadlines:**

1. Motions in Limine: December 20, 2022
2. Responses to Motions in Limine: January 3, 2023
   No replies are to be filed.

**Other Court Deadlines:**

1. The Parties' Disclosure of Final Exhibit and Witness List: January 23, 2023
2. Any remaining Jencks Act or Rule 26.2 statements: January 30, 2023
3. Joint Voir Dire, Joint Statement of the Case, Joint Proposed Jury Instruction, Joint Proposed Verdict Form: January 9, 2023
4. Motions Hearing to be set, if needed.

//

**IT IS FURTHER ORDERED** that the Final Pretrial Conference set for December 20, 2022, is VACATED AND RESET to **January 6, 2023 at 1:00 p.m.**

Dated this 12th day of December, 2022.

Douglas L. Rayes
United States District Judge