GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP
Arizona State Bar No. 014249
Email: kevin.rapp@usdoj.gov
COLEEN SCHOCH
Georgia State Bar No. 366545
Email: Coleen.Schoch@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone:  602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiffs,<br><br>        vs.<br><br>David Allen Harbour,<br><br>                Defendant. | CR-19-00898-PHX-DLR (DMF)<br><br>**MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR RECONSIDERATION** |

The United States respectfully requests a one-day extension of time to respond to Defendant's Motion for Reconsideration (Doc. 480). On December 23, 2022, the Court ordered the United States to respond to this motion by December 29, 2022. (Doc. 497) Undersigned counsel for the United States will be attending a funeral out-of-state on December 29, 2022, and will return to Phoenix on December 30, 2022. The United States respectfully requests that the Court extend the time to respond to December 30, 2022, to allow this motion to be completed and filed after the funeral services.

Undersigned counsel contacted counsel for Defendant on December 27, 2022; counsel does not object to the request.

\\\

Respectfully submitted this 27th day of December, 2022.

> GARY M. RESTAINO
> United States Attorney
> District of Arizona
>
> *s/ Coleen Schoch*
> KEVIN M. RAPP
> COLEEN SCHOCH
> Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

Stephen M Dichter
Justin R Vanderveer
*Attorneys for Defendant*

*s/Daniel Parke*
U.S. Attorney's Office