GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP
Arizona Bar No. 014249
Kevin.Rapp@usdoj.gov
COLEEN P. SCHOCH
Georgia State Bar No. 366545
Coleen.Schoch@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br>　vs.<br><br>David Allen Harbour,<br><br>　　　　　　Defendant. | No. CR-19-00898-PHX-DLR<br><br>**SUPPLMENTAL PROPOSED MODIFIED JURY INSTRUCTION 1.2** |

Pursuant to the Court's Order the United States is submitting modified Jury Instruction 1.2.

**1.2 The Charge—Presumption of Innocence**

This is a criminal case brought by the United States government. The government charges the defendant with Counts 1-10, Wire Fraud; Counts 11-12, Mail Fraud; and Counts 13-23, Transactional Money Laundering;. The second superseding indictment simply describes the charges the government brings against the defendant. The second superseding indictment is not evidence and does not prove anything.

The defendant has pleaded not guilty to the charges and is presumed innocent unless and until the government proves the defendant guilty beyond a reasonable doubt. In

addition, the defendant has the right to remain silent and never has to prove innocence or present any evidence.

To help you follow the evidence, I will now give you a brief summary of the elements of the crimes that the government must prove to make its case:

### I. Wire Fraud

First, the defendant, David Allen Harbour knowingly devised or intended to devise a scheme or plan to defraud investors, or a scheme or plan for obtaining money or property from investors by means of false or fraudulent pretenses, representations, or promises to investors, or omitted facts. Deceitful statements of half-truths may constitute false or fraudulent representations;

Second, the defendant acted with the intent to defraud, that is, the intent to deceive and cheat;

Third, the statements made or facts omitted as part of the scheme were material; that is, they had a natural tendency to influence, or were capable of influencing, a person to part with money or property; and

Fourth, the defendant used, or caused to be used, an interstate or foreign wire communication to carry out or attempt to carry out an essential part of the scheme.

### II. Mail Fraud

First, the defendant, David Allen Harbour knowingly participated in a scheme or plan to defraud, or a scheme or plan for obtaining money or property by means of false or fraudulent pretenses, representations, or promises;

Second, the statements made or facts omitted as part of the scheme were material; that is, they had a natural tendency to influence, or were capable of influencing, a person to part with money or property;

Third, the defendant acted with the intent to defraud; that is, the intent to deceive or cheat; and

Fourth, the defendant used, or caused to be used, the mail to carry out or attempt to carry out an ]essential part of the scheme.

### III.     Transactional Money Laundering

First, the defendant, David Allen Harbour knowingly engaged or attempted to engage in a monetary transaction;

Second, the defendant knew the transaction involved criminally derived property;

Third, the property had a value greater than $10,000;

Fourth, the property was, in fact, derived from Wire or Mail Fraud; and

Fifth, the transaction occurred in the United States.

The term "monetary transaction" means the deposit, withdrawal, transfer exchange, in or affecting interstate commerce, of funds or a monetary instrument by, through, or to a financial institution.

Respectfully submitted this 9th day of January, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Coleen P. Schoch*
*S/ Kevin M. Rapp*
KEVIN M. RAPP
COLEEN P. SCHOCH
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants

_s/Daniel Parke_
U.S. Attorney's Office