Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
Justin R. Vanderveer, 037657
jvanderveer@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Attorneys for Defendant David Harbour

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-19-00898-PHX-DLR (DMF) |
| Plaintiff, | **NOTICE OF MODIFICATION TO THE PARITES' AMENDED SCHEDULING ORDER** |
| vs. | |
| David Allen Harbour, | |
| Defendant. | |

In an effort to reduce the likelihood of duplicate exhibits, the Parties have stipulated to the following modifications and propose the following amendments to the scheduling order,

**IT IS ORDERED** that the following modifications to the scheduling order be granted and govern the amended deadlines:

    1.    The Parties' Disclosure of Final Exhibit Lists: January 31, 2023

    2.    The Parties' Final Witness Lists: January 31, 2023

All other dates and deadlines remain unchanged.

RESPECTFULLY SUBMITTED this 23rd day of January 2023.

CHRISTIAN DICHTER & SLUGA, P.C.

By: /s/ *Stephen M. Dichter*
      Stephen M. Dichter

Justin R. Vanderveer
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Attorneys for Defendant David A. Harbour

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 23, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Kevin M. Rapp
Kevin.rapp@usdoj.gov
Coleen Schoch
Coleen.schoch@usdoj.gov
U.S. Attorney's Office
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
Attorney for Plaintiff


/s/ *Yvonne Canez*