```
___ FILED      ___ LODGED
✓   RECEIVED   ___ COPY

        JAN 2 7 2023

CLERK U S DISTRICT COURT
   DISTRICT OF ARIZONA
BY_____ DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>David Allen Harbour,<br><br>　　　　　Defendant. | No. CR-19-00898-001-PHX-DLR<br><br>**WAIVER OF JURY TRIAL** |

I, David Allen Harbour, hereby waive my right to a jury trial in this matter and wish to proceed with a bench trial. I have made this decision after reviewing with my attorney the pros and cons of both a jury trial and bench trial.

Dated this 27th day of January, 2023.


_____
David Allen Harbour
Defendant


_____
Stephen M. Dichter
Defendant's Attorney