UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## WITNESS LIST   ---   CRIMINAL

☐ Motion to Suppress     ☐ Non-Jury Trial     ☒ Jury Trial

USA vs. HARBOUR, DAVID A.                    CR-19-00898-PHX-DLR
Last, First, Middle Initial                  Year-Case No-Deft No-Judge

☒ GOVERNMENT              ☒ DEFENDANT

|     | NAME | G/D | DATE SWORN | DATE APPEARED |
| --- | --- | --- | --- | --- |
| 1.  | Jeremy Denhoff, Federal Bureau of Investigation | G | | |
| 2.  | Lionel Green, Internal Revenue Agent, Internal Revenue Service | G | | |
| 3.  | Salvatore Hazel, Court Witness Coordinator, Internal Revenue Service, Criminal Investigation | G | | |
| 4.  | Kurt Hemphill, CART Team, Federal Bureau of Investigation | G | | |
| 5.  | Jeanette Paige, Forensic Accountant, Federal Bureau of Investigation | G | | |
| 6.  | Dean Avedon | G | | |
| 7.  | Jason Braun | G | | |
| 8.  | Kenneth Bobrow | G | | |
| 9.  | Victoria Bobrow | G | | |
| 10. | Mark Burg | G | | |
| 11. | Lisa Burgess | G | | |
| 12. | Pam Case | G | | |
| 13. | Joe Cathey | G | | |
| 14. | Larry Cook | G | | |
| 15. | Robert Eckholt | G | | |

| | NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|---|
| 16. | Rhonda Gray | G | | |
| 17. | Mark Gunnison | G | | |
| 18. | Carol Hill | G | | |
| 19. | Scott Prater | G | | |
| 20. | Laura Purifoy | G | | |
| 21. | Richard Turasky | G | | |
| 22. | Alison Willson | G | | |
| 23. | Wendi Yaeger | G | | |
| 24. | David Harbour | D | | |
| 25. | Kevan Acord | D | | |
| 26. | Dr. Robert Manning | D | | |
| 27. | Cathy Cameron | D | | |
| 28. | Kathleen Annunziata Nicolaides | D | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |
| 36. | | | | |
| 37. | | | | |