### DISTRICT JUDGE'S MINUTES
## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA – PHOENIX

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** February 2, 2023 |
| **USA v. David Allen Harbour** | **Case Number: CR-19-00898-001-PHX-DLR** |

**Assistant U.S. Attorney:  Kevin Rapp and Coleen Schoch**
**Attorney for Defendant:  Stephen Dichter and Justin Vanderveer**, Retained

**Defendant:  ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody ☐ Summons ☐ Writ**

**JURY TRIAL (Day 2):**

9:01 a.m. Reconvene. Parties present. Jury present. Rhonda Gray sworn and examined on direct examination. Exhibits 216, 217, and 218 admitted.
10:26 a.m. Recess.

10:45 a.m. Reconvene. Parties present. Jury present. Direct examination of Rhonda Gray continues. Exhibits 790, 791, 792, 793, 794, 225, 219, 226, 787, 227, and 788 admitted.
12:13 p.m. Recess.

1:15 p.m. Reconvene. Parties present. Jury present. Direct examination of Rhonda Gray continues. Exhibits 222, 223, 228, and 789 admitted.
1:28 p.m. Cross examination of Rhonda Gray. Exhibits 1474 and 1475 admitted.
2:43 p.m. Recess.

3:00 p.m. Reconvene. Parties present. Jury present. Cross examination of Rhonda Gray continues.
3:03 p.m. Redirect of Rhonda Gray. Exhibit 858 admitted.
3:24 p.m. Robert Eckholt sworn and examined on direct examination.
4:12 p.m. Cross examination of Robert Eckholt. The Government declines redirect.
4:23 p.m. Jury excused. Court is in recess until 9:00 a.m. on February 3, 2023.

| | |
|---|---|
| **Court Reporter:** Jennifer Pancratz | **JT: 5 hrs 44 min** |
| **Deputy Clerk:** Robert Vasquez | **Start:  9:01 AM** |
| | **Stop:  4:23 PM** |