**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** February 3, 2023 |
| **USA v. David Allen Harbour** | **Case Number:** CR-19-00898-001-PHX-DLR |

**Assistant U.S. Attorney:** Kevin Rapp and Coleen Schoch
**Attorney for Defendant:** Stephen Dichter and Justin Vanderveer, Retained

**Defendant:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 3):**

9:03 a.m. Reconvene. Parties present. Jury present. Carol Hill sworn and examined on direct examination.
10:19 a.m. Jury excused for break. Court remains in session. Discussion held regarding exhibit presentation procedures.
10:21 a.m. Recess.

10:37 a.m. Reconvene. Parties present. Jury present. Direct examination of Carol Hill continues. Exhibit 252 admitted.
12:00 p.m. Recess.

1:02 p.m. Reconvene. Parties present. Jury present. Direct examination of Carol Hill continues. Exhibits 566, 251, 808, 257, 468, 493, and 255 admitted.
2:12 p.m. Jury excused for break. Court remains in session. Discussion held regarding Defense objection to non-disclosed exhibits.
2:15 p.m. Recess.

2:34 p.m. Reconvene. Parties present. Jury present. Direct examination of Carol Hill continues. Exhibits 856, 785, 140, and 864 admitted.
3:05 p.m. Jury excused. Court remains in session. Discussion held regarding the remaining trial schedule. Additional discussion held regarding the admissibility of 404(b) evidence with respect to the false gift letter. The Court finds this evidence to be admissible.
3:16 p.m. Court is in recess until 9:00 a.m. on February 7, 2023.

**Court Reporter:** Jennifer Pancratz and Cathy Taylor          **JT:** 4 hrs 36 min
**Deputy Clerk:** Robert Vasquez                                **Start:** 9:03 AM
                                                                **Stop:**  3:16 PM