GARY M. RESTAINO
United States Attorney
District of Arizona

KEVIN M. RAPP
Arizona State Bar No. 014249
Email: Kevin.Rapp@usdoj.gov
COLEEN SCHOCH
Georgia State Bar No. 366545
Email: Coleen.Schoch@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-19-00898-PHX-DLR (DMF) |
| Plaintiff, | |
| v. | **UNITED STATES' NOTICE OF STIPULATED DEPOSITION EXCERPTS** |
| David Allen Harbour, | |
| Defendant. | |

The United States submits this notice of two deposition excerpts upon which the parties have agreed will be presented at trial.

**Deposition of David Harbour (July 23, 2019),** *Sanford vs. DNA Investments, LLC et al.*, No. CV2017-001884 (Super. Ct. Ariz.):

Page 6, line(s) 6-14

Page 8, line(s) 13-18 and 22-25

Page 9, line(s) 1 and 18-24

Page 10, line(s) 23-24

Page 11, line(s) 9-10 and 16-19

Page 12, line(s) 1-7

Page 13, line(s) 15-24

1      Page 19, line(s) 4-11

2      Page 35, line(s) 9-16

3      Page 36, line(s) 1-7 and 13-14 and 18-20

4      Page 38, line(s) 8-16

5      Page 40, line(s) 12-14 and 17-25

6      Page 41, line(s) 1-2

7      **Deposition of David Harbour (Apr. 7, 2019),** *In re the Marriage of Willson v.*

8 *Willson*, **No. FN2017-091404  (Super. Ct. Ariz.):**

9      Page 5, line(s) 19-25

10      Page 6, line(s) 1-3 and 19-21

11      Page 7, line(s) 5-15

12      Page 8, line(s) 7-20 and 23-25

13      Page 9, line(s) 1-22 and 25

14      Page 10, line(s) 1-17

15      Page 11, line(s) 20-25

16      Page 12, line(s) 1-4 and 9-11

17      Page 14, line(s) 14-24

18      Page 15, line(s) 3-22

19      Page 17, line(s) 5-25

20      Page 18, line(s) 1-25

21      Page 19, line(s) 1-25

22      Page 20, line(s) 3-10

23      Page 23, line(s) 25

24      Page 24, line(s) 1-5

25      Page 29, line(s) 16-24

26      Page 30, line(s) 3-4 and 15-22

27      Page 31, line(s) 12-15

28      Page 33, line(s) 20-25

| | |
|---|---|
| 1 | Page 35, line(s) 9-22 |
| 2 | Page 37, line(s) 3 and 5-12 |
| 3 | Page 39, line(s) 6-23 |
| 4 | Respectfully submitted this 7th day of February, 2023. |

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Coleen Schoch*
KEVIN M. RAPP
COLEEN SCHOCH
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants who have entered their appearance as counsel of record.

*s/ Coleen Schoch*
U.S. Attorney's Office