**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** February 8, 2023 |
| **USA v. David Allen Harbour** | **Case Number:** CR-19-00898-001-PHX-DLR |

**Assistant U.S. Attorney:** Kevin Rapp and Coleen Schoch
**Attorney for Defendant:** Stephen Dichter and Justin Vanderveer, Retained

**Defendant:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 5):**

8:59 a.m. Reconvene. Parties present. Jury not present. Discussion held regarding the admissibility of Defense expert Dr. Manning.
9:09 a.m. Jury present. Cross examination of Larry Cook. Exhibit 2251 admitted.
9:58 a.m. Redirect of Larry Cook.
10:08 a.m. Joe Cathey sworn and examined on direct examination. Exhibit 438 admitted.
10:30 a.m. Recess.

10:47 a.m. Reconvene. Parties present. Jury present. Direct examination of Joe Cathey continues. Exhibits 421, 429, 433, 430, 420, 440, 448, and 418 admitted.
11:17 a.m. Cross examination of Joe Cathey.
11:43 a.m. Mark Gunnison sworn and examined on direct examination.
12:00 p.m. Cross examination of Mark Gunnison. The Government declines redirect.
12:08 p.m. Jury excused for break. Court remains in session. Discussion held regarding Defendant's conditions of release. Defendant's oral Motion to Modify Conditions of Release is GRANTED. Defendant's release conditions are amended to add Julie Gottschalk to his list of approved phone contacts.
12:11 p.m. Recess.

1:18 p.m. Reconvene. Parties present. Jury present. Deposition testimony instruction read to the Jury. Defendant's depositions read into the record.
1:35 p.m. Alison Willson sworn and examined on direct examination. Exhibits 469, 470, 471, 472, 473, 474, 475, 477, 476, and 483 admitted.
2:50 p.m. Recess.

3:07 p.m. Reconvene. Parties present. Jury present. Direct examination of Alison Willson continues. Exhibit 676 admitted.
3:18 p.m. Cross examination of Alison Willson.
3:49 p.m. Redirect of Alison Willson.
3:53 p.m. FBI Special Agent Jeremy Denhoff sworn and examined on direct examination. Exhibit 196 admitted.
4:04 p.m. Cross examination of Agent Denhoff. The Government declines redirect.

| | |
|---|---|
| **USA v. David Allen Harbour** | **Date:** February 8, 2023 |
| **Case Number: CR-19-00898-001-PHX-DLR** | Page 2 of 2 |

<u>4:06 p.m.</u> Jury excused. Court remains in session. Discussion held regarding remaining trial schedule.
<u>4:13 p.m.</u> Court is in recess until 9:30 a.m. on February 9, 2023.


**Court Reporter:** Jennifer Pancratz and Elva Cruz-Lauer         **JT: 5 hrs 33 min**
**Deputy Clerk:** Robert Vasquez                                  **Start:  8:59 AM**
                                                                  **Stop:   4:13 PM**