**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** February 9, 2023 |
| **USA v. David Allen Harbour** | **Case Number:** CR-19-00898-001-PHX-DLR |

**Assistant U.S. Attorney:** Kevin Rapp and Coleen Schoch
**Attorney for Defendant:** Stephen Dichter and Justin Vanderveer, Retained

**Defendant:**   ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 6):**

9:33 a.m. Reconvene. Parties present. Jury present. Lionel Green sworn and examined on direct examination. Exhibits 397 and 384A (pages 25-27) admitted.
10:58 a.m. Jury excused for break. Court remains in session. Discussion held regarding remaining trial schedule.
11:01 a.m. Recess.

11:16 a.m. Reconvene. Parties present. Jury present. Cross examination of Lionel Green.
12:24 p.m. Recess.

1:33 p.m. Reconvene. Parties present. Jury present. Redirect of Lionel Green. Exhibit 886 admitted.
1:59 p.m. Lisa Berges sworn and examined on direct examination. Exhibits 897, 898, 900, and 899 admitted.
2:34 p.m. Cross examination of Lisa Berges. Exhibit 901 admitted.
3:00 p.m. Recess.

3:16 p.m. Reconvene. Parties present. Jury present. Cross examination of Lisa Berges continues.
3:31 p.m. Redirect of Lisa Berges.
3:37 p.m. Richard Turasky sworn and examined on direct examination. Exhibits 261A (pages 72-78), 261B (pages 79-97), 349, and 895 admitted.
4:50 p.m. Jury excused. Court remains in session. Discussion held regarding Exhibit 517 (pages 005, 006, 007, 008, 009, 010, 011, 012, 013, 014, 015, 017, 018, 019, 020, 021, 022, 023, 025, 026, 028, 032, 033, 034, 035, 036, 037, 038, 039, 041, 042, 043, 044, 045, 046, 047, 048, 049, 050, 051, 053, 055, 056, 057, 058, 060, 062, 065, 066, and 067) are reidentified and admitted as Exhibit 517A. Additional discussion held regarding remaining trial schedule.
4:53 p.m. Court is in recess until 9:00 a.m. on February 10, 2023.

| | |
|---|---|
| **Court Reporter:** Cathy Taylor | **JT: 5 hrs 40 min** |
| **Deputy Clerk:** Robert Vasquez | **Start:  9:33 AM** |
| | **Stop:   4:53 PM** |