**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** February 10, 2023 |
| **USA v. David Allen Harbour** | **Case Number:** CR-19-00898-001-PHX-DLR |

**Assistant U.S. Attorney:** Kevin Rapp and Coleen Schoch
**Attorney for Defendant:** Stephen Dichter, Retained

**Defendant:** ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 7):**

8:57 a.m. Reconvene. Parties present. Jury not present. Discussion held.
9:03 a.m. Recess.

9:10 a.m. Reconvene. Parties present. Jury present. Carol Hill is recalled, previously sworn. Exhibit 40, (pages 29, 30, 31 and 34) admitted. Exhibit 2124 admitted.
10:32 a.m. Recess.

10:51 a.m. Reconvene. Parties present. Jury not present. 10:52 a.m. Jury present. Redirect examination of Carol Hill. Exhibits 518 and 303 admitted. The witness is excused, subject to recall. Richard Turasky is recalled, previously sworn, and is examined on direct. Exhibits 261 (pages 59 and 62) and 674 admitted.
12:14 p.m. The jury leaves the courtroom and court remains in session. 12:16 p.m. Recess.

1:16 p.m. Reconvene. Parties present. Jury present. Richard Turasky examined further on direct. Exhibit 1505 admitted.
2:30 p.m. Recess.

2:46 p.m. Reconvene. Parties present. Jury present. Cross examination of Richard Turasky continues. Exhibit 3 admitted.
4:16 p.m. Jury excused. Court remains in session.

4:17 p.m. Court is in recess until 9:00 a.m. on February 14, 2023.

| | |
|---|---|
| **Court Reporter:** Jennifer Pancratz | **JT:** 5 hrs 36 min |
| **Deputy Clerk:** Julie Martinez/Lisa Richter | **Start:** 8:57 AM |
| | **Stop:** 4:17 PM |