**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** February 15, 2023 |
| **USA v. David Allen Harbour** | **Case Number:** CR-19-00898-001-PHX-DLR |

**19898**

**Assistant U.S. Attorney:** Kevin Rapp and Coleen Schoch
**Attorney for Defendant:** Stephen Dichter, Retained

**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

**JURY TRIAL (Day 9):**

9:01 a.m. Reconvene.  Parties present. Jury present.  Cross examination of Laura Purifoy continues.  Exhibit 1215 admitted.  Exhibits 2013 and 2014 admitted for limited purpose.  Witness excused.  Kenneth Bobrow is sworn and examined on direct.
10:30 a.m. Recess.

10:46 a.m. Reconvene.  Parties present.  Jury present.  Direct examination of Kenneth Bobrow continues.  Exhibits 781, 783 , 109, 113 and 114 admitted.  11:56 a.m.  The jury leaves the courtroom and court remains in session.
11:57 a.m.  Recess.

\*\*\*\*\*

12:58 p.m. Reconvene. Parties present. Jury not present. The Court and counsel discuss trial matters. 1:03 p.m. Jury present. Direct examination and cross-examination of Kenneth Bobrow continues. Exhibit x admitted with redactions. Direct examination and cross-examination of Victoria Bobrow continues.   Exhibit 110 admitted. Jason Braun is sworn and examined. 2:31 p.m.  The jury leaves the courtroom and court remains in session.
2:35 p.m.  Recess.

2:52 p.m.  Reconvene.  Parties present.  Jury present. Further examined and cross examination of Jason Braun continues.  Exhibits 700, 887, 888, 889, 890, 891, 892, 893 and 894 admitted.  3:52 p.m. Jury excused. Court remains in session.  IT IS ORDERED that as to Government's Motion to Strike (Doc. 573), the Court will allow Ms. Cameron to testify to rebut any testimony given by the Government's expert witness.  The Court takes under advisement whether Ms. Cameron can offer opinions beyond that. Mr. Dichter shall provide the Court and counsel with a list of any opinions made by Ms. Cameron that he intends to use.

4:12 p.m. Court is in recess until 9:00 a.m. on February 16, 2023.

| | |
|---|---|
| **USA v. David Allen Harbour** | **Date:** February 10, 2023 |
| **Case Number:** CR-19-00898-001-PHX-DLR | Page 2 of 2 |

**Court Reporter:** Jennifer Pancratz  
**Deputy Clerk:** Lisa Richter/Molly Williams

**JT: 5 hrs 37 min**  
**Start: 9:01 AM**  
**Stop: 4:12 PM**