**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** February 17, 2023 |
| **USA v. David Allen Harbour** | **Case Number:** CR-19-00898-001-PHX-DLR |

**Assistant U.S. Attorney:** Kevin Rapp and Coleen Schoch
**Attorney for Defendant:** Stephen Dichter and Justin Vanderveer, Retained

**Defendant:** ☒ **Present**  ☐ **Not Present**  ☒ **Released**  ☐ **Custody**  ☐ **Summons**  ☐ **Writ**

**JURY TRIAL (Day 11):**

8:59 a.m. Reconvene. Parties present. Jury not present. Discussion held regarding Defendant's lack of disclosure of Rule 26.2 statements as to Dr. Manning. Defense counsel is directed to submit these statements to the Court for in camera review.
9:06 a.m. Recess.

9:10 a.m. Reconvene. Parties present. Jury not present. Discussion held regarding the Summary of Cathie Cameron's Opinions (Doc. 629-1).
9:13 a.m. Jury present. Defense witness Dr. Robert Manning called out of order. Dr. Manning sworn and examined on direct examination.
10:03 a.m. Jury excused for break. Court remains in session. Additional discussion held regarding Rule 26.2 statements.
10:04 a.m. Recess.

10:35 a.m. Reconvene. Parties present. Jury not present. Additional discussion held regarding Rule 26.2 statements.
10:43 a.m. Jury present. Cross examination of Dr. Manning.
11:19 a.m. Redirect of Dr. Manning.
11:28 a.m. Jury excused for break. Court remains in session. Oral argument heard regarding objections to the testimony of Dr. Manning.
11:41 a.m. Recess.

12:16 p.m. Reconvene. Parties present. Jury not present. Additional discussion held regarding Rule 26.2 statements. The Court will allow the Government to conduct additional cross examination of Dr. Manning.
12:20 p.m. Recess.

12:23 p.m. Reconvene. Parties present. Jury not present. Additional discussion held regarding objections to the testimony of Dr. Manning. The Government's objections are sustained.
12:25 p.m. Recess.

| | |
|---|---|
| **USA v. David Allen Harbour** | **Date:** February 17, 2023 |
| **Case Number: CR-19-00898-001-PHX-DLR** | Page 2 of 2 |

<u>12:34 p.m.</u> Additional cross examination of Dr. Manning.
<u>12:41 p.m.</u> Additional redirect of Dr. Manning.
<u>12:47 p.m.</u> Direct examination of Jeanette Paige continues. Exhibits 142, 667, 136, 698, 256, 684, 685, 699, 467, 686, and 687 admitted.
<u>1:43 p.m.</u> Recess.

<u>2:01 p.m.</u>  Direct examination of Jeanette Paige continues. Exhibits 907, 829, 55, 777, 29, 912, 913, 697, 678, 679, 680, 908, and 909 admitted.
<u>3:21 p.m.</u> Court is in recess until 9:00 a.m. on February 23, 2023.


**Court Reporter:** Elva Cruz-Lauer and Jennifer Pancratz          **JT: 4 hrs 42 min**
**Deputy Clerk:** Robert Vasquez                                                       **Start:  8:59 AM**
                                                                                                              **Stop:   3:21 PM**