**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** February 23, 2023 |
| **USA v. David Allen Harbour** | **Case Number:** CR-19-00898-001-PHX-DLR |

**Assistant U.S. Attorney:** Kevin Rapp and Coleen Schoch
**Attorney for Defendant:** Stephen Dichter and Justin Vanderveer, Retained

**Defendant:**  ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 12):**

8:57 a.m. Reconvene. Parties present. Jury not present. Discussion held regarding pending motions and remaining trial schedule.
9:05 a.m. Jury present. Direct examination of Jeanette Paige continues. Exhibits 915, 916, 694, 910, 911, 38 (pages 2, 6, & 8), 917, 906, 918, 867, and 797 admitted.
10:26 a.m. Jury excused for break. Court remains in session. Discussion held regarding Defendant's objection to Exhibit 798. Defendant's objection is overruled. Exhibit 798 admitted.
10:36 a.m. Recess.

10:50 a.m. Reconvene. Parties present. Jury present. Direct examination of Jeanette Paige continues. Exhibits 799, 800, 66 (page 16), 35, 415, 416, and 417 admitted.
11:22 a.m. Cross examination of Jeanette Paige.
12:26 a.m. Recess.

1:15 p.m. Reconvene. Parties present. Jury not present. Defendant's Motion to Reconsider Ruling re: Disclosure of Expert Witness Email (Doc. 637) is DENIED.
1:22 p.m. Cross examination of Jeanette Paige continues. Exhibits 682 and 683 admitted.
2:42 p.m. Jury excused for break. Court remains in session. Previously admitted exhibits are reidentified for the record as follows: Exhibit 202A (pages 148-153), Exhibit 40A (pages 29-31, and 34), Exhibit 261A (pages 72-78), Exhibit 261B (pages 79-97), Exhibit 261C (pages 59 and 62), and Exhibit 384A (pages 25-27).
2:44 p.m. Recess.

3:01 p.m.  Cross examination of Jeanette Paige continues.
4:02 p.m. Redirect of Jeanette Paige.
4:11 p.m. Jury excused. Court remains in session. Discussion held regarding remaining trial schedule.
4:18 p.m. Court is in recess until 9:00 a.m. on February 24, 2023.

| | |
|---|---|
| **Court Reporter:** Jennifer Pancratz | **JT: 6 hrs 1 min** |
| **Deputy Clerk:** Robert Vasquez | **Start:  8:57 AM** |
| | **Stop:   4:18 PM** |