Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
Justin R. Vanderveer, 037657
jvanderveer@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Attorneys for Defendant David Harbour

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>David Allen Harbour,<br><br>　　　　　Defendant. | Case No. 2:19-cr-00898-DLR (DMF)<br><br>**DEFENDANT DAVID A. HARBOUR'S OBJECTION TO CERTAIN PROPOSED GOVERNMENT PROPOSED JURY INSTRUCTIONS** |

David Allen Harbour (Defendant) objects to the following proposed government jury instructions:

**Non-Model Instruction Number 2. Victim's Negligence**. The defendant objects because the so-called "negligence" of lenders and the sole investor, Mark Burg has not been a feature of the trial. Turasky and Burg were lawyered up to the hilt and their lawyers created the documents that outlined the responsibilities of the parties to each other.

**Non-Model Instruction Number 3. Regulatory Violations**.  The defendant objects because the government's total evidence with respect to regulatory violations is

that the FTC brought an action against entities in which defendant had an ownership interest but no participation or management oversight and against two other persons (Carrington and Rowland. But the government did not introduce any evidence with respect to the disposition of the charges. Viv-a-vis Harbour himself, Exhibit 3 is a March 31, 2015 FTC Motion for the Court to order Harbour to turnover property. However, this motion was withdrawn after the FTC and Harbour entered into a no admissions settlement.

With respect to the SEC, the investigation in which Harbour was examined under oath was into an entity named Drawbridge Financial. The government never introduced any evidence to show that Harbour had any involvement in or with Drawbridge Financial. Separate and apart from the 2016 Drawbridge Financial investigation, in 2018, Harbour and the SEC entered into a no admissions settlement of different SEC charges. The government introduced no evidence concerning the 2018 action at all.

Given that there was some evidence heard by the jury about Federal investigations that ended without any violations found on Defendant's part it is appropriate to instruct the jury. We are, today, proposing an appropriate instruction concerning the FTC and SEC investigations.

RESPECTFULLY SUBMITTED this 27th day of February 2023.

CHRISTIAN DICHTER & SLUGA, P.C.

By: /s/ Stephen M. Dichter
    Stephen M. Dichter
    Justin R. Vanderveer

|   |   |
|---|---|
| 1 | 2800 North Central Avenue, Suite 860 |
| 2 | Phoenix, Arizona 85004 |
|   | Attorneys for Defendant David A. Harbour |

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2023 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Kevin M. Rapp
Kevin.rapp@usdoj.gov
Coleen Schoch
Coleen.schoch@usdoj.gov
U.S. Attorney's Office
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
Attorney for Plaintiff


/s/ Yvonne Canez