Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
Justin R. Vanderveer, 037657
jvanderveer@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Attorneys for Defendant David Harbour

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>David Allen Harbour,<br><br>    Defendant. | Case No. 2:19-cr-00898-DLR (DMF)<br><br>**DEFENDANT'S SUPPLEMENT TO REQUEST TO DETERMINE THE FURTHER ADMISSABILITY OF MANNING'S TESTIMONY** |

Defendant David A. Harbour ("Harbour"), by and through undersigned counsel, submits this brief supplement to its Request for the Court to Determine the Further Admissibility of Dr. Robert Manning's Testimony.

## BACKGROUND

The Defense submits ¶14 of the SSI as further support for the admissibility of Dr. Manning's testimony about Operation Chokepoint. T

This is what the government stated:

> 14. The investors were also not told that HARBOUR had an arrangement with J.T. to receive upwards of a 25% finder's fee based upon the amount of investors' funds he raised and provided to KSQ. When HARBOUR was unable to provide interest payments to investors, he told

the investors that J.T was to blame. When investors lost their money, HARBOUR claimed . . . "the change in laws by the President and Operation Chokepoint changed the Automated Clearing House (ACH) laws regarding payday lending." At this point, Defendant HARBOUR had continued to receive his 25% finder's fee from KSQ while blaming KSQ and J.T. for the lack of investment payments. Most, if not all, of the promissory notes signed by the victim-investors and Defendant HARBOUR were made between the investor and one of HARBOUR's entities, such as NorthRock or Canyon Road.

J.T. is a reference to Joel Tucker. The direct quote is to David Harbour. The party making the admission is the United States.

## **CONCLUSION**

We again respectfully ask this Court to not strike Dr. Manning's testimony even though Harbour himself will not be testifying. The government not only supplied all of the link needed, it did so by directly quoting David Harbour.

Enough evidence exists of Operation Chokepoint where Dr. Manning is helpful to the trier of fact in evaluating the evidence, and the jury could conclude, or not conclude, that Harbour was impacted by Operation Chokepoint based on the facts in evidence.

RESPECTFULLY SUBMITTED this 28th day of February 2023.

CHRISTIAN DICHTER & SLUGA, P.C.

By: /s/ Stephen M. Dichter
    Stephen M. Dichter
    Justin R. Vanderveer
    2800 North Central Avenue, Suite 860
    Phoenix, Arizona 85004
    Attorneys for Defendant David A. Harbour

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2023 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Kevin M. Rapp
Kevin.rapp@usdoj.gov
Coleen Schoch
Coleen.schoch@usdoj.gov
U.S. Attorney's Office
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
Attorney for Plaintiff


/s/ Yvonne Canez