**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** February 24, 2023 |
| **USA v. David Allen Harbour** | **Case Number:** CR-19-00898-001-PHX-DLR |

**Assistant U.S. Attorney:** Kevin Rapp and Coleen Schoch
**Attorney for Defendant:** Stephen Dichter and Justin Vanderveer, Retained

**Defendant:** ☒ Present   ☐ Not Present   ☒ Released   ☐ Custody   ☐ Summons   ☐ Writ

**JURY TRIAL (Day 13):**

9:01 a.m. Reconvene. Parties present. Jury not present. Discussion held regarding Cathy Cameron emails for in camera review and remaining trial schedule. Defendant preserves his right to file a Rule 29 Motion.
9:04 a.m. Jury present. **Government rests**. **Defendant's case**: Cathy Cameron sworn and examined on direct examination.
10:06 a.m. Recess.

10:21 a.m. Reconvene. Parties present. Jury present. Direct examination of Cathy Cameron continues.
11:59 a.m. Recess.

1:02 p.m. Reconvene. Parties present. Jury present. Direct examination of Cathy Cameron continues.
1:41 p.m. Cross examination of Cathy Cameron.
2:28 p.m. Jury excused for break. Court remains in session. Discussion held regarding pending motions.
2:29 p.m. Recess.

2:48 p.m. Cross examination of Cathy Cameron continues.
3:33 p.m. Redirect of Cathy Cameron.
3:35 p.m. Jury excused. Court remains in session. Discussion held regarding pending motions. The Government's responses to the motions are due by 12:00 p.m. on February 27, 2023. Defendant's replies are due by 5:00 p.m. on February 27, 2023. Additional discussion held regarding remaining trial schedule and proposed final instructions.
3:41 p.m. Court is in recess until 9:00 a.m. on February 28, 2023.

**Court Reporter:** Jennifer Pancratz and Elva Cruz-Lauer         **JT: 5 hr 3 min**
**Deputy Clerk:** Robert Vasquez                                   **Start:  9:01 AM**
                                                                   **Stop:   3:41 PM**