**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** March 1, 2023 |
| **USA v. David Allen Harbour** | **Case Number:** CR-19-00898-001-PHX-DLR |

**Assistant U.S. Attorney:** Kevin Rapp and Coleen Schoch
**Attorney for Defendant:** Stephen Dichter and Justin Vanderveer, Retained

**Defendant:**  ☒ **Present**   ☐ **Not Present**   ☒ **Released**   ☐ **Custody**   ☐ **Summons**   ☐ **Writ**

**JURY TRIAL (Day 15):**

9:00 a.m. Jury commences deliberations.

5:00 p.m. Jury is excused until 9:00 a.m. on March 2, 2023, and will resume deliberations at that time.

**Court Reporter:** Jennifer Pancratz
**Deputy Clerk:** Robert Vasquez

**Start: 9:00 AM**
**Stop:  5:00 PM**