**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** March 2, 2023 |
| **USA v. David Allen Harbour** | **Case Number:** CR-19-00898-001-PHX-DLR |

**Assistant U.S. Attorney:** Kevin Rapp and Coleen Schoch
**Attorney for Defendant:** Stephen Dichter and Justin Vanderveer, Retained

**Defendant:** ☒ Present  ☐ Not Present  ☒ Released  ☐ Custody  ☐ Summons  ☐ Writ

**JURY TRIAL (Day 16):**

9:00 a.m. Jury resumes deliberations.

10:05 a.m. Reconvene. Parties present by telephone. Jury not present. Jury Questions #1 and #2 discussed.
10:14 a.m. Recess.

10:43 a.m. Reconvene. Parties present. Jury not present. Additional discussion held regarding Jury Question #2 and deadlocked jury instruction. Discussion held regarding forfeiture allegations. The Defendant waives his right to have the jury decide the forfeiture allegations.
10:48 a.m. Jury present. Deadlocked jury instruction read to the Jury.
10:51 a.m. Recess.

2:03 p.m. Reconvene. Parties present. Jury not present. The Court advises the parties that it has been informed a verdict has been reached.
2:05 p.m. Jury foreperson advises the Court a verdict has been reached on all counts. Verdict of **GUILTY** as to Counts **1, 2, 3, 6, 7, 8, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22** and **23** of the Second Superseding Indictment, and **NOT GUILTY** as to Counts **4, 5, 9, 10, 11** and **12** of the Second Superseding Indictment read and recorded. Jury polled.
2:12 p.m. Jury is released from the admonition and excused. Court remains in session. Sentencing is set for **June 5, 2023, at 3:00 p.m.** The Court directs the U.S. Probation Office to prepare a Presentence Report. The Court's previous release order is affirmed. An Evidentiary Hearing re: forfeiture allegations is set for **March 29, 2023, at 9:30 a.m.** Discussion held regarding the Government's motion to remand the Defendant into custody. The Court will not take the Defendant into custody at this time. A Status Conference re: Detention is set for March 3, 2023, at 10:30 a.m.
2:22 a.m. Court is adjourned.

| | |
|---|---|
| **Court Reporter:** Scott Coniam | **JT: 36 min** |
| **Deputy Clerk:** Robert Vasquez | **Start: 8:57 AM** |
| | **Stop:  2:22 PM** |