```
FILED ____ LODGED
____ RECEIVED ____ COPY

MAR 02 2023

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

             Plaintiff,

vs.

David Allen Harbour,

             Defendant.

CR-19-00898-PHX-DLR

**VERDICT FORM**

We, the Jury, find the defendant, David Allen Harbour, as to the charges of the Indictment:

**WIRE FRAUD**
**18 U.S.C. § 1343**
**COUNTS 1-10**

<u>Count 1:</u>

| Count | Wire Date (On or About) | Sender | Recipient (or Receiving Bank) | Item Sent |
|---|---|---|---|---|
| 1 | 07/30/2014 | SNI Fund 1/R.T. | Oak Tree Management NT 1790 | $500,000.00 |

David Allen Harbour    ✓ GUILTY      _____ NOT GUILTY

**Count 2:**

| Count | Wire Date (On or About) | Sender | Recipient (or Receiving Bank) | Item Sent |
|---|---|---|---|---|
| 2 | 12/02/2014 | M.B. | Pujanza Management, LLC BMO 5244 | $1,000,000.00 |

David Allen Harbour    ✓ GUILTY    _____ NOT GUILTY

**Count 3:**

| Count | Wire Date (On or About) | Sender | Recipient (or Receiving Bank) | Item Sent |
|---|---|---|---|---|
| 3 | 08/11/2015 | Green Circle | Oak Tree Management BMO 1964 | $1,100,000.00 |

David Allen Harbour    ✓ GUILTY    _____ NOT GUILTY

**Count 4:**

| Count | Wire Date (On or About) | Sender | Recipient (or Receiving Bank) | Item Sent |
|---|---|---|---|---|
| 4 | 12/31/2015 | Harbour Family Pujanza Management BMO x5244 | M.B. | $8,125.00 |

David Allen Harbour    _____ GUILTY    ✓ NOT GUILTY

**Count 5:**

| Count | Wire Date (On or About) | Sender | Recipient (or Receiving Bank) | Item Sent |
|---|---|---|---|---|
| 5 | 04/04/2016 | Harbour Family Pujanza Management BMO x5244 | M.B. | $8,125.00 |

David Allen Harbour    _____ GUILTY    ___✓___ NOT GUILTY

**Count 6:**

| Count | Wire Date (On or About) | Sender | Recipient (or Receiving Bank) | Item Sent |
|---|---|---|---|---|
| 6 | 07/19/2016 | Harbour Family Pujanza Management BMO x5244 | M.B. | $8,125.00 |

David Allen Harbour    ___✓___ GUILTY    _____ NOT GUILTY

**Count 7:**

| Count | Wire Date (On or About) | Sender | Recipient (or Receiving Bank) | Item Sent |
|---|---|---|---|---|
| 7 | 10/17/2016 | Harbour Family Pujanza Management BMO x5244 | M.B. | $8,125.00 |

David Allen Harbour    ___✓___ GUILTY    _____ NOT GUILTY

Count 8:

| Count | Wire Date (On or About) | Sender | Recipient (or Receiving Bank) | Item Sent |
|---|---|---|---|---|
| 8 | 01/20/2017 | Harbour Family Pujanza Management BMO x5244 | M.B. | $8,125.00 |

David Allen Harbour       ✓ GUILTY          _____ NOT GUILTY

Count 9:

| Count | Wire Date (On or About) | Sender | Recipient (or Receiving Bank) | Item Sent |
|---|---|---|---|---|
| 9 | 03/15/2016 | GC BMO x9606 | R.T./C.I.F. | $10,942.24 |

David Allen Harbour       _____ GUILTY          ✓ NOT GUILTY

Count 10:

| Count | Wire Date (On or About) | Sender | Recipient (or Receiving Bank) | Item Sent |
|---|---|---|---|---|
| 10 | 06/15/2016 | GC BMO x9606 | R.T./C.I.F. | $11,062.49 |

David Allen Harbour       _____ GUILTY          ✓ NOT GUILTY

# MAIL FRAUD
## 18 U.S.C. § 1341
## COUNTS 11-12

**Count 11:**

| Count | Payor Account | Check Date | Item Mailed | Amount |
|---|---|---|---|---|
| 11 | HighPointe Capital Group, LLC BMO x7406 | 4/22/2016 | Check # 3231 to Liberty Trust Co. FBO: Alison Wilson in the amount of $7,500. | $7,500.00 |

David Allen Harbour  _____ GUILTY  ___✓___ NOT GUILTY

**Count 12:**

| Count | Payor Account | Check Date | Item Mailed | Amount |
|---|---|---|---|---|
| 12 | HighPointe Capital Group, LLC BMO x7406 | 5/3/2016 | Check # 3242 IRA Fee TC003721 Carol Hill in the amount of $255.00 | $255.00 |

David Allen Harbour  _____ GUILTY  ___✓___ NOT GUILTY

