Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
Justin R. Vanderveer, 037657
jvanderveer@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Attorneys for Defendant David Harbour

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:19-cr-00898-DLR (DMF) |
|---|---|
| Plaintiff, | **JOINT MOTION TO EXTEND TIME FOR GOVERNMENT TO RESPOND TO DEFENDANT'S RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL AND RULE 33 MOTION FOR NEW TRIAL AND DEFENDANT'S REPLY TO RULE 29 MOTION FOR JUDGMENT OF ACQUITTAL AND RULE 33 MOTION FOR NEW TRIAL** |
| vs. | |
| David Allen Harbour, | |
| Defendant. | |
| | **AND** |
| | **JOINT MOTION TO CONTINUE DEFENDANT'S SENTENCING AND FORFEITURE HEARING** |

The Parties, with the express consent of Defendant, respectfully request that the Court extend the following deadlines in accordance with the parties' agreement and set aside additional time for the sentencing and forfeiture hearings:

1. The Government's deadline to respond to Defendant's Motions under Rules 29(a) and 33 should be extended from March 31, 2023 until April 21, 2023, and the deadline for Defendant's Replies should be extended from April 5, 2023 until May 5, 2023.  The reason is that Defense counsel is leaving for a trial in the Southern District of New York on April 5, 2023 (the final pretrial, ordered to be in person on April 6th) and will not return to the District until on or about April 21, 2023.  Since the Defense needs a lengthy extension, it made sense for the Government to also have more time.

2.  The Sentencing Date, currently June 6, 2023 and currently set for two hours is insufficient in the Parties' estimation.  First, it has been agreed and the Court has already directed that the forfeiture hearing and the sentencing should occur together. The Parties believe that two full days will be needed for these hearings and are in agreement that, if the Court can accommodate the Parties, the end of June/beginning of July would be optimum. In early June, Defense counsel has the Bar Convention at which he earns the CLE needed for the year.

The Parties enter into this Agreement not for purposes of delay but in the belief that the delays sought are in the interests of justice.

RESPECTFULLY SUBMITTED this 30th day of March 2023.

          CHRISTIAN DICHTER & SLUGA, P.C.

          By: /s/ Stephen M. Dichter
           Stephen M. Dichter
           Justin R. Vanderveer
           2800 North Central Avenue, Suite 860
           Phoenix, Arizona 85004
           Attorneys for Defendant David A. Harbour

GARY M. RESTAINO
United States Attorney
District of Arizona

By: /s/ *Coleen Schoch /permission*
    Kevin M. Rapp
    Coleen Schoch
    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on March 30, 2023 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Kevin M. Rapp
Kevin.rapp@usdoj.gov
Coleen Schoch
Coleen.schoch@usdoj.gov
U.S. Attorney's Office
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
Attorney for Plaintiff


/s/ Yvonne Canez