GARY M. RESTAINO
United States Attorney
District of Arizona
KEVIN M. RAPP
Arizona State Bar No. 14249
Email: kevin.rapp@usdoj.gov
COLEEN SCHOCH
Georgia State Bar No. 366545
Email: Coleen.Schoch@usdoj.gov
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR-19-00898-PHX-DLR (DMF) |
|---|---|
| Plaintiffs, | **MOTION TO STRIKE DEFEDNANT'S OBJECTION TO DRAFT PRESENTENCE INVESTIGATION REPORT [DOC. 716] FOR EXCEEDING PAGE LIMIT** |
| vs. | |
| David Allen Harbour, | |
| Defendants. | |

The United States of America, by and through its undersigned attorneys, hereby respectfully moves this Court to strike the Defendant's Objections to Draft Presentence Investigation Report [Doc. 716] for exceeding the 17 page limit set forth in LRCrim 12.1, incorporating LRCiv 7.2 and for failing to file a Motion to Exceed Page Limits.

A party must secure the Court's permission before filing a brief that exceeds this District's page limits. *Santos v. Baca*, Case No. 2:11-CV-01251-KJD-NJK, 2017 WL 773874, at *2 (D. Nev. Feb. 28, 2017). The Defendant's Objections to Draft Presentence Investigation Report totals at 68 pages, well over the 17 page limit, and there is no indication that they have sought leave from the court to exceed the page limit.

1  Respectfully submitted this 17th day of May, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/Kevin M. Rapp*
KEVIN M. RAPP
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants who have entered their appearance as counsel of record.

 _s/Daniel Parke_
U.S. Attorney's Office