# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>David Allen Harbour,<br><br>　　　　Defendant. | Case No. 2:19-cr-00898-DLR (DMF)<br><br>**PROPOSED ORDER** |

Pursuant to Defendant David A. Harbour's Motion to Extend Page Limit on Defendant's Objections to the Government's Draft Presentence Report, and good cause appearing therefore,

**IT IS HEREBY** Ordered Granting Defendant David A. Harbour's Motion to Extend Page Limit on Defendant's Objections to the Government's Draft Presentence Report (and vacating the Court's prior Order striking Doc. 716) (extending the page limit from 17 pages ____ to _____ pages.

DONE IN OPEN COURT this ____ day of May 2023.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　The Honorable Douglas L. Rayes