# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>David Allen Harbour,<br><br>　　　　Defendant. | No. CR-19-00898-001-PHX-DLR<br><br>**ORDER** |

Before the Court is Defendant's Emergency Motion to Release Defendant to Assist in Preparing for and Participating in the Two-Day Sentencing and Forfeiture Hearings. (Doc. 719.) The motion is fully briefed and is denied. There is a statutory presumption that Defendant should be detained pending sentencing. 18 U.S.C. 1343. The same need that the Court found to exist for Defendant to be released to assist in the preparation of his defense does not exist for the preparation of his sentencing and forfeiture hearings.

**IT IS ORDERED** that Defendant's Emergency Motion to Release Defendant to Assist in Preparing for and Participating in the Two-Day Sentencing and Forfeiture Hearings (Doc. 719) is **DENIED.**

Dated this 5th day of June, 2023.

Douglas L. Rayes
United States District Judge