IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>vs.<br><br>David Allen Harbour,<br><br>              Defendant. | No. CR-19-00898-001-PHX-DLR<br><br>**ORDER** |

Before the Court is Defendant's Emergency Motion to Exceed the Page Limit for Defendant's Objections to the Draft Presentence Report (Doc. 726). Defendant's motion requests permission to file a 68-page objection, which is four times the 17-page limitation on motions. The Court, having held evidentiary hearings, and having witnessed the evidence presented at trail as well as having read the pretrial, trial and post trial motions finds that Defendant has not shown good cause for such an extensive and lengthy objection. The Court is familiar with the facts and legal issues raised and a 68-page objection is not necessary to inform the Court, would not assist the Court, and would be a waste of judicial resources. Defendant can comfortably inform the Court of his objections in 34-pages, half the 68-pages requested, but double the 17-page limit. Therefore,

**IT IS ORDERED** that Defendant's Emergency Motion to Exceed the Page Limit for Defendant's Objections to the Draft Presentence Report (Doc. 726) is **GRANTED**, but the Objections shall not exceed 34-pages in length.

Dated this 5th day of June, 2023.

Douglas L. Rayes
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28