GARY M. RESTAINO  
United States Attorney  
District of Arizona  
COLEEN SCHOCH  
Assistant United States Attorney  
Georgia State Bar No. 366545  
Two Renaissance Square  
40 N. Central Ave., Suite 1800  
Phoenix, Arizona 85004  
Telephone: 602-514-7500  
Email: coleen.schoch@usdoj.gov  
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-19-00898-PHX-DLR |
|---|---|
| Plaintiff, | |
| vs. | **GOVERNMENT'S NOTICE OF WITHDRAWAL OF COUNSEL** |
| David Allen Harbour, | |
| Defendant. | |

NOTICE is hereby given, in accordance with Criminal Local Rule 57.14 and Civil Local Rule 83.3(b) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney Coleen Schoch is withdrawn as counsel of record for the United States, all other counsel for the United States remains the same.

Respectfully submitted this 13th day of June, 2023.

GARY M. RESTAINO  
United States Attorney  
District of Arizona

*s/ Coleen Schoch*  
COLEEN SCHOCH  
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of June, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the CM/ECF registrants.

*s/ J. Brown*  
U.S. Attorney's Office