# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>vs.<br><br>David Allen Harbour,<br><br>                Defendant. | No. CR-19-00898-001-PHX-DLR<br><br>**ORDER** |

    Before the Court is Defendant's Notice of Lodging Power Point Exhibits in Aid of the Rule 29 and 33 Motions, the Objections to PSR, and for Sentencing (Doc. 728). The Government has objected to the filing. The Rule 29 and 33 motions have been fully briefed and the court heard lengthy oral argument on June 6, 2023. The Defendant has filed objections to the preliminary presentence report. The Defendant has supplied the Court with its arguments and the support for his arguments on the motions and his objections to the presentence report. The additional hundreds of pages of power point would be of no assistance to the Court. Therefore,

    **IT IS ORDERD** that the Government's Motion to Strike Defendant's Notice of Lodging Power Point Exhibits in Aid of the Rule 29 and 33 Motions, the Objections to PSR, and for Sentencing (Doc. 737) is **GRANTED**.

    Dated this 20th day of June, 2023.

Douglas L. Rayes
United States District Judge