IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-19-00898-PHX-DLR |
| Plaintiff, | **ORDER** |
| vs. | |
| David Allen Harbour, | |
| Defendant. | |

The Court having reviewed the government's Motion to Extend Time to File and to Exceed Page Limit in its Response to Defendant's Objection to Presentence Investigation Report, and good cause appearing,

**IT IS HEREBY ORDERED** granting the government's Motion to Extend Time to File and to Exceed Page Limit in its Response to Defendant's Objection to Presentence Investigation Report.

**IT IS FURTHER ORDERED** The government's deadline to file a response is extended to September 5, 2023.

**IT IS FURTHER ORDERED** extending the government's page limit from 17 to 34 pages, as consistent with the Defendant's Objections to Presentence Investigation Report.

| | |
|---|---|
| 1 | |
| 2 | Dated this _____ day of August, 2023. |
| 3 | |
| 4 | |
| 5 | _____<br>The Honorable Douglas L. Rayes<br>UNITED STATES DISTRICT JUDGE |