# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-00898-DLR (DMF) |
| Plaintiff, | |
| vs. | **PROPOSED ORDER** |
| David Allen Harbour, | |
| Defendant. | |

Pursuant to Defendant David A. Harbour's Emergency Motion to Exceed Page Limit for Defendant's Reply to Government's Response to Defense Objections to Presentence Report, and good cause appearing therefore,

**IT IS HEREBY ORDERED** Granting Defendant David A. Harbour's Emergency Motion to Exceed Page Limit for Defendant's Reply to Government's Response to Defense Objections to Presentence Report (extending the page limit from 11 pages \_\_\_\_ to \_\_\_\_\_ pages.

DONE IN OPEN COURT this \_\_\_\_ day of September 2023.

_____
The Honorable Douglas L. Rayes