# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>  vs.<br><br>David Allen Harbour,<br><br>               Defendant. | Case No. 2:19-cr-00898-DLR (DMF)<br><br>**ORDER** |

Pursuant to Defendant David A. Harbour's ("Harbour") Motion to Extend Page Limits on Defendant's Reply to the Government's Response to Harbour's Motion for Reconsideration, and for good cause therein appearing,

**IT IS HEREBY** Ordered Granting Defendant David A. Harbour's Motion to Extend Page Limits on Defendant's Reply to the Government's Response to Harbour's Motion for Reconsideration and extending from 11 pages to _____pages, the permitted length of the Reply.

**IT IS HEREBY** Ordered Denying Defendant Harbour's Motion to Extend Page Limits on Defendant's Reply to the Government's Response to Harbour's Motion for Reconsideration