## Michele Morgan

| | |
|---|---|
| From: | Robert Manning <ccnation555@yahoo.com> |
| Sent: | Wednesday, July 6, 2022 2:08 PM |
| To: | Steve Dichter |
| Subject: | Re: Harbour Expert Report |

Dear Steve,

Glad that you are satisfied. There are many more hours required for a report that is this comprehensive that I am waiving them.

I will read it one more time tonight to catch any grammatical errors. Then I will send it as a pdf. I leave for NY tomorrow. But, happy that I pulled the material together in a relatively short period of time that gives you a very strong position regarding the govt's exposure to the financial damages that they created for many businesses.

Pls update me on status of my testimony and court date. I will structure my winter semester break to accommodate the trial if it is helpful to you. Otherwise, I will expect to testify by ZOOM if requested.

How are you feeling? I will have to get into shape quickly in NY as my kids are eager to show me how much better they are playing baseball, basketball, soccer and football. I will need a vacation from my vacation!

Let's chat next week when I am settled.

Regards,

robert

On Thursday, July 7, 2022, 12:44:22 AM GMT+4, Steve Dichter <sdichter@cdslawfirm.com> wrote:


It is true that your statement (about $25,000) is a lot higher than I thought it would be. But, it is *very* comprehensive report and I am very pleased with it. There is no need to try to weave anything directly from Joe Tucker's superseding indictment into it. What I would like it a final PDF report that I can disclose as an expert report. If turning your Word version into a PDF is satisfactory, either send it as a final or tell me I can convert the Word document.


At this point, please don't charge any more time. I will disclose it; the government will oppose your use as an expert witness; there will be a fight and we will either get to use you or we won't. If the client is convicted, the report will absolutely be useable for sentencing purposes.



Stephen M. Dichter



Christian,
Dichter &
Sluga, P.C.

2800 North Central Avenue

Suite 860

1

Christian, Kravitz, Dichter, Johnson & Sluga, LLC
8985 Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

Office: 702 362-6666
Fax:    702 992-1000
www.ckllclaw.com

**From:** Robert Manning <ccnation555@yahoo.com>
**Sent:** Sunday, June 12, 2022 10:40 AM
**To:** Steve Dichter <sdichter@cdslawfirm.com>
**Subject:** Fw: Scanned from a Xerox multifunction device

Dear Steve,

Good morning.  Attached is the extended and revised version of the report for submission to the Court.  Of particular note, I added explanatory footnotes regarding why USDOJ pressured FDIC regulators rather than Fed or even OCC regulators in the pursuit of OCP's focus on Payday lenders.  This narrows the focus to the culpability of USDOJ in pushing FDIC regulators in the illegal actions against legal Payday Lenders.

Also, attached is my executed agreement.  Pls let me know when you want to discuss and next steps.

Regards,

robert