GARY M. RESTAINO
United States Attorney
District of Arizona
KEVIN M. RAPP
Assistant U.S. Attorney
Arizona State Bar No. 14249
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: kevin.rapp@usdoj.gov
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>David Allen Harbour,<br><br>　　　　　Defendants. | CR- 19-00898-PHX-DLR (DMF)<br><br>**UNITED STATES' NOTICE OF ERRATA AND CLARIFICATION**<br>**[Doc. 796]** |

　　　　Plaintiff, the United States of America ("United States"), hereby files a notice of errata and clarification. In a recently filed response (Doc. 796) the United States incorrectly cited the trial transcript for February 10, 2023, at page 7 line 12. The citation incorrectly referenced the trial transcript of February 10th when it should have cited the first day of Richard Turasky's testimony that occurred on February 9, 2023, at page 227. In addition, the cite to Turasky's testimony on page 13 at line 23 should include pages 197-198.

　　　　Respectfully submitted this 4th day of October 2023.

　　　　　　　　　　　　　　　　　　　　　　GARY M. RESTAINO
　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　District of Arizona

　　　　　　　　　　　　　　　　　　　　　　 *s/Kevin M. Rapp*
　　　　　　　　　　　　　　　　　　　　　　KEVIN M. RAPP
　　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

    I hereby certify that on October 4, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant:

*s/Daniel Parke*
U.S. Attorney's Office