

60 Park Place, Suite 1100
Newark, New Jersey 07102
973-424-9777  Fax 973-424-9779
www.krovatin.com

Gerald Krovatin
Helen A. Nau*

Also Admitted in NY*

December 21, 2023

**VIA ELECTRONIC MAIL**

James E. Smith, Assistant Chief Litigation Counsel
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549

   Re: **Securities and Exchange Commission**
      **v. Princeton Alternative Funding, LLC, et als.**
      **Case No. 21-12971 (RK-JBD)**

Dear Mr. Smith:

  As referenced in my earlier letter to you, enclosed please find the transcript of a hearing in the sentencing of the Defendant in the matter of *United States v. David Allen Harbour*, Docket No. 2:19-cr-00898-DLR on November 29, 2023 in federal court in Phoenix, Arizona. Mr. Burgess' testimony begins at p. 13 of the enclosed.

  Please call me if you have any questions.

         Very truly yours,

         Gerald Krovatin

Cc: Hon. Douglas L. Rayes, U.S.D.J.
   Kevin M. Rapp, Assistant U.S. Attorney
   Stephen M. Dichter, Esq.
   Mr. Philip N. Burgess, Jr.