

December 22, 2023


Assistant United States Attorney Joseph Bozdech

Two Renaissance Square

40 North Central, Suite 1800

Phoenix, AZ 85004-4408


       Re:    United States vs. David Allen Harbour

              CR-19-00898-PHX-DLR

Dear Mr. Bozdech,


I am writing to inform you of the interest I have in the property that was seized by the United States in the above action.  The items that are mine are the following:

1. 18 Karat White Gold Diamond Cuff Bracelet
2. 18 Karat Yellow and White Gold Custom Kansas University Jayhawk Pendant and Cable Chain
3. Hamra Jewelers Engraved Custom Platinum Diamond Ring
4. Engraved Custom Platinum Eternity Band
5. Rolex Day-Date Pearlmaster Watch
6. $3,000 Cash


Item 1 was a gift for my birthday in 2013.  Item 2 was an anniversary gift in May, 2013.  I graduated from the University of Kansas.  Item 3 was my wedding ring.  The original setting was given to me in 2009 and the center stone was replaced in 2013.  Item 4 was a birthday gift in 2012.  Item 5 was a gift.  The $3,000 cash was money I had saved for a rainy day.


I am asking to please consider returning these items to me.  Because they were gifts, I did not have the original receipts but was able to obtain them from Hamra Jewelers and have included them with this letter.


Additionally, I would like to politely request the return of several Silver Dollar coins that belong to my daughters, Julia and Sarah.  Since birth, my parents, Tim and Julie Gottschalk, have given the girls a special Silver Dollar coin as a gift each year.  The Government seized this in the raid on August 5, 2019.  Although I do not see the coins in the list of Forfeiture items, I do not know how to ask for them back, other than through this letter I am writing.  I have included ten receipts (from 2010 to 2019) that my mom has helped me obtain as proof that they were purchased for the girls, annually, as gifts.

Thank you for taking the time to read my request.

Regards,

*Abby Harbour* (signature)

Abby Harbour

15527 E Palatial Dr.
Fountain Hills, AZ  85268
480.717.1984





## Receipt

David & Abby Harbour
Attn: 8901 N. Martingale Road
Paradise Valley, AZ 85253

**Date**

Dec 01, 2013

**Receipt Number**

5HQQ51971

**Assisted By**

Hamra, Paul

| Item | Description | Photo | Qty | Unit Price | Amount |
|------|-------------|-------|-----|-----------|--------|
| 25960 | Diamond Cuff Bracelet<br>18 Karat White Gold<br>4.71 Carats Total Weight<br>Magnetized Closure | | 1 | $18,000.00 | $17,000.00 |

**Recent Payments & Credits**

| 2013-12-01 | Payment [American Express] | $18,351.50 |
|------------|---------------------------|------------|

| | |
|---|---|
| Subtotal | $17,000.00 |
| Total Sales Tax | $1,351.50 |
| **Total** | **$18,351.50** |
| Less Payments & Credits | $18,351.50 |
| **Amount Due** | **$0.00** |

Page 1 of 1





15436 North Scottsdale Road, Suite 130 | Scottsdale, AZ 85254
480.946.5110 | info@hamra.com

## Receipt

David & Abby Harbour
Attn: 8901 N. Martingale Road
Paradise Valley, AZ 85253

**Date**

May 23, 2013

**Receipt Number**

MVVY49436

**Assisted By**

Hughes, Heidi
Hamra, Paul

| Item | Description | Photo | Qty | Unit Price | Amount |
|------|-------------|-------|-----|-----------|--------|
| 26008 | Custom Kansas University Jayhawk Pendant; 18 Karat Yellow & White Gold; Yellow & Blue Sapphires and Rubies; 1 1/2"; 18 Karat White Gold 1.6mm 16" Round Cable Chain | | 1 | $8,300.00 | $8,300.00 |

Recent Payments & Credits

| | |
|---|---|
| Subtotal | $8,300.00 |
| Total Sales Tax | $742.85 |
| Total | $9,042.85 |
| Less Payments & Credits | $0.00 |
| Amount Due | $9,042.85 |

Page 1 of 1

③



**HAMRA**
FINE JEWELRY & TIMEPIECES
15435 North Scottsdale Road, Suite 130 | Scottsdale, AZ 85254
480.946.6410 | info@hamra.com

