**DISTRICT JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. District Judge:** Douglas L. Rayes | **Date:** January 30, 2024 |
| **USA v. David Allen Harbour** | **Case Number:** CR-19-00898-001-PHX-DLR |

**Assistant U.S. Attorney:** Kevin Rapp
**Attorney for Defendant:** Steve Dichter (Retained)
**Interpreter:** N/A
**Defendant:**  ☒ Present   ☐ Not Present   ☐ Released   ☒ Custody   ☐ Summons

## CONTINUATION OF SENTENCING

<u>10:36 a.m.</u> Reconvene. Parties and counsel present. For the reasons stated on the record, pending motions are ruled on as follows:
- Government's Motion to Compel Financial Disclosures (Doc. 823) is WITHDRAWN.
- Defendant's Motion for Reconsideration of the Forfeiture Order (Doc. 804) is GRANTED IN PART. The Court's Forfeiture Order (Doc. 801) is amended as stated on the record.
- Defendant's Rule 33(b)(1) Motion for a New Trial (Doc. 811) is DENIED.

Objections to the Presentence Investigation Report are addressed as stated on the record.
<u>12:02 p.m.</u> Recess.

<u>1:22 p.m.</u> Reconvene. Sentence imposed. Judgment to issue.
<u>2:05 p.m.</u> Recess.

<u>2:11 p.m.</u> Reconvene. The Court confirms that Defendant has reviewed the mandatory and standard conditions of supervised release with his attorney. Restitution Hearing set for March 29, 2024, at 9:30 a.m. Defendant elects to waive his presence at the restitution hearing.
<u>2:13 p.m.</u> Court is adjourned.

| | |
|---|---|
| **Court Reporter** Jennifer Pancratz | **Sent   2 hr 11 min** |
| **Deputy Clerk** Robert Vasquez and Sara Quinones | |
| | **Start:  10:36 AM** |
| | **Stop:   2:13 PM** |