Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
Justin R. Vanderveer, 037657
jvanderveer@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Attorneys for Defendant David Harbour

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | Case No. 2:19-cr-00898-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL** |
| David Allen Harbour, | |
| Defendant. | |

Pursuant to 18 U.S.C. §1291 and §3742, Defendant David L. Harbour respectfully appeals to the 9th Circuit Court of Appeals from the Judgment entered and from the sentence imposed by the Court on January 30, 2024, with the exception that Defendant does not appeal from the Judgment for Count 24 of the Second Superseding Indictment, to which Defendant pleaded guilty pursuant to a Plea Agreement that has been accepted by the Court.

Defendant's appeal is with respect and pertaining to convictions for all the Counts of the Second Superseding Indictment, of which the Jury found Defendant guilty, namely Counts 1, 2, 6, 7, 13, 14, 15, 16, 17, 18, 19, and 20, omitting the Counts of which the Jury found the Defendant guilty but upon which the Court acquitted Defendant based upon post-trial Motions, namely Counts 3, 21, 22, and 23.

Defendant also appeals to the 9th Circuit Court of Appeals from the Forfeiture Order entered as against Defendant David L. Harbour.

Defendant plans to further appeal from the Order of Restitution that it anticipates the Court will enter following the Restitution Hearing scheduled for March 29, 2024. Finally, a Motion to Proceed in the Appeal *in Forma Pauperis* has been filed. Counsel undersigned had not been retained to represent Defendant on Appeal. Defendant is indigent and appellate counsel must be appointed.

RESPECTFULLY SUBMITTED this 7th day of February 2024.

CHRISTIAN DICHTER & SLUGA, P.C.

By: /s/ Stephen M. Dichter
    Stephen M. Dichter
    Justin R. Vanderveer
    2800 North Central Avenue, Suite 860
    Phoenix, Arizona 85004
    Attorneys for Defendant David A. Harbour

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Kevin M. Rapp
Kevin.rapp@usdoj.gov
Assistant United States Attorney
Joseph F. Bozdech
Joseph.bozdech@usdoj.gov
Assistant United States Attorney
U.S. Attorney's Office
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
Attorney for Plaintiff


/s/ Yvonne Canez