AZD PS 40  (AZD Rev. 10/12) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| TO: | Office of Legal Affairs, Passport Services | FROM: | United States Pretrial Services |
|---|---|---|---|
| | U.S. Department of State | | Sandra Day O'Connor Courthouse, Suite 260 |
| | CA/PPT/L/LA | | 401 W. Washington Street, SPC 8 |
| | 44132 Mercure Circle | | Phoenix, Arizona 85003-2119 |
| | P.O. Box 1243 | | (602) 322-7350 |
| | Sterling, VA 20166-1243 | | Fax: (602) 322-7380 |

**Disposition Notice**

Date: March 13, 2024
By: VE

Defendant: David Allen Harbour          Case Number: 0970 2:19CR00898
Date of Birth: 1973                     Place of Birth: Omaha, Nebraska
SSN: XXX-XX-6379

**Notice of Court Order** (Order Date: August 8, 2018)

☒ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☒ The above-named defendant surrendered Passport/Passport Card number 6XXXX/C1XXXXX to the custody of the U.S. Pretrial Services on 08/30, 2019.

**NOTICE OF DISPOSITION**
The above case has been disposed of.

☒ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☒ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court