JON M. SANDS
Federal Public Defender
JAMI JOHNSON (New York Bar #4823373)
Assistant Federal Public Defender
850 West Adams, Suite 201
Phoenix, Arizona 85007
(602) 382-2700
jami_johnson@fd.org
*Attorneys for Defendant Harbour*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>     vs.<br><br>David Allen Harbour,<br><br>           Defendant. | No. CR-19-898-PHX-DLR<br><br>**NOTICE OF ERRATA** |

    Defendant David Allen Harbour, by and through Jami Johnson, Assistant Federal Public Defender, respectfully submits a Notice of Errata to the caption title on the Transcript Redaction Request filed at docket no. 902. The caption title should read "In the United States District Court District of Arizona."

    Respectfully submitted: April 9, 2024.

JON M. SANDS
Federal Public Defender

s/*Jami Johnson*
JAMI JOHNSON
*Assistant Federal Public Defender*

1