GARY M. RESTAINO
United States Attorney
District of Arizona
JENNIFER LEVINSON
Assistant U.S. Attorney
Arizona State Bar No. 020551
Financial Litigation Program
40 N. Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Jennifer.Levinson@usdoj.gov
Attorney for Plaintifff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 19-00898-001-PHX-DLR |
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| v. | |
| David Allen Harbour, | |
| Defendant. | |

PLEASE TAKE NOTICE that Assistant United States Attorney Jennifer Levinson is hereby added as counsel for the government in the above-captioned case.

DATED: August 1, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s / Jennifer Levinson*
JENNIFER LEVINSON
Assistant United States Attorney