GARY M. RESTAINO
United States Attorney
District of Arizona
JOSEPH BOZDECH
California State Bar Number 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: joseph.bozdech@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>   Plaintiff,<br><br><br>  v.<br><br>David Allen Harbour,<br><br>   Defendant. | CR 19-00898-PHX-DLR<br><br>**Notice of Service by Mail and Publication of Amended Preliminary Order of Forfeiture (Doc. 853)** |

Pursuant to the provisions of Federal Rules of Civil Procedure Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims ("Fed. R. Civ. P. Supp.") G(4), Fed. R. Crim. P. 32.2(b)(6), and 21 U.S.C. § 853(n)(1), attached is Declaration of Publication affirming that Plaintiff United States of America posted a notice of forfeiture on an official government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning June 6, 2024, and ending July 5, 2024.

Moreover, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Fed. R. Civ. P. Supp. G(4), on June 6, 2024, a notice of forfeiture containing the amended preliminary order of forfeiture (Doc. 853) was served via United States Postal Service First-Class Mail and Certified United States Mail upon the following individual/entity:

- Abby Harbour, 15527 E. Palatial Dr., Fountain Hills, AZ 85268; and

- BackJoy Orthotics LLC, Attn: Tre Vertuca, Pres. & CEO, P.O. Box 11036, Boulder, CO 80301.

Additionally, on July 1, 2024, a notice of forfeiture containing the amended preliminary order of forfeiture (Doc. 853) was served via United States Postal Service First-Class Mail and Certified United States Mail upon the following individual/entity:

- BackJoy Orthotics, LLC, Attn: Eric Selhorn, Registered Agent, P.O. Box 11036, Boulder, CO 80301.

Attached are copies of all materials sent from and/or received by the United States Attorney's Office during the course of such service. All names and addresses reflect the most up-to-date contact information on all potential claimants as identified and made available to the United States Attorney's Office by law enforcement.

DATED this 14th day of August, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/ Joseph Bozdech*
JOSEPH BOZDECH
Assistant United States Attorney

**CERTIFICATION**

I certify that on August 14, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant: counsel of record.

By: *S/ Ray Southwick*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

UNITED STATES OF AMERICA,               )
                                        )
                        Plaintiff,      )
                                        )
            v.                          )          19CR00898PHXDLR
                                        )
David Allen Harbour                     )
                                        )
                        Defendant.      )

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on June 06, 2024 and ending on July 05, 2024. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct.  Executed on August 14, 2024 at Phoenix, AZ.

/s/ Joseph Bozdech

Joseph Bozdech
AUSA

Attachment 1

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA
## COURT CASE NUMBER: 19CR00898PHXDLR; NOTICE OF FORFEITURE

Notice is hereby given that on January 25, 2024, in the case of <u>U.S. v. David Allen Harbour</u>, Court Case Number 19CR00898PHXDLR, the United States District Court for the District of Arizona entered an Order condemning and forfeiting the following property to the United States of America:

Miscellaneous jewelry and coins Ser No: see items list (19-FBI-009336), including the following items: 1 Ring with pink stone, Ser No: None; 1 Chanel watch, Ser No: W.K.80418; 1 stud earrings, Ser No: None; 1 3 ASU championship rings, Ser No: None; 1 10 silver American Eagle coins in collector boxes, Ser No: None which was seized from David Harbour on August 05, 2019 at 8901 N. Martingale Rd, located in Paradise Valley, AZ

$30,000 capital trust account with BackJoy Orthotics LLC (24-FBI-004533)

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file an ancillary petition within 60 days of the first date of publication (June 06, 2024) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The ancillary petition must be filed with the Clerk of the Court, 401 W Washington Street, Phoenix, AZ 85003, and a copy served upon Assistant United States Attorney Joseph F. Bozdech, 40 North Central Avenue, Suite 1800, Phoenix, AZ 85004. The ancillary petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all ancillary petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such ancillary petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

