Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
Justin R. Vanderveer, 037657
jvanderveer@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710

Attorneys for Defendant David Harbour

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No. 2:19-cr-00898-DLR |
|---|---|
| Plaintiff, | 9th Cir Case No. 24-696 |
| vs. | **NOTICE OF APPEAL FROM AMENDED JUDGMENT** |
| David Allen Harbour, | |
| Defendant. | |

Notice is hereby given that Defendant David L. Harbour appeals to the 9th Circuit Court of Appeals from the Amended Judgment entered on September 18, 2024.

RESPECTFULLY SUBMITTED this 19th day of September 2024.

CHRISTIAN DICHTER & SLUGA, P.C.

By: /s/ Stephen M. Dichter
    Stephen M. Dichter
    Justin R. Vanderveer
    2800 North Central Avenue, Suite 860
    Phoenix, Arizona 85004
    Attorneys for Defendant David A. Harbour

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Kevin M. Rapp
Kevin.rapp@usdoj.gov
Assistant United States Attorney
Joseph F. Bozdech
Joseph.bozdech@usdoj.gov
Assistant United States Attorney
U.S. Attorney's Office
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
Attorney for Plaintiff

Office of the Federal Defender
Jami Johnson
Jami_johnson@fd.org
Assistant Federal Defender
Attorneys for Defendant/Appellant Harbour in
9th Cir Case No. 24-696


/s/ Yvonne Canez