Stephen M. Dichter, 004043
sdichter@cdslawfirm.com
Justin R. Vanderveer, 037657
jvanderveer@cdslawfirm.com
CHRISTIAN DICHTER & SLUGA, P.C.
2800 North Central Avenue, Suite 860
Phoenix, Arizona 85004
Telephone: (602) 792-1700
Facsimile: (602) 792-1710
Attorneys for Defendant David Harbour

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| United States of America, | Case No. 2:19-cr-00898-DLR |
|---|---|
| Plaintiff, | **WITHDRAWAL OF MOTION FOR RELEASE ON APPEAL** |
| vs. | |
| David Allen Harbour, | |
| Defendant. | |

Defendant David Allen Harbour respectfully withdraws his previously filed second motion to be released on appeal (Doc. 913).

RESPECTFULLY SUBMITTED this 22nd day of October 2024.

                                  CHRISTIAN DICHTER & SLUGA, P.C.

                                  By: /s/ Stephen M. Dichter
                                      Stephen M. Dichter
                                      Justin R. Vanderveer
                                      2800 North Central Avenue, Suite 860
                                      Phoenix, Arizona 85004
                                      Attorneys for Defendant David A. Harbour

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2024 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and for transmittal of Notice of Electronic Filing to the following CM/ECF registrants:

Kevin M. Rapp
Kevin.rapp@usdoj.gov
Assistant United States Attorney
Joseph F. Bozdech
Joseph.bozdech@usdoj.gov
Assistant United States Attorney
Jennifer Levinson
Jennifer.levinson@usdoj.gov
U.S. Attorney's Office
40 N. Central Avenue, Suite 1800
Phoenix, AZ 85004
Attorney for Plaintiff


/s/ Yvonne Canez