1
2
3
4
5
6
7
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-19-00898-PHX-DLR |
|---|---|
| Plaintiff, | **ORDER FOR WRIT TO ISSUE** |
| v. | |
| David Allen Harbour, | |
| Defendant. | |

**IT IS ORDERED** that the Clerk of Court is hereby instructed to issue a Writ of Habeas Corpus to the Warden, FCI Florence, or his duly authorized Deputy to bring David Allen Harbour, 22704-508, to the United States Courthouse, 401 W. Washington Street, Phoenix, Arizona, on **March 13, 2025 at 9:30 a.m.** for a Release Hearing.

David Allen Harbour, 22704-508, is to be transported to the courthouse on **March 13, 2025** for release pending appeal.

Upon completion of the proceedings in the above-captioned case, the Defendant will be released to Pretrial Services supervision pending his appeal.

Dated this 24th day of February, 2025.

_____
Douglas L. Rayes
Senior United States District Judge