NOT FOR PUBLICATION

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of American,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>David Allen Harbour,<br><br>　　　　　Defendant. | No. CR-19-00898-PHX-DLR<br><br>**WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

TO THE WARDEN, FCI FLORENCE, 5880 HWY 67 SOUTH, FLORENCE, CO 81226, and the United States Marshal, District of Arizona

　　　　You are commanded to have the body of David Allen Harbour, 22704-508, brought to the United States Courthouse, 401 W. Washington Street, Courtroom 606, Phoenix, Arizona, on **March 13, 2025, at 9:30 a.m.** for a Release Hearing, under safe and secure conduct and then and there have this Writ, and immediately upon termination of said proceedings Defendant David Allen Harbour will be released to Pretrial Services supervision pending appeal in this matter.

　　　　WITNESS THE HONORABLE DOUGLAS L. RAYES, Judge of the United States District Court for the District of Arizona, and the seal of said Court, this 24th day of February, 2025.

　　　　　　　　　Debra D. Lucas, District Court Executive/Clerk of Court

　　　　　　　　　By:　*Sherry Strong*
　　　　　　　　　　　Sherry Strong, Courtroom Deputy

CERTIFIED TO BE A TRUE COPY
DATE: February 24, 202[5]

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

BY: SHerryStrong
DEPUTY CLERK



ISSUED ON  11:59 am, Feb 24, 2025
s/ Debra D. Lucas, Clerk