# Exhibit A



**To:** daryl.deel@gmail.com
**Subject: JAS Group LLC**

Double D - Hello!!

Life is like a box of chocolates, you never know what you are going to get. Here I am in Florence Colorado in a Federal Prison Camp. No walls, no fences, no cells, no cops. We have a softball field, soccer field, volleyball courts, bocce ball, tennis courts, pickleball courts, weight lifting area, movie room, music room, pool table, ping pong, indoor basketball courts, library, educations room, chapel. The inmates rooms are in a dormitory setting and never locked. No doors on our rooms. We do not have doors on our rooms, we have giant windows, a locker and bunk bed. Two men in a room. The cops to check on us at 4 pm and 9pm again at 5:30am.

Cell phones, Vapes, alcohol, are everywhere and not allowed yet most everyone has one. There is a full bar every night and they cook. Pizza, burgers, chicken, quesadillas, burritos, whatever you want. They have George Foreman grills, skillets and derp fryers. It is truly insane what goes on here. It is not punishment for the inmates, only the families.

Campers work at the USP and ADX Supermax and at the Camp. I am an Orderly, so I clean the TV room everyday at the Camp. I did work at the Super Max ADX because I was granted a "gate pass" which not all inmates get. I have great stories about that place. There are also town drivers. Campers take another Camper to Denver, Colorado Springs to bus stops the airport and doctors visits, they leave in the morning and come back in the evening. No monitoring, no supervision and they always return! Lol. Crazy right. They allow us to live with no walls, work in town, drive in town, yet we cannot be on home confinement. We do have a lot of fights between races. Guys who started at the USP or Medium and worked their way down to the Camp. One guy was beaten to death and others just smashed bad. If you stay out of there way, you are fine. The punishment is on our families not on us, not in a camp.

Not sure if you know, Abby filed for divorce. It truly broke my heart, but I knew she had to do it. She waited as long as possible, filing 7 days before my restitution hearing in March. In fact she had to cross out February and write in March. Her Dad is behind this. If she filed prior to that date, she cannot be liable for restitution which is a community property debt. She also had to waive any rights to the businesses, JAS Group LLC which owns JailHouse Shine and JailHouse Energy otherwise Rapp could argue it is a sham divorce. I cannot talk to her until the divorce is final, that has been so hard. I love Abby, Julia and Sarah with all my heart. Interestingly, Abby has not told anyone she filed. I don't even know if the girls know. She has not told John, Jeff Gifford, Carlos, none of our friends.

I talk to John Langbein and Jeff Gifford a lot almost every other day. John said he saw you in Cabo over the summer. I also hear from people via letters and visits. I hear from Dan Lanning the coach of Oregon and Kenny Dillingham, ASU Coach. Tim Cassidy came to visit me in June.

Kevan Acord did my taxes and is helping with JailHouse Shine and JailHouse Energy. I think he is going to come see me too.

My case....it has taken many twists and turns, but is has finally come full circle for me. At the May 2, 2024 hearing Judge Rayes told Kevin Rapp he never had the evidence he said he had. He told Rapp he let in witnesses and other documents he should have not let in based on the promises Rapp had the evidence to support he statements to the Court. It gets better ...... When you are found guilty of fraud, any assets the government seized they get to sell under the forfeiture laws and they get to collect restitution, all prior to your appeal being finalized. After you are sentenced the District Judge, Judge Rayes, no longer has jurisdiction for forfeiture or restitution. Unless, the District Judge, Rayes, believes the government committed cumulative errors by making misrepresentations to the Court and the Judge believes those misrepresentations will likely lead to a reversal of the convictions. This is what happened to me on November 4, 2024. Rayes ruled the government cannot sell any assets and cannot try to collect any restitution. 5 years later after my life is ruined, I get redemption. Rayes then agreed to release me on bail. Yet, I am still in prison. Why am I still here? That is a bit more complicated and 100% involves my divorce. Because Rapp is obsessed with me, until some things are worked out in the divorce I will remain at the Camp, by choice. We pulled my bail motion, but will refile it when I have some closure on the divorce. When I get the Purchase Orders and sign up with FJ, Maverick and Terribles, I will try and stop the divorce because the $935k of restitution will be able to be paid two years from now. My nick name here is Brooks from Shawshank Redemption, the guy who didn't want to leave! So another Thanksgiving and Christmas in prison for what the Judge now agrees I did not do. I still cry everyday when I get up. I go the track and walk / jog around 10 miles per day. My body fat is 12% and I weigh 190 pounds. It has gotten harder to be outside because it is cold and been snowing a lot. After I workout I shower and go the library and work on my case and the business. After lunch I go back to the track and jog more.

