# Exhibit C

**From:** Ian Scott <Ian_Scott@azd.uscourts.gov>
**Sent:** Thursday, September 11, 2025 11:38:42 AM
**To:** Rapp, Kevin (USAAZ) <Kevin.Rapp@usdoj.gov>; Jami Johnson <Jami_Johnson@fd.org>
**Subject:** RE: Harbour

Good afternoon,

In reviewing the defendant's criminal history just now, he has an active order of protection against him. This was issued on 08/22/2024 and reportedly served on 11/20/2024. The protected party is the defendant's wife and per this order he is not permitted to have contact with his children. As a result, the language allowing him to participate in activities in the community with his children will need to be removed.

The Court has been made aware of the above noted information. I am waiting to hear from the Court regarding the proposed modifications and if we need to appear in person.

Thank you,



**Ian Scott**
U.S. Probation Officer
Intensive Supervision Specialist
Pretrial Services Division
District of Arizona
401 W. Washington St.
Phoenix, AZ 85003
Office: 602.322.7394
Cell: 602.527.7819