# Exhibit D

# JAILHOUSE SHINE - Trademark Details

*Status:* 630 - New Application - Record Initialized Not Assigned To Examiner

# JAILHOUSE SHINE

| | |
|---|---|
| **Serial Number** | 97607896 |
| **Word Mark** | JAILHOUSE SHINE |
| **Status** | **630** - New Application - Record Initialized Not Assigned To Examiner |
| **Status Date** | 2022-09-29 |
| **Filing Date** | 2022-09-26 |
| **Mark Drawing** | **4000** - Standard character mark Typeset |
| **Attorney Name** | Alexis Campbell |

## Statements

| | |
|---|---|
| **Goods and Services** | Spirits; Alcoholic beverages, except beer and wine; Liquor; Alcoholic fruit cocktail drinks; Prepared alcoholic cocktail; Prepared pre-mixed alcoholic cocktails |

## Classification Information

| | |
|---|---|
| **International Class** | **033** - Alcoholic beverages (except beers). - Alcoholic beverages (except beers). |
| **US Class Codes** | 047, 049 |
| **Class Status Code** | **6** - Active |
| **Class Status Date** | 2022-09-30 |
| **Primary Code** | 033 |

## Current Trademark Owners

| | |
|---|---|
| **Party Name** | JAS Group, LLC |
| **Party Type** | **10** - Original Applicant |
| **Legal Entity Type** | **16** - Limited Liability Company |