# Exhibit A

**From:** Daryl Deel <daryl.deel@gmail.com>
**Sent:** Thursday, October 30, 2025 12:57 PM
**To:** Thompson, Woodrow C. <woody.thompson@gknet.com>
**Subject:** Fwd: Help


**From:** Kathy Harbour <ktharbour42@gmail.com>
**Date:** March 16, 2025 at 6:24:26 PM CDT
**To:** Daryl Deel <daryl.deel@gmail.com>
**Subject: Help**

Dear Daryl,

As you know, David is home! Thank you and Pat for your prayers. As you can imagine he is chopping at the bit and I want to help him if you can help me. The good news, my condo has gone up in value. The recent sales put my value at $420 per square foot. My condo is 1,863 so it is worth around $780,000. I owe $329,177, so I have $450,000 of equity. There are a lot of moving parts that perhaps you can help advise me.

It would be nice to talk about this with you if you have time for a call.

Thank you,

Kathy