# Exhibit A



**From:** Winnie <winnie081921@gmail.com>
**Date:** November 21, 2024 at 8:07:32 PM CST
**To:** daryl.deel@gmail.com
**Subject: JAS Group LLC**

Double D - Hello!!

Life is like a box of chocolates, you never know what you are going to get. Here I am in Florence Colorado in a Federal Prison Camp. No walls, no fences, no cells, no cops. We have a softball field, soccer field, volleyball courts, bocce ball, tennis courts, pickleball courts, weight lifting area, movie room, music room, pool table, ping pong, indoor basketball courts, library, educations room, chapel. The inmates rooms are in a dormitory setting and never locked. No doors on our rooms. We do not have doors on our rooms, we have giant windows, a locker and bunk bed. Two men in a room. The cops to check on us at 4 pm and 9pm again at 5:30am.

Cell phones, Vapes, alcohol, are everywhere and not allowed yet most everyone has one. There is a full bar every night and they cook. Pizza, burgers, chicken, quesadillas, burritos, whatever you want. They have George Foreman grills, skillets and derp fryers. It is truly insane what goes on here. It is not punishment for the inmates, only the families.

Campers work at the USP and ADX Supermax and at the Camp. I am an Orderly, so I clean the TV room everyday at the Camp. I did work at the Super Max ADX because I was granted a "gate pass" which not all inmates get. I have great stories about that place. There are also town drivers. Campers take another Camper to Denver, Colorado Springs to bus stops the airport and doctors visits, they leave in the morning and come back in the evening. No monitoring, no supervision and they always return! Lol. Crazy right. They allow us to live with no walls, work in town, drive in town, yet we cannot be on home confinement. We do have a lot of fights between races. Guys who started at the USP or Medium and worked their way down to the Camp. One guy was beaten to death and others just smashed bad. If you stay out of there way, you are fine. The punishment is on our families not on us, not in a camp.

Not sure if you know, Abby filed for divorce. It truly broke my heart, but I knew she had to do it. She waited as long as possible, filing 7 days before my restitution hearing in March. In fact she had to cross out February and write in March. Her Dad is behind this. If she filed prior to that date, she cannot be liable for restitution which is a community property debt. She also had to waive any rights to the businesses, JAS Group LLC which owns JailHouse Shine and JailHouse Energy otherwise Rapp could argue it is a sham divorce. I cannot talk to her until the divorce is final, that has been so hard. I love Abby, Julia and Sarah with all my heart. Interestingly, Abby has not told anyone she filed. I don't even know if the girls know. She has not told John, Jeff Gifford, Carlos, none of our friends.

I talk to John Langbein and Jeff Gifford a lot almost every other day. John said he saw you in Cabo over the summer. I also hear from people via letters and visits. I hear from Dan Lanning the coach of Oregon and Kenny Dillingham, ASU Coach. Tim Cassidy came to visit me in June.

Kevan Acord did my taxes and is helping with JailHouse Shine and JailHouse Energy. I think he is going to come see me too.