# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>David Allen Harbour,<br><br>Defendant. | No. CR-19-00898-PHX-DLR<br><br>**ORDER** |

The Court having reviewed the Motion to Have Subpoena Deemed Served and good cause appearing,

IT IS HEREBY ORDERED deeming the served the subpoena to Taylor House for documents and testimony in connection with the November 19, 2025, evidentiary hearing in the above-captioned matter. Counsel for Mr. Harbour shall deliver a copy of the subpoena along with this Order to Mr. House at taylor@rhcfamilylaw.com.