FILED _____ LODGED
_____ RECEIVED _____ COPY

NOV 21 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

## EXHIBIT LIST --- CRIMINAL

☐ Motion to Suppress        ☒ Evidentiary Hearing        ☐ Jury Trial

USA vs. Harbour, David Allen
_____
Last, First, Middle Initial

CR-19-00898-PHX-DLR (DMF)
Year-Case No-Deft No-Judge

☒ GOVERNMENT                    ☐ DEFENDANT

| Exhibit No. | Date Marked For Evidence | Date Admitted In Evidence | Description |
|---|---|---|---|
| 1. | | 11/19/25 | Summary of County Recorder for 19700 N. 79th #1109, Scottsdale, AZ |
| 2. | | 11/19/25 | Warranty Deed |
| 3. | | 11/19/25 | Deed of Release and Reconveyance |
| 4. | | 11/19/25 | Revolving Credit Deed of Trust |
| 5. | | 11/19/25 | Email Correspondence from Daryl Deel on March 15, 2023 |
| 6. | | 11/19/25 | Email Correspondence from Daryl Deel on October 30, 2025 |
| 7. | | 11/19/25 | Email Correspondence from Daryl Deel on December 15, 2024 |
| 8. | | 11/19/25 | Harbour FSA Worksheet February 9, 2025 |
| 9. | | 11/19/25 | Inmate Center Report |
| 10. | | 11/21/25 | Checks signed by Kathryn Harbour |
| 11. | | 11/21/25 | Desert Financial CU Account for Kathryn Harbour |
| 12. | | 11/21/25 | Email from Abby Harbour  (First page ONLY) |
| 13. | | 11/21/25 | Transcript of Call between David Harbour and Kathryn Harbour |
| 14. | | 11/21/25 | Desert Financial CU Wire Detail |