# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### EXHIBIT LIST

FILED
___ LODGED
___ RECEIVED ___ COPY

NOV 21 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Case Number: <u>CR-19-0898-PHX-DLR</u>     Judge Code: <u>7037</u>     Date: <u>November 19, 2025</u>

Case Name: <u>United States</u>     vs.   <u>David Allen Harbour</u>

[ ] Plaintiff / Petitioner   [X] Defendant / Respondent

[ ] Non-Jury     [ ] Jury Trial     [X] Other Hearing: <u>Evidentiary Hearing</u>

| Exhibit No. | Marked For ID | Admitted In Evidence | Description | Stipulated |
|---|---|---|---|---|
| 100 | | 11/19/25 | Transcript - Motion Hearing, 09/11/2025 | |
| 101 | | 11/19/25 | Transcript – Telephonic Status Conference, 11/03/2025 | |
| 102 | | 11/19/25 | Email from divorce lawyer to Stephen Dichter, 04/29/2024 | |
| 103 | | 11/19/25 | Email from Abby Harbour to Stephen Dichter, 10/14/2022 | |
| 104 | | 11/19/25 | Promissory Note | |
| 105 | | 11/19/25 | Email from Abby Harbour, 11/11/2022 | |
| 106 | | 11/19/25 | Signature pages for loan documents | |
| 107 | | 11/21/25 | Motion to Continue Case on Inactive/Dismissal Calendar, 11/21/2025 | |
| 108 | | | | |
| 109 | | | | |

1