UNITED STATE DISTRICT COURT
DISTRICT OF ARIZONA

FILED
RECEIVED
NOV 21 2025
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## WITNESS LIST

Case Number: CR-19-0898-PHX-DLR   Judge Code: 7037   Date: November 19, 2025
Case Name: United States v. David Allen Harbour

☐ Plaintiff / Petitioner   ☒ Defendant / Respondent
☐ Non-Jury Trial   ☐ Jury Trial   ☒ Other Hearing: Evidentiary Hearing

|  | Name | Sworn | Appeared |
|---|---|---|---|
| 1. | Taylor House | | |
| 2. | Kathryn Harbour | 11/19/25 | 11/19/25 |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |