✓ FILED     ___ LODGED
___ RECEIVED  ___ COPY

NOV 21 2025

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____SS_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>David Allen Harbour,<br><br>    Defendant. | No. CR-19-00898-PHX-DLR<br><br>**MINUTE ORDER**<br>**RE: EXHIBITS** |

    IT IS ORDERED that the exhibits marked, whether or not received as evidence, in the above-entitled case at the time of the Evidentiary Hearing which concluded on November 21, 2025 are returned to respective counsel.

    Counsel are directed to retain custody of the exhibits until the case has been completely terminated, including all appeals, pursuant to LRCiv 79.1.

    DATED this 21st day of November, 2025.

DEBRA D. LUCAS,
District Court Executive/Clerk of Court
s/*Sherry Strong*
Sherry Strong,
Courtroom Deputy

_____ Plaintiff counsel/representative signature

_____ Defendant counsel/representative signature