# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>vs.<br><br>David Allen Harbour,<br><br>Defendant. | No. CR-19-00898-001-PHX-DLR<br><br>**ORDER** |

Before the Court is the Defendant's Motion to Clarify November 21, 2025, minute entry and to direct USMS to deem February 24, 2025, writ executed (Doc. 1029) and the Government's Response (Doc. 1030). Having considered both the motion and the response,

**IT IS ORDERED** granting the Defendant's Motion (Doc. 1029).

**IT IS FURTHER ORDERED** that Defendant is hereby committed to the custody of the Bureau of Prisons as of the date of this order. The Court recommends that the Defendant be housed at USP Tucson satellite camp, in order to facilitate visitation with his children.

**IT IS FURTHER ORDERED** directing the U.S. Marshals Service to deem the Writ of Habeas Corpus ad Testificandum issued on February 24, 2025 (Doc. 948) fully executed.

Dated this 23rd day of April, 2026.

Douglas L. Rayes
Senior United States District Judge

cc: USMS