**Transactional Money Laundering**
**18 U.S.C. § 1957**
**COUNT 13-24**

<u>Count 13:</u>

| Count | Date (On or about) | Amount (Approximate) | Financial Institution | Description of Transaction |
|---|---|---|---|---|
| 13 | 08/05/2014 | $34,665.33 | Northern Trust | Check #1238 from DNA Investments Northern Trust x9412 to D.S. |

David Allen Harbour    ✓ GUILTY    _____ NOT GUILTY

<u>Count 14:</u>

| Count | Date (On or about) | Amount (Approximate) | Financial Institution | Description of Transaction |
|---|---|---|---|---|
| 14 | 08/08/2014 | $37,500.00 | Northern Trust | Transfer from Oak Tree Northern Trust x1790 to DNA Management Northern Trust x3388 |

David Allen Harbour    ✓ GUILTY    _____ NOT GUILTY

**Count 15:**

| Count | Date (On or about) | Amount (Approximate) | Financial Institution | Description of Transaction |
|---|---|---|---|---|
| 15 | 08/08/2014 | $37,500.00 | Northern Trust | Transfer from DNA Management NT3388 to HighPointe Capital Group BOA x3354 |

David Allen Harbour    ✓ GUILTY    _____ NOT GUILTY

**Count 16:**

| Count | Date (On or about) | Amount (Approximate) | Financial Institution | Description of Transaction |
|---|---|---|---|---|
| 16 | 08/08/2014 | $37,500.00 | Bank of America | Transfer from HighPointe Capital Group BOA x3354 to Herrington Park 1, LLC |

David Allen Harbour    ✓ GUILTY    _____ NOT GUILTY

**Count 17:**

| Count | Date (On or about) | Amount (Approximate) | Financial Institution | Description of Transaction |
|---|---|---|---|---|
| 17 | 08/21/2014 | $12,083.90 | Northern Trust | Check #1542 from 21020 Northern Trust x5180 to J.R.G. |

David Allen Harbour    ✓ GUILTY    _____ NOT GUILTY

**Count 18:**

| Count | Date (On or about) | Amount (Approximate) | Financial Institution | Description of Transaction |
|---|---|---|---|---|
| 18 | 08/27/2014 | $142,785.88 | Northern Trust | ACH Debit Payment from DNA Investments Northern Trust x9412 to Defendant HARBOUR American Express |

David Allen Harbour    ✓ GUILTY    _____ NOT GUILTY

**Count 19:**

| Count | Date (On or about) | Amount (Approximate) | Financial Institution | Description of Transaction |
|---|---|---|---|---|
| 19 | 08/28/2014 | $13,682.69 | Bank of America | Transfer from HighPointe Capital Group BOA x3354 to Employment Edge |

David Allen Harbour    ✓ GUILTY    _____ NOT GUILTY

**Count 20:**

| Count | Date (On or about) | Amount (Approximate) | Financial Institution | Description of Transaction |
|---|---|---|---|---|
| 20 | 12/04/2014 | $223,121.88 | Northern Trust | ACH Debit Payment from DNA Management Northern Trust x3388 to Defendant HARBOUR American Express |

David Allen Harbour    ✓ GUILTY    ____ NOT GUILTY

**Count 21:**

| Count | Date (On or about) | Amount (Approximate) | Financial Institution | Description of Transaction |
|---|---|---|---|---|
| 21 | 8/12/2015 | $915,000.00 | BMO Harris | Oak Tree BMO 1964 to Milagro BMO 5236 |

David Allen Harbour    ✓ GUILTY    ____ NOT GUILTY

**Count 22:**

| Count | Date (On or about) | Amount (Approximate) | Financial Institution | Description of Transaction |
|---|---|---|---|---|
| 22 | 08/13/2015 | $750,000.00 | Bank of America | Milagro BMO 5236 to Defendant HARBOUR BOA x8017 |

David Allen Harbour    ✓ GUILTY    _____ NOT GUILTY

**Count 23:**

| Count | Date (On or about) | Amount (Approximate) | Financial Institution | Description of Transaction |
|---|---|---|---|---|
| 23 | 09/02/2015 | $500,000.00 | Bank of America | Defendant HARBOUR BOA x8017 to FTC Receiver LEC |

David Allen Harbour    ✓ GUILTY    _____ NOT GUILTY

March 2, 2023
DATE

Juror #6
FOREPERSON

- 10 -