## Receipt

**Date**
Mar 01, 2013

David & Abby Harbour
Attn: 8901 N. Martingale Road
Paradise Valley, AZ 85253

**Receipt Number**
2V5Q48312

**Assisted By**
Hamra, Jeff
Hamra, Paul

| Item | Description | Photo | Qty | Unit Price | Amount |
|------|-------------|-------|-----|-----------|--------|
| 25452 | Abby's Custom Platinum Diamond Ring Is Recreated With Hamra Jewelers 6.25 Carat Round Brilliant Cut Center Diamond I/SI1; EGL # US 907611001 D GP Size 4.5 |  | 1 | $140,000.00 | $140,000.00 |
| | Trade-In: 3.93 Carat Total Round Center Diamond HJ #18704 | | 1 | ($45,000.00) | ($45,000.00) |

**Recent Payments & Credits**

| | |
|---|---|
| Subtotal | $95,000.00 |
| Total Sales Tax | $8,502.50 |
| Total | $103,502.50 |
| Less Payments & Credits | $0.00 |

Page 1 of 2



HAMRA
FINE JEWELRY & TIMEPIECES

15435 North Scottsdale Road, Suite 130 | Scottsdale, AZ  85254
480.946.5110 | info@hamra.com

## Receipt

**Date**
Mar 01, 2013

David & Abby Harbour
Attn: 8901 N. Martingale Road
Paradise Valley, AZ 85253

**Receipt Number**
2V5Q48312

**Assisted By**
Hamra, Jeff
Hamra, Paul

**Amount Due**      $103,502.50

Page 2 of 2

3-Trade-in



15435 North Scottsdale Road, Suite 110 | Scottsdale, AZ 85254
480.946.6110 | info@hamra.com

## Receipt

**Date**
Oct 18, 2009

David & Abby Harbour

Overland Park, KS 66223

**Receipt Number**
34850

**Assisted By**
Z-Virden, Suzie

| Item | Description | Photo | Qty | Unit Price | Amount |
|------|-------------|-------|-----|-----------|--------|
| 18704 | Custom Platinum Diamond Ring 3.93 Carat Total Round Center Diamond H/VS1  EGL#2926086235 2 @ .92 Carat Total Trapezoid Diamonds 1.77 Carat Total Weight Round Accent Diamonds Size 4.5 |  | 1 | $81,000.00 | $81,000.00 |

Recent Payments & Credits

| | |
|---|---|
| Subtotal | $81,000.00 |
| Total Sales Tax | $6,439.50 |
| **Total** | **$87,439.50** |
| Less Payments & Credits | $0.00 |
| **Amount Due** | **$87,439.50** |

Page 1 of 1





HAMRA
FINE JEWELRY & TIMEPIECES

15435 North Scottsdale Road  Suite 130 | Scottsdale, AZ  85254
480.946.5110 | info@hamup.com

## Receipt

**Date**

Nov 29, 2012

David & Abby Harbour
Attn: 8901 N. Martingale Road
Paradise Valley, AZ 85253

**Receipt Number**

NW2M46644

**Assisted By**

Hamra, Paul

| Item | Description | Photo | Qty | Unit Price | Amount |
|------|-------------|-------|-----|-----------|--------|
| 24918 | Custom Platinum Eternity Band 3-Sided With 109 GH/VS Diamonds 1.48 Carats Total Weight 3.2mm Width, 2mm Depth Size 4.5 | | 1 | $5,400.00 | $5,400.00 |

Recent Payments & Credits

| | |
|---|---|
| Subtotal | $5,400.00 |
| Total Sales Tax | $483.30 |
| **Total** | **$5,883.30** |
| Less Payments & Credits | $0.00 |
| **Amount Due** | **$5,883.30** |





16435 North Scottsdale Road, Suite 130 | Scottsdale, AZ 85254
480.940.5110 | info@hamra.com

## Receipt

**Date**
Mar 02, 2012

David & Abby Harbour
Attn: 8901 N. Martingale Road
Paradise Valley, AZ 85253

**Receipt Number**
HVGX43773

**Assisted By**
Z- Virden, Suzie

| Item | Description | Photo | Qty | Unit Price | Amount |
|------|-------------|-------|-----|-----------|--------|
| 23262 | Rolex Day-Date Pearlmaster Model #R1894889UB7274; 39mm Serial #G527156; Automatic Mother-of-Pearl Diamond Dial Diamond Bezel; Yellow Gold Case and Masterpiece Bracelet | | 1 | $55.500.00 | $49,000.00 |

Recent Payments & Credits

| | |
|---|---|
| Subtotal | $49,000.00 |
| Total Sales Tax | $4,385.50 |
| Total | $53,385.50 |
| Less Payments & Credits | $0.00 |
| Amount Due | $53,385.50 |

Page 1 of 1

**Page:** 1

# Coins of America™
Art • History • Value
*—coinsofamerica.com—*

# INVOICE

Please Remit to.