The government may also consider granting petitions for remission or mitigation, which pardon all or part of the property from the forfeiture. A petition must include a description of your interest in the property supported by documentation; include any facts you believe justify the return of the property; and be signed under oath, subject to the penalty of perjury, or meet the requirements of an unsworn statement under penalty of perjury. *See* 28 U.S.C. Section 1746. For the regulations pertaining to remission or mitigation of the forfeiture, see 28 C.F.R. Sections 9.1 - 9.9. The criteria for remission of

the forfeiture are found at 28 C.F.R. Section 9.5(a).  The criteria for mitigation of the forfeiture are found at 28 C.F.R. Section 9.5(b).  The petition for remission need not be made in any particular form and may be filed online or in writing.  You should file a petition for remission not later than 11:59 PM EST 30 days after the date of final publication of this notice.  *See* 28 C.F.R. Section 9.3(a).  The https://www.forfeiture.gov/FilingPetition.htm website provides access to a standard petition for remission form that may be mailed and the link to file a petition for remission online.  If you cannot find the desired assets online, you must file your petition for remission in writing by sending it to Assistant United States Attorney Joseph F. Bozdech, 40 North Central Avenue, Suite 1800, Phoenix, AZ  85004.  This website provides answers to frequently asked questions (FAQs) about filing a petition for remission.  You may file both an ancillary petition with the court and a petition for remission or mitigation.



## Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between June 6, 2024 and July 05, 2024.  Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. David Allen Harbour

**Court Case No:**          19CR00898PHXDLR
**For Asset ID(s):**          See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 06/06/2024 | 23.9 | Verified |
| 2 | 06/07/2024 | 24.0 | Verified |
| 3 | 06/08/2024 | 23.9 | Verified |
| 4 | 06/09/2024 | 23.9 | Verified |
| 5 | 06/10/2024 | 23.9 | Verified |
| 6 | 06/11/2024 | 23.8 | Verified |
| 7 | 06/12/2024 | 24.0 | Verified |
| 8 | 06/13/2024 | 23.9 | Verified |
| 9 | 06/14/2024 | 23.9 | Verified |
| 10 | 06/15/2024 | 23.9 | Verified |
| 11 | 06/16/2024 | 23.9 | Verified |
| 12 | 06/17/2024 | 23.9 | Verified |
| 13 | 06/18/2024 | 23.9 | Verified |
| 14 | 06/19/2024 | 23.9 | Verified |
| 15 | 06/20/2024 | 23.9 | Verified |
| 16 | 06/21/2024 | 23.9 | Verified |
| 17 | 06/22/2024 | 23.9 | Verified |
| 18 | 06/23/2024 | 23.9 | Verified |
| 19 | 06/24/2024 | 23.9 | Verified |
| 20 | 06/25/2024 | 23.9 | Verified |
| 21 | 06/26/2024 | 23.9 | Verified |
| 22 | 06/27/2024 | 23.8 | Verified |
| 23 | 06/28/2024 | 23.9 | Verified |
| 24 | 06/29/2024 | 23.9 | Verified |
| 25 | 06/30/2024 | 24.0 | Verified |
| 26 | 07/01/2024 | 23.9 | Verified |
| 27 | 07/02/2024 | 24.0 | Verified |
| 28 | 07/03/2024 | 23.9 | Verified |
| 29 | 07/04/2024 | 23.9 | Verified |
| 30 | 07/05/2024 | 23.8 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ 85004-4408 | |

*Joseph.Bozdech@usdoj.gov*

June 6, 2024
*Sent Via Certified and First-Class U.S. Mail to:*

Abby Harbour
15527 E. Palatial Dr.
Fountain Hills, AZ 85268

      Re:   *United States v. David Allen Harbour*
             CR-19-00898-PHX-DLR

Dear Ms. Harbour:

    Our records indicate that you or your client may have an interest in certain property seized in the above action. This letter is to advise you that the United States has initiated judicial proceedings to criminally forfeit that property. By receipt of this letter, you or your client are on actual notice of these proceedings. Enclosed are copies of the Notice of Forfeiture and Preliminary Order of Forfeiture.