I have learned humility and see the mistakes that I made, but when is it enough, when will I catch a break. I can either feel sorry for myself or I can use this as an opportunity to prove my doubters wrong and that is exactly what I am going to do. I have also learned more about life and the reality of how it can be taken away at a moments notice. On Monday December 13, 2021 I went to check in with the probation officer and now I have been in prison for 34 months. I appreciate so many more things about life than I ever did before.

JailHouse Shine, JailHouse Energy and JailHouse Reform. Trump winning made this the perfect time to offer these products to a target demographic. The Energy market is forecasted to grow from $60 billion to over $200 billion in the next 5 years RTD is forecasted to grow by $10 billion in 4 years. Our vision, our product, our customer is loyal to what we represent. Loyal to felons and people with Tattoos. We are a company that the tail wags the dog. Criminal Justice reform is the tail and the drinks are the dog. Our demographics are urban communities, blacks and Hispanics which will lead to the young white crowd.

Our focus is on giving back to fight criminal justice reform which speaks directly to our customer. 1/3 of the population has a tattoo and 1/3 of the population has a family member who is a felon. That's means 110 million people have a brother, uncle, Dad that is a felon. There are 47 million black people in our country, 16 million of them are felons. More evidence to support our brand is different and will target those demographics.

So what have I done in the past 8 months to get JHS and JHE ready to be launched.

I have spoken to the flavor company who will finish the first 7 flavors. www.sovereignflavors.com they will come to an average of 2,000 per flavor at most. Jeevers wanted $15k per flavor.
I have narrowed down the branding company to Laura Manthey. www.mantheydesign.com and Special Sauce Branding www.specialsaucebranding.com
I have picked a website company. www.redolive.com

I have worked extensively with manufacturers on the price of the can, and the cost to produce the can. They have provided all the costs that I needed for the projections. We are going to use www.vobev.com in Salt Lake.

I have gotten estimates from these groups and that is what I have in the Uses schedule.
You will see the cost is 38 cents a can, and we are still negotiating. I am trying to get it to 34 cents or below. That includes the can, the lip, filling and packaging.

I have started the design of the can with multiple recognized Tattoo artist. Who have spent time in Prison. One of them was hired by the Utah Hockey Club, formerly the Phoenix Coyotes they were bought this summer, to design the Hockey teams logo. They are currently designing the logo for Shine and Energy.

The art work for Shine is a man behind bars with tattoos, and is definitely edgy. For Energy it is a beautiful lady with detailed tattoos, a skull and a rose. They will also design the boxes for 6 and 12 packs. The design of the boxes will be regional and targeted. For Energy at FJ and Love's the box will have an 18 wheeler with cool designs on the trailer. Check this out, on the can the Tattoos will show color when the can is cold, like Coors light turned blue. The artwork is still being done, so far it looks incredible. I have been through at least 10 tattoo artist over the past 8 months. I have a vision and they were not getting it. The three guys who are doing it now are making the vision come to life.

I have had conversations with Pilot/Flying J and Terribles on getting our product in their stores.

www.terribles.com
www.pilotflyingj.com

Kevan Acord is helping with Maverick and Maverick owns Kum and Go, and you have one on S Main Street in Joplin. www.maverik.com

Kevan is good friends with Crystal who is the CEO and owner of Maverick. She took over as CEO in May 2024, she is also the Chairwoman.
https://www.cstoredive.com/new s/maverik-names-crystal-maggel et-ceo/722853/

To show how insetious the business is, Crystal family started FJ in the 1960's and she sold it to Pilot in July 2010.

I have spoken to the Trademark lawyer on what he thinks needs to be done and by when, which is adding 2 or 3 more Trademarks.

Larry Young, the former CEO and Chairman of Dr. Pepper is willing to help guide me through the process and yes he knows where I am. He lives in Palm Springs, CA from January through April and outside of Dallas the rest of the time. He wants to play Madison Club and El Dorado. I told him about you, so you can host him. I will have Meldman allow you to host him at Madison if you have time, if not Mike can find someone for me. I included a couple links for you to read about him.

https://www.bgca.org/about-us /alumni-hall-of-fame/larry-you ng/

https://www.marketscreener.com /insider/LARRY-YOUNG-A02DHR/#: ~:text=Currently%2C%20he%20is% 20Chief%20Executive,Chief%20Ex ecutive%20Officer%20of%20Dr.