Coins Of America
1235 Dakota Drive Suite G
Grafton, WI 53024
Phone:(866) 461-6812
sales@coinsofamerica.com

| | |
|---|---|
| Invoice Number: | 0961567 |
| Invoice Date: | 12/9/2010 |
| Order Number: | |
| Order Date: | |
| Customer Number: | 10-IT19508 |
| Email Address: | jg2665@sbcglobal.net |

Sold To:

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935

Ship To:   Tracking Number:   91011480008600518070904,

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935
(785) 527-2665

Confirm To:

| Purchase Order: | 100002209 | Ship VIA: | BEST WAY | Terms: PREPAID Due: 12/9/2010 |
|---|---|---|---|---|

| Item Number | Description | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| | Paid By Google | | | | | |
| ABAEV2010 | 2010 American Eagle Silver Dol | 1 | 1 | 0 | $47.95 | $47.95 |
| EP2010 | 2010 Proof Silver Eagle | 1 | 1 | 0 | $59.95 | $59.95 |

*Julia*

| Total Items Shipped: | 2 |
|---|---|

**Invoice Copy.**
**Thank-you for your business.**

Customer:  10-IT19508
Batch:
User ID:

| | |
|---|---|
| Net Invoice: | $107.90 |
| Less Discount: | $0.00 |
| Freight: | $6.95 |
| Sales Tax: | $0.00 |
| Invoice Total: | $114.85 |
| Less Deposit: | $114.85 |
| Invoice Balance | $0.00 |

Page:     1

# INVOICE

**Coins** of **America**™
A r t • H i s t o r y • V a l u e
*—coinsofamerica.com—*

Please Remit to:

Coins Of America
1235 Dakota Drive Suite G
Grafton, WI 53024
Phone:(866) 461-6812
sales@coinsofamerica.com

| | |
|---|---|
| Invoice Number: | 0988545 |
| Invoice Date: | 11/28/2011 |
| Order Number: | |
| Order Date: | |
| Customer Number: | 10-IT19508 |
| Email Address: | jg2665@sbcglobal.net |

Sold To:

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935

Ship To:   Tracking Number:   9405510200793098386601;

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935
(785) 527-2665

Confirm To:

| Purchase Order: | 100007777 | Ship VIA: | BEST WAY | Terms: PREPAID |
|---|---|---|---|---|
| | | | | Due: 11/28/2011 |

| Item Number | Description | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| | Cyber FREE Shipping 11/23/11 to 11/27/11 | | | | | |
| ABAEV2011 | 2011 American Eagle Silver Dol | 1 | 1 | 0 | $52.95 | $52.95 |
| EP2011 | 2011 Proof Silver Eagle | 1 | 1 | 0 | $83.75 | $83.75 |

*Julia*

**Total Items Shipped:**          **2**

**Invoice Copy.**
**Thank-you for your business.**

Customer   10-IT19508
Batch:
User ID:

| | |
|---|---|
| Net Invoice: | $136.70 |
| Less Discount: | $0.00 |
| Freight: | $0.00 |
| Sales Tax: | $0.00 |
| **Invoice Total:** | **$136.70** |

Page:      1

# INVOICE

**Coins of America**™
A r t • H i s t o r y • V a l u e
—*coinsofamerica.com*—

Please Remit to:

Coins Of America
1235 Dakota Drive Suite G
Grafton, WI 53024
Phone:(866) 461-6812
sales@coinsofamerica.com

| | |
|---|---|
| Invoice Number: | 1014052 |
| Invoice Date: | 11/27/2012 |
| Order Number: | |
| Order Date: | |
| Customer Number: | 10-IT19508 |
| Email Address: | jg2665@sbcglobal.net |

Sold To:

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935

Ship To:  Tracking Number:  9400110200829564659751;

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935
(785) 527-2665

Confirm To:

| Purchase Order: | 100013627 | Ship VIA: | BEST WAY | Terms: PREPAID Due: 11/27/2012 |
|---|---|---|---|---|

| Item Number | Description | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| | **USPS: Best Way** Paid By Authorize.Net | | | | | |
| ABAEV2012 | 2012 American Eagle Silver $ | 1 | 1 | 0 | $61.25 | $61.25 |