    Service of this letter in no way implies that the United States believes that you have a valid interest in any property. The procedure and deadlines for filing a claim or petition are governed by 21 U.S.C. § 853(n)(2) and (3). Any claim or petition filed with the court must: (1) be signed under penalty of perjury; (2) identify the property at issue; (3) describe the nature and extent of any interest in the property; (4) detail the time and circumstances of acquisition of the interest in the property; (5) list any additional facts and documents in support of the claim or petition; and (6) state the specific relief sought.

    Failure to timely comply with these rules will lead to entry of an order forfeiting the property.

                    Regards,

                    GARY M. RESTAINO
                    United States Attorney
                    District of Arizona

                    JOSEPH F. BOZDECH
                    Assistant United States Attorney

Encl.:  Notice of Forfeiture
        Preliminary Order of Forfeiture



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To ABBY HARBOUR
Street and Apt. No., or PO Box No. 15567 E. PALATIAL DR.
City, State, ZIP+4® FOUNTAIN HILLS, AZ 85268

MAILED
6-6-24 Postmark
Here

7021 0950 0001 1678 2065

PS Form 3800, April 2015 PSN 7530-02-000-9047        See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ABBY HARBOUR
15527 E. PALATIAL DR.
FOUNTAIN HILLS, AZ 85268

9590 9402 8353 3156 3565 12

2. Article Number (Transfer from service label)

7021 0950 0001 1678 2065

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Julie Gottschalk 6/19/24

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main: (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ  85004-4408 | |

*Joseph.Bozdech@usdoj.gov*

June 6, 2024
*Sent Via Certified and First-Class U.S. Mail to:*

BackJoy Orthotics, LLC
Attn: Tre Vertuca, President and COO
P.O. Box 11036
Boulder, CO 80301

Re:   *United States v. David Allen Harbour*
       CR-19-00898-PHX-DLR

Dear Mr. Vertuca:

Our records indicate that you or your client may have an interest in certain property seized in the above action. This letter is to advise you that the United States has initiated judicial proceedings to criminally forfeit that property. By receipt of this letter, you or your client are on actual notice of these proceedings. Enclosed are copies of the Notice of Forfeiture and Preliminary Order of Forfeiture.

Service of this letter in no way implies that the United States believes that you have a valid interest in any property. The procedure and deadlines for filing a claim or petition are governed by 21 U.S.C. § 853(n)(2) and (3). Any claim or petition filed with the court must: (1) be signed under penalty of perjury; (2) identify the property at issue; (3) describe the nature and extent of any interest in the property; (4) detail the time and circumstances of acquisition of the interest in the property; (5) list any additional facts and documents in support of the claim or petition; and (6) state the specific relief sought.

Failure to timely comply with these rules will lead to entry of an order forfeiting the property.

Regards,

GARY M. RESTAINO
United States Attorney
District of Arizona

JOSEPH F. BOZDECH
Assistant United States Attorney

Encl.:  Notice of Forfeiture
         Preliminary Order of Forfeiture

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)        $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required           $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To
BACKJOY ORTHOTICS LLC

Street and Apt. No., or PO Box No.
ATTN: TRE VERTUCA, PRES & COO
P.O. BOX 11036

City, State, ZIP+4®
BOULDER, CO 80301

MAILED
6-6-24
R.S.
Postmark
Here

7021 0950 0001 1678 2089

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BackJoy Orthotics, LLC
ATTN: Tre Vertuca, Pres. & COO
P.O. Box 11036
Boulder, CO 80301

9590 9402 8353 3156 3565 36

2. Article Number (Transfer from service label)

7021 0950 0001 1678 2089

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ _____ ail
il Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

USPS TRACKING# 802
DENVER CO 802



9590 9402 8353 3156 3565 36

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Ray Southwick
United States Attorney's Office
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-4408

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

CR19-00898-PHX-DLR

ALERT: FLOODING AND SEVERE WEATHER IN THE CARIBBEAN, SOUTHEAST, MID-ATLANTIC,...

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 70210950000116782089

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 1:59 pm on June 13, 2024 in LONGMONT, CO 80504.