The head of distribution for Coca-Cola for Southern California will help guide us with distribution. (He was the head of distribution for Anheuser InBev until Coke stole him away)

I have spoken to David Hutchinson about going into his stores in Texas. https://www.hutchs.net/about/

I have spoken to Deutsch LA an ad agency in LA, they do the marketing for Dr. Pepper. They also pick certain start ups and push out their invoices for payment until sales come in. They agree our product is going after a group that is not directly targeted. They would help create a branding strategy for specific groups, like FJ. We will only use them if it makes financial sense.   https://www.deutsch.com/

There is only one brand that markets to felons and people with Tattoos and that is Modelo beer and they are now the #1 beer in the world. Modelo has felons and people with Tattoos in their commercials. Look at the commercials for Twisted Tea, Mikes Hard Lemonade, Rock Star, Monster, White Claw. No tattoos and no felons. We are using the same model as Modelo, being truly authentic to our customer. We will always stay authentic to our customers, that's what sets us apart.

I spend hours everyday researching the business. I read annual reports. What are the top flavors of Monster, Mike's, Rock Star and many others. What are their ingredients, B6, B12, L-Carnatine, etc. I built a spreadsheet and gave it to the flavor company. We did a blind taste test on three flavors for the RTD, grape, fruit punch (we are calling it Red Punch, because Gifford told the Chiefs players about JHS and they love the idea and told him the blacks call it Red Punch. I asked the black guys in Florence, AZ and here and they all agreed) and Blue raspberry. Those are the first 3 flavors, but they are not finalized yet. I guess I am trying to say that I have spent so much time analyzing our demographics that I know how to sell JHS and JHE. You are going to laugh, but Steve (my defense attorney) and the people I have calls

with cannot believe how detailed I am. Steve has been a big help following up on things for me. I have a call with him every week and it is privileged so we talk about the company. Same with the Trademark attorney and Kevan Acord. I know how to market this company and what it needs to look like. That is why I have been so picky on the artwork for the can.

I need your financial help to launch. I want to make this as risk free as I can for you. My mom owes around $310k on her condo and it is worth around $650k depending on which site you check. I would like a line of credit for $300k to start JHS and JHE. My mom said you advanced $75k in March 2023, so that would leave $225k. I will send you the source and uses that I built for your review so you can see how the money will be used. You will see this money pays for some outstanding legal fees for me and gets JHS and JHE ready for purchase orders from Pilot/FJ, Maverick, and Terribles. Once I get the PO's the company will have a real value and be able to pay you back. Kevan Acord will open the bank account and be the signer along with you if you want or you can open the bank account. He is going to have a lady in his office do the QuickBooks every month and pay the invoices. I will not be on the account. I would like the first draw to be $50,000 and the next draw will not be until we have met all the deadlines of the first draw. You will see the total amount of the draws is around $150k which includes my legal.

Every potential buyer who has heard my story loves it. Let me give you an example with data to support it and you will understand why Pilot/FJ and Love's have both said they will give me a shot. I also pick this example because of your history in the trucking industry.

My contact at FJ provided me with the data related to FJ. Here goes...

There are 3.5 million 18 wheeler truck drivers on the road everyday, not Hot Shots. (There are 8 million truck drivers on the road everyday if you include all trucks) Pilot/FJ has 750 locations nationwide and 1.6 million customers go to a FJ everyday. Out of that 1.6 million, 65% are 18 wheeler truck drivers, so 1 million truck drivers go to a FJ everyday. 50% of 18 wheeler drivers are felons. Therefore 500,000 felons go to a FJ everyday. Truck drivers buy on avg. 3.8 energy drinks per day. That means on avg. 18 wheeler truck driving felons are buying 1.5 million energy drinks per day. Every single felon knows what Hooch is and has made and drank a "Cadillac". It is illegal for a truck driver to have alcohol in his truck when he is on a trip, even though the majority of drivers do not follow this policy I am forecasting zero purchases for JHS for these 500,000 felons.