*Julia*

| | |
|---|---|
| Total Items Shipped: | 1 |

**Invoice Copy.**
**Thank-you for your business.**

Customer :  10-IT19508
Batch
User ID

| | |
|---|---|
| Net Invoice: | $61.25 |
| Less Discount: | $0.00 |
| Freight: | $5.35 |
| Sales Tax: | $0.00 |
| **Invoice Total:** | **$66.60** |
| Less Deposit: | $66.60 |
| **Invoice Balance** | **$0.00** |

Page: 1

# INVOICE

**Coins** of America™
A r t • H i s t o r y • V a l u e
*—coinsofamerica.com—*

Please Remit to:

Coins Of America
1235 Dakota Drive Suite G
Grafton, WI 53024
Phone:(866) 461-6812
sales@coinsofamerica.com

| | |
|---|---|
| Invoice Number: | 1044448 |
| Invoice Date: | 12/10/2013 |
| Order Number: | |
| Order Date: | |
| Customer Number: | 10-IT19508 |
| Email Address: | jg2665@sbcglobal.net |

Sold To:

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935

Ship To:  Tracking Number:  9400110200793927044235,

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935
(785) 527-2665

Confirm To:

| Purchase Order: | 100018906 | Ship VIA: | BEST WAY | Terms: PREPAID Due: 12/10/2013 |
|---|---|---|---|---|

| Item Number | Description | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| | Paid By Authorize.Net **USPS: Best Way** | | | | | |
| EP2013 | 2013 Proof Silver Eagle | 1 | 1 | 0 | $82.95 | $82.95 |

*Julia*

| | |
|---|---|
| **Total Items Shipped:** | 1 |

Invoice Copy.
Thank-you for your business.

Customer :  10-IT19508
Batch:
User ID:

| | |
|---|---|
| Net Invoice: | $82.95 |
| Less Discount: | $0.00 |
| Freight: | $5.85 |
| Sales Tax: | $0.00 |
| **Invoice Total:** | $88.80 |
| Less Deposit: | $88.80 |
| **Invoice Balance** | $0.00 |

Page: 1

# INVOICE

**Coins of America**™
A r t • H i s t o r y • V a l u e
—*coinsofamerica.com*—

Please Remit to:

Coins Of America
1235 Dakota Drive Suite G
Grafton, WI 53024
Phone:(866) 461-6812
sales@coinsofamerica.com

| | |
|---|---|
| Invoice Number: | 1072072 |
| Invoice Date: | 11/12/2014 |
| Order Number: | |
| Order Date: | |
| Customer Number: | 10-IT19508 |
| Email Address: | jg2665@sbcglobal.net |

Sold To:

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935

Ship To:  Tracking Number:  9405510200828386331718;

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935
(785) 527-2665

Confirm To:

| Purchase Order: | 100022648 | Ship VIA: | USPS-PM | Terms: PREPAID |
|---|---|---|---|---|
| | | | | Due: 11/12/2014 |

| Item Number | Description | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| | Paid By Authorize.Net | | | | | |
| ~~ENGRAVE~~ | ~~Engraving Charge~~ | ~~1~~ | ~~1~~ | ~~0~~ | ~~$4.95~~ | ~~$4.95~~ |
| ~~M899~~ | ~~Graduation Commemorative~~ | ~~1~~ | ~~1~~ | ~~0~~ | ~~$35.95~~ | ~~$35.95~~ |
| | ~~Casey Zimmerman~~ | | | | | |
| | ~~December 18, 2014~~ | | | | | |
| | ~~Congratulations!~~ | | | | | |
| EP2014 | 2014 Proof Silver Eagle | 2 | 2 | 0 | $82.95 | $165.90 |

*Julia & Sarah*

**Total Items Shipped:**              **4**

**Invoice Copy.**
**Thank-you for your business.**

Customer :  10-IT19508
Batch:
User ID:

| | |
|---|---|
| Net Invoice: | $210.80 |
| Less Discount: | $0.00 |
| Freight: | $6.00 |
| Sales Tax: | $0.00 |
| **Invoice Total:** | **$216.80** |
| Less Deposit: | $216.80 |
| **Invoice Balance** | $0.00 |