Get More Out of USPS Tracking:

USPS Tracking Plus®

● **Delivered**
**Delivered, Left with Individual**
LONGMONT, CO 80504
June 13, 2024, 1:59 pm

● **Forwarded**
BOULDER, CO
June 11, 2024, 12:12 pm

● **Departed USPS Regional Facility**
DENVER CO DISTRIBUTION CENTER
June 10, 2024, 8:37 am

● **Arrived at USPS Regional Facility**
DENVER CO DISTRIBUTION CENTER
June 8, 2024, 9:34 am

● **Arrived at USPS Regional Facility**
PHOENIX AZ DISTRIBUTION CENTER

Feedback

June 6, 2024, 8:08 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Track Another Package

> Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

GARY M. RESTAINO
United States Attorney
District of Arizona
JOSEPH BOZDECH
California State Bar Number 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: joseph.bozdech@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 19-00898-PHX-DLR |
| Plaintiff, | **Notice of Forfeiture** |
| v. | |
| David Allen Harbour, | |
| Defendant. | |

Notice is given that an order was entered condemning and forfeiting to the United States of America the property listed in the order.  The order having been entered, Plaintiff United States of America gives notice of its intention to dispose of the forfeited property in such manner as the Attorney General of the United States may direct. Any persons or entities having or claiming a legal right, title or interest in any of the aforementioned property must, within thirty (30) days of the final publication of this notice or actual receipt of this notice, whichever is earlier, petition the United States District Court for the District of Arizona for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to 21 U.S.C. § 853(n).

If a hearing is requested, it shall be held before the Court alone without a jury. Petitioners bear the burden of proof in all such cases.  Petitions that fail to allege an

interest sufficient to maintain a claim under 21 U.S.C. § 853(n) shall be subject to dismissal without a hearing.

The petition must be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought. *See* 21 U.S.C. § 853(n)(3). Corporate persons may only file claims if represented by counsel.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition. The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than any of the defendants named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the United States District Court, District of Arizona, at the following address:

• 401 West Washington Street, Phoenix, Arizona 85003.

Furthermore, you must serve the United States of America with your petition at the following address:

• Assistant United States Attorney Joseph Bozdech, Two Renaissance Square, 40 North Central, Suite 1800, Phoenix, Arizona 85004-4408.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE,

WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THE PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES.  THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

DATED this 6th day of June, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/ Joseph Bozdech*
JOSEPH BOZDECH
Assistant United States Attorney



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Two Renaissance Square | Main:   (602) 514-7500 |
| 40 N. Central Ave., Suite 1800 | Main Fax: (602) 514-7693 |
| Phoenix, AZ  85004-4408 | |

*Joseph.Bozdech@usdoj.gov*

July 1, 2024
*Sent Via Certified and First-Class U.S. Mail to:*

BackJoy Orthotics, LLC
Attn: Eric Selhorn, Registered Agent
P.O. Box 11036
Boulder, CO 80301

Re:   *United States v. David Allen Harbour*
         CR-19-00898-PHX-DLR

Dear Mr. Selhorn:

Our records indicate that you or your client may have an interest in certain property seized in the above action. This letter is to advise you that the United States has initiated judicial proceedings to criminally forfeit that property. By receipt of this letter, you or your client are on actual notice of these proceedings. Enclosed are copies of the Notice of Forfeiture and Preliminary Order of Forfeiture.

Service of this letter in no way implies that the United States believes that you have a valid interest in any property. The procedure and deadlines for filing a claim or petition are governed by 21 U.S.C. § 853(n)(2) and (3). Any claim or petition filed with the court must: (1) be signed under penalty of perjury; (2) identify the property at issue; (3) describe the nature and extent of any interest in the property; (4) detail the time and circumstances of acquisition of the interest in the property; (5) list any additional facts and documents in support of the claim or petition; and (6) state the specific relief sought.

Failure to timely comply with these rules will lead to entry of an order forfeiting the property.