JHE is a different story. In prison inmates make the energy drink called the Cadillac. It is coffee, a Milky Way bar, french vanilla creamer and two sugar packets. We will call it the "Kadillac" to not cause trademark issues with GM. We will have 500,000 truck driving felons who already know our product by name and taste. The question is, can I get 1% of those 500,000 18 wheeler truck driving felons to buy 2 JailHouse Energy drinks per day? That is 36,500,000 cans per year from only FJ, not Loves, not Bucc-ees not Valero or any other independently owned truck stop. The answer is yes I can. You see I am not competing with Monster or Red Bull or Rockstar or Ghost. They are not targeting this specific group of people. Love's has almost the exact same numbers as FJ, which would double the amount.

When you get the scarlet letter of an "F" you are in a group that society hates, but who helps each other. You have a common bond that you are a criminal in the eyes of society. Look at Trump's rallies, those are the people who hate the DOJ, the FBI and the government. Trump got 76 million votes, 110 million people in our country relate to hating the DOJ, the Department of Injustice. Those are our customers.

Will 1% of those 500,000 felons buy from a company owed by a felon and giving back to fight criminal justice reform? You bet your ass they will and a hell of lot more than 1%. Let me tell you about how our product hits home, how our country has changed. The head of buying for food, alcohol and non-alcoholic beverages for FJ is Angela and she is based in Salt Lake City. FJ merged with Pilot in July 2010, FJ is the convenience store part of Pilot/FJ and HQ in Salt Lake. Pilot is the fuel side of the business and HQ in Knoxville. Berkshire Hathaway now owns 100% of Pilot/FJ, they bought it from the Haslam family. (John Langbein is good friends with the Haslam family) I had a meeting, through a friend, with Angela.

Daryl check this out. Angela has full Tattoo sleeves on both arms and on her right leg and she is dating a felon. I did not know that prior to the meeting. Could the buyer of FJ be more perfect for us. She loves our story and said JHS and JHE will go in their stores, she also said FJ knows that 50% of truck drivers, their customers, are felons and have Tattoos and would support our charity, JailHouse Reform. As Angela stated their customers will "get" our product. As our slogans say..."You got Ink. We got drink "
"If you have a Tattoo. This drink is for you "
"For Rebels By Rebels"

"A fish dies because it opens its mouth"

Earlier I told you about Vobev. That is where I got all the cost data to buy the can and manufacturer the product. You will see it in the Excel workbook. To manufacturer the can with the drink it is 38 cents (the Kadilac is a few cents more because it is Coffee based and requires a hotter process) The whole sale price is $1.45 for Energy and $1.35 for the RTD to stores like FJ. I added 10 cents for shipping which is very high. If we manufacturer in Salt Lake, it will be a 18 wheeler with a 53 ft. Trailer taking 250,000 cans per trailer and it is $3 per mile. We will be transporting it to Vegas for Terribles which is 421 miles and it will stay in Salt Lake for Maverick and FJ.

I have shown you one example of how we can sell 36 million cans at a Gross Profit of at least 75 cents per can. What about the other 1.1 million customers that go to FJ? We know 1/3 have Tattoos and 1/3 have a family member who is a felon. Can we get a 1/2 of 1% to buy 1 a day? Yes we can. Again, this is only FJ, not Love's. You can see the data supports I am not competing with Monster or Red Bull, I am going directly to the customer who already knows our product. And wait until you see the design of the can it is still a work in process but it looks really cool. It speaks directly to people with Tattoos. Besides Modelo, we will be the only beverage company directly marketing to this subculture.

I will for sure get enough PO's to pay you back. If I don't, which is not an option, when my Mom sells her Condo you will be paid back. I want more than that. I am building this to pay you back everything times 2 or 3. Whatever you think it should be. Pepsi bought Rock Star for $3.8 billion. Dr. Pepper just bought Ghost for a value of $1.65 billion and they are only 3 years old, they launched in 2021. I think we will sell for a billion dollars, but even if we don't, we will make enough to pay people back and have a great life.

https://news.keurigdrpepper.co m/2024-10-24-Keurig-Dr-Pepper- to-Acquire-Disruptive-Energy- Drink-Business-GHOST

Nobody is doing what we are doing. Going after Rebels, Felons, people with Tattoos.