Page: 1

# INVOICE

**Coins of America** ™
A r t · H i s t o r y · V a l u e
*—coinsofamerica.com—*

Please Remit to:

Coins Of America
1235 Dakota Drive Suite G
Grafton, WI 53024
Phone:(866) 461-6812
sales@coinsofamerica.com

| | |
|---|---|
| Invoice Number: | 1104995 |
| Invoice Date: | 12/9/2015 |
| Order Number: | |
| Order Date: | |
| Customer Number: | 10-IT19508 |
| Email Address: | jg2665@sbcglobal.net |

**Sold To:**

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935

**Ship To:**  Tracking Number:  9400115901515104136253,

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935
(785) 527-2665

Confirm To:

| Purchase Order: | 100027267 | Ship VIA: | BEST WAY | Terms: PREPAID |
|---|---|---|---|---|
| | | | | Due:  12/9/2015 |

| Item Number | Description | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| | Paid By Authorize.Net | | | | | |
| EP2015 | 2015 Proof Silver Eagle | 2 | 2 | 0 | $69.95 | $139.90 |

*Julia & Sarah*

**Total Items Shipped:**            **2**

**Invoice Copy.**
**Thank-you for your business.**

Customer :  10-IT19508
Batch:
User ID:

| | |
|---|---|
| Net Invoice: | $139.90 |
| Less Discount: | $0.00 |
| Freight: | $5.54 |
| Sales Tax: | $0.00 |
| **Invoice Total:** | **$145.44** |
| Less Deposit: | $145.44 |
| **Invoice Balance** | **$0.00** |

Page:    1

# INVOICE

**Coins of America**™
Art • History • Value
—*coinsofamerica.com*—

Please Remit to:

Coins Of America
1235 Dakota Drive Suite G
Grafton, WI 53024
Phone:(866) 461-6812
sales@coinsofamerica.com

| | |
|---|---|
| Invoice Number: | 1131798 |
| Invoice Date: | 11/7/2016 |
| Order Number: | |
| Order Date: | |
| Customer Number: | 10-IT19508 |
| Email Address: | jg2665@sbcglobal.net |

**Sold To:**

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935

**Ship To:**   Tracking Number:  9405515901515104235270.

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935
(785) 527-2665

Confirm To:

| Purchase Order: | Ship VIA: | BEST WAY | Terms: PREPAID |
|---|---|---|---|
| | | | Due:  11/7/2016 |

| Item Number | Description | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| | Paid By Credit Card | | | | | |
| ~~M999~~ | ~~Wedding Commemorative~~ | ~~1~~ | ~~1~~ | ~~0~~ | ~~$39.95~~ | ~~$39.95~~ |
| ~~ENGRAVE~~ | ~~Engraving Charge~~ | ~~1~~ | ~~1~~ | ~~0~~ | ~~$4.95~~ | ~~$4.95~~ |
| | ~~Lindsey & Kadin~~ | | | | | |
| | ~~From Julie & Tim~~ | | | | | |
| | ~~January 7, 2017~~ | | | | | |
| EP2016 | 2016 Proof Silver Eagle | 2 | 2 | 0 | $74.95 | $149.90 |

*Julia & Sarah*

**Total Items Shipped:**                4

**Invoice Copy.**
**Thank-you for your business.**

Customer   10-IT19508
Batch:
User ID:

| | |
|---|---|
| Net Invoice: | $194.80 |
| Less Discount: | $0.00 |
| Freight: | $6.20 |
| Sales Tax: | $0.00 |
| **Invoice Total:** | **$201.00** |
| Less Deposit: | $201.00 |
| **Invoice Balance** | $0.00 |

Page: 1

# INVOICE

**Coins of America™**
Art • History • Value
—coinsofamerica.com—

Please Remit to

Coins Of America
1235 Dakota Drive Suite G
Grafton, WI 53024
Phone:(866) 461-6812
sales@coinsofamerica.com

| | |
|---|---|
| Invoice Number: | 1159587 |
| Invoice Date: | 12/1/2017 |
| Order Number: | |
| Order Date: | |
| Customer Number: | 10-IT19508 |
| Email Address: | jg2665@sbcglobal.net |

**Sold To:**

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS 66935

**Ship To:**  Tracking Number:  9400109898642100438138.

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS 66935
(785) 527-2665

Confirm To:

| Purchase Order: | 100034328 | Ship VIA: | BEST WAY | Terms: PREPAID |
|---|---|---|---|---|
| | | | | Due: 12/1/2017 |

| Item Number | Description | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| EP2017 | Paid By Credit Card 2017 Proof Silver Eagle | 2 | 2 | 0 | $74.95 | $149.90 |