Regards,

GARY M. RESTAINO
United States Attorney
District of Arizona

JOSEPH F. BOZDECH
Assistant United States Attorney

Encl.:  Notice of Forfeiture
          Preliminary Order of Forfeiture

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $ _____
☐ Return Receipt (electronic)    $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required       $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To   BACKJOY ORTHOTICS, LLC
ATTN: ERIC SELHORN, REGISTERED AGENT
Street and Apt. No., or PO Box No.
P.O. BOX 11036
City, State, ZIP+4®
BOULDER, CO 80301

Postmark Here

MAILED 7-1-24

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7021 0950 0001 1678 2096

**ALERT: FLOODING AND SEVERE WEATHER IN THE CARIBBEAN, SOUTHEAST, MID-ATLANTIC,...**

# USPS Tracking®

FAQs >

**Tracking Number:**                                                                    Remove ✕

# 70210950000116782096

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 3:36 pm on July 19, 2024 in LONGMONT, CO 80504.

---

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

● **Delivered**
**Delivered, Left with Individual**
LONGMONT, CO 80504
July 19, 2024, 3:36 pm

● **Arrived at USPS Regional Facility**
DENVER CO DISTRIBUTION CENTER
July 18, 2024, 3:12 pm

● **Arrived at USPS Regional Facility**
COLORADO SPRINGS CO DISTRIBUTION CENTER
July 15, 2024, 2:05 pm

● **Departed USPS Regional Facility**
DENVER CO DISTRIBUTION CENTER
July 3, 2024, 9:58 am

● **Arrived at USPS Regional Facility**
DENVER CO DISTRIBUTION CENTER

Feedback

July 3, 2024, 5:13 am

● **Arrived at USPS Regional Facility**
PHOENIX AZ DISTRIBUTION CENTER
July 2, 2024, 12:44 am

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

---

**Text & Email Updates**                                              ⌄

---

**USPS Tracking Plus®**                                               ⌄

---

**Product Information**                                               ⌄

---

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

GARY M. RESTAINO
United States Attorney
District of Arizona
JOSEPH BOZDECH
California State Bar Number 303453
Assistant United States Attorney
Two Renaissance Square
40 North Central Avenue, Suite 1800
Phoenix, Arizona 85004-4408
Telephone: (602) 514-7500
Email: joseph.bozdech@usdoj.gov
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 19-00898-PHX-DLR |
| Plaintiff, | **Notice of Forfeiture** |
| v. | |
| David Allen Harbour, | |
| Defendant. | |

Notice is given that an order was entered condemning and forfeiting to the United States of America the property listed in the order.  The order having been entered, Plaintiff United States of America gives notice of its intention to dispose of the forfeited property in such manner as the Attorney General of the United States may direct. Any persons or entities having or claiming a legal right, title or interest in any of the aforementioned property must, within thirty (30) days of the final publication of this notice or actual receipt of this notice, whichever is earlier, petition the United States District Court for the District of Arizona for a hearing to adjudicate the validity of his/her alleged interest in the property pursuant to 21 U.S.C. § 853(n).

If a hearing is requested, it shall be held before the Court alone without a jury. Petitioners bear the burden of proof in all such cases.  Petitions that fail to allege an

interest sufficient to maintain a claim under 21 U.S.C. § 853(n) shall be subject to dismissal without a hearing.

The petition must be signed by the petitioner under penalty of perjury and shall identify the particular property or properties in which the petitioner claims a legal right, title or interest; the nature and extent of the such right, title or interest in each property; the time and circumstances of the petitioner's acquisition of the right, title and interest in each property; and any additional facts and documents supporting the petitioner's claim and the relief sought.  *See* 21 U.S.C. § 853(n)(3). Corporate persons may only file claims if represented by counsel.

A hearing on the petition shall, to the extent practicable and consistent with the interests of justice, be held within thirty (30) days of the filing of the petition.  The Court may consolidate the hearing on the petition with a hearing on any other petition filed by a person other than any of the defendants named above. The petitioner may testify and present evidence and witnesses on his own behalf and cross-examine witnesses who appear at the hearing.

Your petition must be filed with the United States District Court, District of Arizona, at the following address:

• 401 West Washington Street, Phoenix, Arizona 85003.

Furthermore, you must serve the United States of America with your petition at the following address:

• Assistant United States Attorney Joseph Bozdech, Two Renaissance Square, 40 North Central, Suite 1800, Phoenix, Arizona 85004-4408.