I am hiring an Operations guy to run everything. He lives in Salt Lake and has his law license and deep connections in the industry. His Uncle was the general counsel for Marriott for 25 years. His nephew is in charge of Distribution for Coke for all of Southern California. He has done work for other beverage companies. He is very detailed and will make sure we are ready for P.O.'s by March 1. He will also provide you with weekly updates on the business. His sister in-law is a Trademark lawyer for Skadden Arps and Skadden represents Mars Candy. Why is this important? I want to co-brand our Energy drinks with Mars. Mars owns Skittles, Starburst and Milky Way. Ghost Energy did a deal with Sour Patch Kids and Warheads for their flavors. In Federal, State and County prisons they sell Milky Way and Skittles on commissary. Ryan is going to set up a meeting with Mars to see if they have any interest to allow us to use the Milky Way and Skittles as our flavors for the JHS and JHE. I am hoping when they see how much Ghost sold for and realize that Skittles drink packs are sold in the prison system they will have an interest. Also, my brother or maybe brother-in-law, is the President of the Utah Jazz basketball team and he is going to give us pop up's in the arena at all home games and concerts to sell JHS and JHE. He will also get us into the Hockey games, because it is the same owner. He will also refer us to other NBA teams. Kevan will help get us in the Maverick center in Utah through Crystal.

Sadly, Abby is not involved in any of this and has no idea what is going on and cannot be. I wish she could, but she told me to fix this and get us out of this mess. That is exactly what I am doing and will continue to do. I love her and miss her so much. After Rayes ruling on 11/4/24 that the gov cannot sell any of my assets or collect restitution I do not think I will owe any, but Abby dad is driving this. Tim is pissed and is worried Abby will lose her IRA and have her income garnished. I cannot express to you in words how depressed I am about Abby, I can wallow and feel sorry for myself or build an amazing company.

I have put all the pieces together with a lot of help from friends on the outside. I have a detailed operations guy to run everything, I have the flavor company, manufacturer, branding, website, designer of art work and stores who will buy it. I need help getting across the finish line.

My Mom will sign whatever documents you need and Kevan can create any documents you need to secure your interest in the money that comes in from sales. (You might be wondering how I will pay for the manufacturing. With PO's from FJ, Loves, Terribles or Maverick, there are lots of options for us including the manufacturer doing it on 60 Day terms)

It is hard to explain to someone who has not been in prison, the loyalty felons give to each other. As the saying goes, "There is honor amongst thieves". They will buy our products, because they are their products too.

My motto will be...."They tried to bury me. They didn't know I was a seed". Now it is my turn to grow and payback all those who have supported me and not given up on me. I need to take care of Abby, Julia and Sarah. I need to prove to them I never gave up, I never quit on them. I need to prove to everyone that I never gave up. I did not want to ask you for the money, but I don't trust anyone else to not steal my vision.

Thank you for everything!

D

P.S. I have also talked to one of the largest purchasers of retail for Amazon. He buys over $2 billion a year. He is looking forward to seeing the finished product. He loves my story and the criminal justice work we are going to do. He would buy JHE at a discounted price, but it will be easy sales for us.

On an even more exciting note. A friend of mine has reached out to Alina Habba (Trump's lawyer) to help our company and help me with a Pardon. He has been golfing with Trump. He has sent pictures and videos of them golfing together. He sent a picture of Trump and Elon Musk on the Tee box Saturday. Musk was in a suit! He is going to get Steve Bannon and Peter Navarro involved with the company. He is trying to get the call with me and Alina the week after Thanksgiving. He wants to have a launch party, Charity event, on Saturday, May 17 at Mar-a-Largo for JailHouse Reform. Trump will still be in residence if he is not in Washington DC. Trump stays in Bedford NJ from June to September. He is a member at Trump International and Mar-a-Largo. We will have an incredible list of attendees.

I could give you so much more data. Like the most felons live in Texas, the most tattoo parlors are in California. FJ has 119 stores in Texas and 90 in California. 57% of women between the age of 19 and 49 have a tattoo. So much data to support us.

7-Eleven has a community heart program. They want products in their stores that give back to the community their store is in. That is 100% us. Jim Keys is the former CEO and once we get into FJ or Maverick we will reach out to Jim for help getting a meeting with 7-Eleven.

My buddy, who is a felon, daughter is the lead dancer for Katy Perry and she is going on tour next year. She already told Katy about it and she will put it in her green rooms. https://www.stepsnyc.com/faculty/bio/Ali-Deucher/

She is going to be an influencer and get all of her fellow dancers too.

It's a small world....there is great guy here who grew up in Web City and had Mrs. Winstrom and Mimi Pat as teachers. He was doing great, was a nurse at the hospital in Joplin and got hooked on Meth. He goes home in February. His parents still live in Web City.

Okay I have probably written way to much and Im lucky if you read this far! I still fighting DD, I have not quit.