*Julia & Sarah*

**Total Items Shipped:**  2

**Invoice Copy.**
**Thank-you for your business.**

Customer :  10-IT19508
Batch:
User ID:

| | |
|---|---|
| Net Invoice: | $149.90 |
| Less Discount: | $0.00 |
| Freight: | $6.73 |
| Sales Tax: | $0.00 |
| Invoice Total: | $156.63 |
| Less Deposit: | $156.63 |
| Invoice Balance | $0.00 |

Page:   1

# INVOICE

**Coins** of **America** ™
Art • History • Value
*—coinsofamerica.com—*

Please Remit to:

Coins Of America
1235 Dakota Drive Suite G
Grafton, WI 53024
Phone:(866) 461-6812
sales@coinsofamerica.com

| | |
|---|---|
| Invoice Number: | 1179314 |
| Invoice Date: | 11/7/2018 |
| Order Number: | |
| Order Date: | |
| Customer Number: | 10-IT19508 |
| Email Address: | jg2665@sbcglobal.net |

Sold To:

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935

Ship To:  Tracking Number:  9400109898642237696074;

Julianne Gottschalk
15527 East Palatial Drive
Fountain Hills, AZ  85268
(785) 527-2665

Confirm To:

| Purchase Order: | 100036892 | Ship VIA: | BEST WAY | Terms: PREPAID |
|---|---|---|---|---|
| | | | | Due:  11/7/2018 |

| Item Number | Description | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| | Please note different ship-to address. | | | | | |
| | Thank you. | | | | | |
| | Paid By Credit Card | | | | | |
| EV2018 | 2018 Silver Eagle - Velvet Box | 2 | 2 | 0 | $38.95 | $77.90 |

*Julia & Sarah*

**Total Items Shipped:**          2

**Invoice Copy.**
**Thank-you for your business.**

Customer :  10-IT19508
Batch
User ID:

| | |
|---|---|
| Net Invoice: | $77.90 |
| Less Discount: | $0.00 |
| Freight: | $7.50 |
| Sales Tax: | $0.00 |
| **Invoice Total:** | **$85.40** |
| Less Deposit: | $85.40 |
| **Invoice Balance** | $0.00 |

# INVOICE

**Coins of America**™
A r t • H i s t o r y • V a l u e
*—coinsofamerica.com—*

Page: 1

Please Remit to:

Coins Of America
1235 Dakota Drive Suite G
Grafton, WI 53024
Phone:(866) 461-6812
sales@coinsofamerica.com

| | |
|---|---|
| Invoice Number: | 1201145 |
| Invoice Date: | 12/16/2019 |
| Order Number: | |
| Order Date: | |
| Customer Number: | 10-IT19508 |
| Email Address: | jg2665@sbcglobal.net |

Sold To:

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935

Ship To:   Tracking Number:  9405509898642814643395;

Julianne Gottschalk
2540 Sunset Drive
Belleville, KS  66935
(785) 527-2665

Confirm To:

| Purchase Order: | 100039768 | Ship VIA: | BEST WAY | Terms: PREPAID |
|---|---|---|---|---|
| | | | | Due: 12/16/2019 |

| Item Number | Description | Ordered | Shipped | Back Ordered | Price | Amount |
|---|---|---|---|---|---|---|
| | Paid By Credit Card | | | | | |
| M002 | Wedding Commemorative | 1 | 1 | 0 | $99.95 | $99.95 |
| ENGRAVE | Engraving Charge | 1 | 1 | 0 | $4.95 | $4.95 |
| | Allison and Casey | | | | | |
| | November 16, 2019 | | | | | |
| | Hays, Kansas | | | | | |
| EP2019 | 2019 Proof Silver Eagle | 2 | 2 | 0 | $74.95 | $149.90 |

*Julia & Sarah*

**Total Items Shipped:**          **4**

**Invoice Copy.**
**Thank-you for your business.**

Customer :  10-IT19508
Batch:
User ID:

| | |
|---|---|
| Net Invoice: | $194.80 |
| Less Discount: | $0.00 |
| Freight: | $7.89 |
| Sales Tax: | $0.00 |
| **Invoice Total:** | **$202.69** |
| Less Deposit: | $202.69 |
| **Invoice Balance** | **$0.00** |