IF YOU FAIL TO FILE A PETITION TO ASSERT YOUR RIGHT, TITLE OR INTEREST IN THE PROPERTY, WITHIN THIRTY (30) DAYS OF THIS NOTICE, OR WITHIN THIRTY (30) DAYS OF THE LAST PUBLICATION OF THIS NOTICE,

WHICHEVER IS EARLIER, YOUR RIGHT, TITLE AND INTEREST IN THE PROPERTY SHALL BE LOST AND FORFEITED TO THE UNITED STATES.  THE UNITED STATES THEN SHALL HAVE CLEAR TITLE TO THE PROPERTY AND MAY WARRANT GOOD TITLE TO ANY SUBSEQUENT PURCHASER OR TRANSFEREE.

DATED this 1st day of July, 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona

*S/ Joseph Bozdech*
JOSEPH BOZDECH
Assistant United States Attorney

1

2

3

4

5

6 **IN THE UNITED STATES DISTRICT COURT**

7 **FOR THE DISTRICT OF ARIZONA**

8

9 United States of America,

No. CR-19-00898-001-PHX-DLR

10            Plaintiff,

**ORDER**

11 v.

12 David Allen Harbour,

13            Defendant.

14

15

16       Before the Court is the Government's Motion to Amend Order of Forfeiture and/or

17 Order Immediate Payment of Restitution (Doc. 805). There being no response filed by

18 Defendant, and for good cause shown, the Court grants the motion and adopts the

19 Government's proposed order. Accordingly,

20       **IT IS ORDERED** that the Government's motion (Doc. 805) is **GRANTED** and the

21 Court's forfeiture order (Doc. 801) is amended as follows:

22       On November 6, 2023, this Court entered its Order of forfeiture, including directly

23 forfeitable substitute property and a money judgment. (Doc. 801). Except as to the value

24 of the directly forfeited property, the money judgment remains unsatisfied. The United

25 States has now shown by a preponderance of the evidence that the following items of

26 personal property and Defendant's $30,000 capital trust account with BackJoy Orthotics,

27 LLC, are subject to forfeiture as substitute assets in partial satisfaction of the money

28 judgment against Defendant:

1.     Cartier Pasha Seatimer Chronograph Watch with Serial Number 604011MX and Black Rubber Bracelet;

2.     18 Karat White Gold Diamond Cuff Bracelet;

3.     Stud Earrings;

4.     10 Silver Dollars in American Eagle Collector Boxes;

5.     Three ASU Championship Rings;

6.     Chanel Watch with Serial Number W.K.80418;

7.     Ring with Pink Stone; and

8.     Stainless Navitimer Gents Breitling Watch with Serial Number 422425 and Polished Navitimer Heritage Bracelet (collectively, the "Subject Property").

The Court has determined that the Subject Property is subject to forfeiture as substitute assets pursuant to 18 U.S.C. § 981, 982, 21 U.S.C. § 853(p), and/or 28 U.S.C. § 2461(c). The Government has established that one or more of the conditions in 21 U.S.C. 853(p)(1) have been met, and that the Subject Property qualifies for forfeiture under 21 U.S.C. 853(p)(2). The Court finds that the defendant has forfeited all right, title and interest defendant may have in the Subject Property.

Upon the entry of this Order, the United States is authorized to seize the Subject Property and to conduct any discovery to identify, locate or dispose property that is subject to forfeiture, in accordance with Fed. R. Crim. P. 32.2(b)(3).

Upon entry of this Order, the United States is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order.

Any person asserting a legal interest in the Subject Property must, within thirty days of the final publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of any alleged interest in the property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n).

Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the defendant's sentencing and shall be included in the sentence and judgment. If no third-party files a timely claim, this Order shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2).

Any petition filed by a third party asserting an interest in the Subject Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the Subject Property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Subject Property, and any additional facts supporting the petitioner's claim and the relief sought, and the petitioner shall serve a copy upon JOSEPH F. BOZDECH, Assistant United States Attorney.

After the disposition of any motion filed pursuant to Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the Subject Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in 21 U.S.C. § 853(n)(2), for the filing of third-party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Dated this 25th day of January, 2024.


Douglas L. Rayes
United States District Judge